**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
dkaplan@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096

*Attorneys for Proposed Lead Plaintiff*
*the Pension and Retirement Funds, and*
*Proposed Co-Lead Counsel for the Class*

**ROBBINS GELLER RUDMAN**
**& DOWD LLP**
Shawn A. Williams (SBN 213113)
shawnw@rgrdlaw.com
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Danielle S. Myers (SBN 259916)
Tricia L. McCormick (SBN 199239)
dmyers@rgrdlaw.com
triciam@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Attorneys for Proposed Lead Plaintiff*
*the Pension and Retirement Funds, and*
*Proposed Co-Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAREDX, INC., REGINALD SEETO, ANKUR DHINGRA, MARCEL KONRAD, and PETER MAAG,<br><br>Defendants. | Case No. 3:22-cv-03023-WHO<br><br>Judge William H. Orrick<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF MOTION OF THE PENSION AND RETIREMENT FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>DATE:  August 31, 2022<br>TIME:   2:00 p.m.<br>COURTROOM: 2—17th Floor<br>JUDGE: Hon. William H. Orrick |

I, David R. Kaplan, declare on this 22nd day of July 2022:

1.      I am a Director with the law firm of Saxena White P.A. ("Saxena White"), proposed Co-Lead Counsel for the Class, and a member in good standing of the Bar of the State of California and am admitted to practice before this Court.  I submit this Declaration in support of the motion Oklahoma Police Pension and Retirement System, Sheet Metal Workers Local 19 Pension Fund, Local 353, I.B.E.W. Pension Fund, and Beaumont Firemen's Relief & Retirement Fund (collectively, the "Pension and Retirement Funds"): (1) appointing the Pension and Retirement Funds as Lead Plaintiff; (2) approving the Pension and Retirement Funds' selection of and Saxena White and Robbins Geller Rudman & Dowd LLP ("Robbins Geller") to serve as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

2.      Attached as Exhibit A are true and correct copies of the Pension and Retirement Funds' PSLRA Certifications.

3.      Attached as Exhibit B is a true and correct copy of the Pension and Retirement Funds' estimated losses.

4.      Attached as Exhibit C is a true and correct copy of the Joint Declaration of the Pension and Retirement Funds in Support of Their Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.

5.      Attached as Exhibit D is a true and correct copy of the notice of pendency of class action published in *GlobeNewswire* on May 23, 2022.

6.      Attached as Exhibit E is a true and correct copy of the firm resume of proposed Lead Counsel, Saxena White.

7.      Attached as Exhibit F is a true and correct copy of the firm resume of proposed Lead Counsel, Robbins Geller.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2022                          Respectfully submitted,

                                              By: */s/ David R. Kaplan*

DECL. OF DAVID. R. KAPLAN ISO MOT. OF THE
PENSION AND RETIREMENT FUNDS FOR APP'T AS
LEAD PLAINTIFF
CASE NO. 3:22-CV-03023-WHO