# EXHIBIT A

## CERTIFICATION AND AUTHORIZATION

I, Ginger Sigler, on behalf of Oklahoma Police Pension and Retirement System ("Oklahoma Police"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Oklahoma Police. I have reviewed a complaint filed against CareDx, Inc. ("CareDx") alleging violations of the federal securities laws. Oklahoma Police generally adopts the complaint's allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint. I am authorized in my capacity as Executive Director of Oklahoma Police to execute this Certification on behalf of Oklahoma Police. Oklahoma Police has authorized Saxena White P.A. to file a motion for lead plaintiff appointment in this action or any related actions.

2. Oklahoma Police did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Oklahoma Police is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Oklahoma Police's transactions in CareDx common stock during the Class Period are set forth below.

| Date | Transaction | Shares | Price |
|---|---|---|---|
| 03/08/21 | Purchase | 6,590 | $57.86 |
| 09/29/21 | Purchase | 8,620 | $60.58 |
| 01/21/22 | Purchase | 8,874 | $37.50 |

5. Oklahoma Police has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *Plymouth Cty. Ret. Sys. v. Evolent Health Inc.*, No. 1:19-cv-01031 (E.D. Va.)

   *Logan v. ProPetro Holding Corp.*, No. 7:19-cv-00217 (W.D. Tex.)

   *Oklahoma Police Pension and Ret. Sys. v. Sterling Bancorp, Inc.*, No. 5:20-cv-10490 (E.D. Mich.)

   *In re PlayAGS, Inc. Sec. Litig.*, No. 2:20-cv-01209 (D. Nev.)

6. Oklahoma Police has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

1

*City of Birmingham Firemen's and Policemen's Supp. Pension Sys. v. Pluralsight Inc.*, No. 1:19-cv-07563 (S.D.N.Y.)

*Marquez v. Bright Health Grp. Inc.*, No. 1:22-cv-00101 (E.D.N.Y.)

7. Oklahoma Police will not accept any payment for serving as a representative party on behalf of the Class beyond Oklahoma Police's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___9th___ day of June, 2022.

*Oklahoma Police Pension and Retirement System*

Ginger Sigler, Executive Director

2

## CERTIFICATION AND AUTHORIZATION

I, Tom Klingenberg, on behalf of the Sheet Metal Workers Local 19 Pension Fund ("Local 19"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.     I am the Administrator of Local 19. I have reviewed a complaint filed against CareDx, Inc. ("CareDx") alleging violations of the federal securities laws. Local 19 generally adopts the complaint's allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint. I am authorized in my capacity as Administrator of Local 19 to execute this Certification on behalf of Local 19. Local 19 has authorized Saxena White P.A. to file a motion for lead plaintiff appointment in this action or any related actions.

2.     Local 19 did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3.     Local 19 is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.     Local 19's transactions in CareDx common stock during the Class Period are set forth in the attached Schedule A.

5.     Local 19 has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None*

6.     Local 19 has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

*In re Merit Med. Sys., Inc. Sec. Litig.*, No. 8:19-cv-02326 (C.D. Cal.)

*Sheet Metal Workers Local 19 Pension Fund v. ProAssurance Corp.*, No. 2:20-cv-00856 (N.D. Ala.) (filed complaint)

*Sheet Metal Workers Local 19 Pension Fund v. Guidewire Software Inc.*, No. 4:20-cv-05038 (N.D. Cal.) (filed complaint)

7.     Local 19 will not accept any payment for serving as a representative party on behalf of the Class beyond Local 19's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _5th_ day of July, 2022.

