# EXHIBIT B

**Oklahoma Police Pension and Retirement System - LIFO Loss**
**CareDx, Inc.**
Class Period: 02/24/2021 to 05/05/2022
Lookback Price: $23.7792

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 30,903 | | | Sale | | | | $0 |
| | | | | | **Applied to Pre-Class Period Holdings:** | | **0** | | **$0** |
| Purchase | 03/08/21 | 6,590 | $57.8646 | $381,328 | | | | | |
| Purchase | 09/29/21 | 8,620 | $60.5795 | $522,195 | | | | | |
| Purchase | 01/21/22 | 8,874 | $37.4956 | $332,736 | Retained | | 24,084 | $23.78 | $572,698 |
| | | **24,084** | | **$1,236,259** | | | **24,084** | | **$572,698** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($663,561)** |

**Sheet Metal Workers Local 19 Pension Fund - LIFO Loss**
**CareDx, Inc.**
Class Period: 02/24/2021 to 05/05/2022
Lookback Price: $23.7792

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | Sale | | | | $0 |
| | | | | | **Applied to Pre-Class Period Holdings:** | | **0** | | **$0** |
| Purchase | 05/17/21 | 200 | $67.0957 | $13,419 | | | | | |
| Purchase | 05/17/21 | 100 | $66.9899 | $6,699 | | | | | |
| Purchase | 05/17/21 | 150 | $66.9123 | $10,037 | | | | | |
| Purchase | 05/17/21 | 150 | $67.8078 | $10,171 | | | | | |
| Purchase | 05/18/21 | 375 | $70.9822 | $26,618 | | | | | |
| Purchase | 05/18/21 | 450 | $70.9313 | $31,919 | | | | | |
| Purchase | 05/19/21 | 75 | $70.4258 | $5,282 | | | | | |
| Purchase | 05/19/21 | 150 | $71.2984 | $10,695 | | | | | |
| Purchase | 05/19/21 | 750 | $71.3550 | $53,516 | | | | | |
| Purchase | 05/19/21 | 50 | $68.3900 | $3,420 | | | | | |
| Purchase | 06/03/21 | 200 | $78.1248 | $15,625 | | | | | |
| Purchase | 08/09/21 | 2,470 | $80.7921 | $199,556 | | | | | |
| Purchase | 08/17/21 | 225 | $68.8052 | $15,481 | | | | | |
| Purchase | 08/17/21 | 150 | $69.8600 | $10,479 | | | | | |
| Purchase | 08/18/21 | 375 | $70.8211 | $26,558 | | | | | |
| Purchase | 08/18/21 | 125 | $70.6581 | $8,832 | | | | | |
| Purchase | 08/18/21 | 350 | $71.4030 | $24,991 | | | | | |
| Purchase | 08/18/21 | 100 | $71.1350 | $7,114 | | | | | |
| Purchase | 08/19/21 | 580 | $70.9158 | $41,131 | | | | | |
| Purchase | 08/19/21 | 500 | $70.9166 | $35,458 | | | | | |
| Purchase | 08/19/21 | 100 | $71.0100 | $7,101 | | | | | |
| Purchase | 08/20/21 | 400 | $73.3248 | $29,330 | | | | | |
| Purchase | 08/20/21 | 200 | $73.3885 | $14,678 | | | | | |
| Purchase | 08/23/21 | 1,595 | $75.2265 | $119,986 | Retained | | 9,820 | $23.78 | $233,512 |
| | | **9,820** | | **$728,097** | | | **9,820** | | **$233,512** |
| | | | | | | **LIFO Gain / (Loss)** | | | **($494,585)** |

**Local 353, I.B.E.W. Pension Fund - LIFO Loss**
**CareDx, Inc.**
Class Period: 02/24/2021 to 05/05/2022
Lookback Price: $23.7792

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | Sale | | | | $0 |
| | | | | | **Applied to Pre-Class Period Holdings:** | | **0** | | **$0** |
| Purchase | 10/08/21 | 1,072 | $62.5919 | $67,099 | | | | | |
| Purchase | 10/11/21 | 1,403 | $63.7855 | $89,491 | | | | | |
| Purchase | 10/12/21 | 1,297 | $65.3990 | $84,823 | Sale | 11/01/21 | 5,179 | $51.7260 | $267,889 |
| Purchase | 10/13/21 | 1,490 | $68.5552 | $102,147 | Sale | 11/02/21 | 2,379 | $49.7809 | $118,429 |
| Purchase | 10/14/21 | 1,361 | $70.5963 | $96,082 | Sale | 11/03/21 | 412 | $48.3666 | $19,927 |
| Purchase | 10/15/21 | 1,347 | $71.2348 | $95,953 | Retained | | 0 | $23.78 | $0.00 |
| | | **7,970** | | **$535,594** | | | **7,970** | | **$406,245** |
| | | | | | | | **LIFO Gain / (Loss)** | | **($129,349)** |

**Beaumont Firemen's Relief & Retirement Fund - LIFO Loss**
**CareDx, Inc.**
Class Period: 02/24/2021 to 05/05/2022
Lookback Price: $23.7792

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | Sale | | | | $0 |
| | | | | | **Applied to Pre-Class Period Holdings:** | | **0** | | **$0** |
| Purchase | 05/17/21 | 50 | $66.9124 | $3,346 | | | | | |
| Purchase | 05/17/21 | 50 | $67.0958 | $3,355 | | | | | |
| Purchase | 05/18/21 | 100 | $70.9822 | $7,098 | | | | | |
| Purchase | 05/18/21 | 125 | $70.9313 | $8,866 | | | | | |
| Purchase | 05/19/21 | 50 | $70.4258 | $3,521 | | | | | |
| Purchase | 05/19/21 | 200 | $71.3550 | $14,271 | | | | | |
| Purchase | 06/03/21 | 50 | $78.1248 | $3,906 | | | | | |
| Purchase | 07/15/21 | 75 | $76.7861 | $5,759 | | | | | |
| Purchase | 07/15/21 | 75 | $76.9865 | $5,774 | | | | | |
| Purchase | 07/20/21 | 150 | $80.9941 | $12,149 | | | | | |
| Purchase | 08/06/21 | 30 | $81.4923 | $2,445 | | | | | |
| Purchase | 08/06/21 | 60 | $81.2200 | $4,873 | | | | | |
| Purchase | 08/06/21 | 150 | $80.9943 | $12,149 | | | | | |
| Purchase | 08/09/21 | 35 | $81.0040 | $2,835 | | | | | |
| Purchase | 08/17/21 | 50 | $68.8052 | $3,440 | | | | | |
| Purchase | 08/18/21 | 25 | $70.6580 | $1,766 | | | | | |
| Purchase | 08/18/21 | 75 | $71.4031 | $5,355 | | | | | |
| Purchase | 08/18/21 | 124 | $70.8211 | $8,782 | | | | | |
| Purchase | 08/19/21 | 100 | $70.9166 | $7,092 | | | | | |
| Purchase | 08/19/21 | 115 | $70.9158 | $8,155 | | | | | |
| Purchase | 08/20/21 | 141 | $73.5350 | $10,368 | | | | | |
| Purchase | 08/20/21 | 295 | $72.9583 | $21,523 | Retained | | 2,125 | $23.78 | $50,531 |
| | | **2,125** | | **$156,830** | | | **2,125** | | **$50,531** |

**LIFO Gain / (Loss)** <span style="color:red">**($106,299)**</span>

**Total LIFO Loss for The Pension and Retirement Funds:** <span style="color:red">**($1,393,794)**</span>

4