*Sheet Metal Workers Local 19 Pension Fund*

Tom Klingenberg, Administrator

2

## SCHEDULE A
### Sheet Metal Workers Local 19 Pension Fund
### Transactions in CareDx, Inc.

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 05/17/21 | 200 | $67.10 | | | |
| 05/17/21 | 100 | $66.99 | | | |
| 05/17/21 | 150 | $66.91 | | | |
| 05/17/21 | 150 | $67.81 | | | |
| 05/18/21 | 375 | $70.98 | | | |
| 05/18/21 | 450 | $70.93 | | | |
| 05/19/21 | 75 | $70.43 | | | |
| 05/19/21 | 150 | $71.30 | | | |
| 05/19/21 | 750 | $71.36 | | | |
| 05/19/21 | 50 | $68.39 | | | |
| 06/03/21 | 200 | $78.12 | | | |
| 08/09/21 | 2,470 | $80.79 | | | |
| 08/17/21 | 225 | $68.81 | | | |
| 08/17/21 | 150 | $69.86 | | | |
| 08/18/21 | 375 | $70.82 | | | |
| 08/18/21 | 125 | $70.66 | | | |
| 08/18/21 | 350 | $71.40 | | | |
| 08/18/21 | 100 | $71.14 | | | |
| 08/19/21 | 580 | $70.92 | | | |
| 08/19/21 | 500 | $70.92 | | | |
| 08/19/21 | 100 | $71.01 | | | |
| 08/20/21 | 400 | $73.32 | | | |
| 08/20/21 | 200 | $73.39 | | | |
| 08/23/21 | 1,595 | $75.23 | | | |

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

LOCAL 353, I.B.E.W. PENSION FUND ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint filed and adopts its allegations. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      (a)      Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Reidinger v. Zendesk, Inc.,* No. 3:19-cv-06968 (N.D. Cal.)
*Fazio v. Eargo, Inc*., No. 3:21-cv-07848 (N.D. Cal.)

(b)      Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*IBEW Local 353 Pension Plan v. FibroGen, Inc.*, No. 21-cv-3396 (N.D. Cal.)
*Kolominsky v. Root, Inc., No.* 2:21-cv-01197 (S.D. Ohio)
*In re: Vroom, Inc. Sec. Litig., No.* 1:21-cv-02477 (S.D.N.Y.)
*Burbige v. ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition Corp. II,* No. 1:21-cv-04349 (N.D. Ill.)
*Doyle v. Reata Pharmaceuticals, Inc.*, No. 4:21-cv-00987 (E.D. Tex.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

CAREDX

- 2 -

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this _____ day of June, 2022.

LOCAL 353, I.B.E.W. PENSION FUND

By: _____

Learco Caprio, Trustee

By: _____

Dave Graham, Trustee

- 2 -

CAREDX

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/08/2021 | 1,072 | $62.59 |
| 10/11/2021 | 1,403 | $63.79 |
| 10/12/2021 | 1,297 | $65.40 |
| 10/13/2021 | 1,490 | $68.56 |
| 10/14/2021 | 1,361 | $70.60 |
| 10/15/2021 | 1,347 | $71.23 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 11/01/2021 | 5,179 | $51.73 |
| 11/02/2021 | 2,379 | $49.78 |
| 11/03/2021 | 412 | $48.37 |

Prices listed are rounded to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Beaumont Firemen's Relief & Retirement Fund ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint filed and adopts its allegations. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of July, 2022.

Beaumont Firemen's Relief & Retirement Fund

By: _____
Brian Hebert, Chairman

By: _____
Joni Hanley, Chief Plan Administrator

CAREDX

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/17/2021 | 50 | $66.91 |
| 05/17/2021 | 50 | $67.10 |
| 05/18/2021 | 100 | $70.98 |
| 05/18/2021 | 125 | $70.93 |
| 05/19/2021 | 50 | $70.43 |
| 05/19/2021 | 200 | $71.36 |
| 06/03/2021 | 50 | $78.12 |
| 07/15/2021 | 75 | $76.79 |
| 07/15/2021 | 75 | $76.99 |
| 07/20/2021 | 150 | $80.99 |
| 08/06/2021 | 30 | $81.49 |
| 08/06/2021 | 60 | $81.22 |
| 08/06/2021 | 150 | $80.99 |
| 08/09/2021 | 35 | $81.00 |
| 08/17/2021 | 50 | $68.81 |
| 08/18/2021 | 25 | $70.66 |
| 08/18/2021 | 75 | $71.40 |
| 08/18/2021 | 124 | $70.82 |
| 08/19/2021 | 100 | $70.92 |
| 08/19/2021 | 115 | $70.92 |
| 08/20/2021 | 141 | $73.54 |
| 08/20/2021 | 295 | $72.96 |

Prices listed are rounded to two decimal places.