# EXHIBIT C

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | Case No.: 3:22-cv-03023-WHO |
| Plaintiff, | Judge William H. Orrick |
| vs. | CLASS ACTION |
| CAREDX, INC., REGINALD SEETO, ANKUR DHINGRA, MARCEL KONRAD, and PETER MAAG, | |
| Defendants. | |

**JOINT DECLARATION OF THE PENSION AND RETIREMENT FUNDS IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

We, the representatives of Oklahoma Police Pension and Retirement System ("Oklahoma Police"), Sheet Metal Workers Local 19 Pension Fund ("Local 19"), Local 353, I.B.E.W. Pension Fund ("Local 353"), and Beaumont Firemen's Relief & Retirement Fund ("Beaumont Fire," and collectively with Oklahoma Police, Local 19, and Local 353, the "Pension and Retirement Funds"), pursuant to 28 U.S.C. § 1746, declare as follows:

1. We respectfully submit this joint declaration in support of the Pension and Retirement Funds' motion for appointment as Lead Plaintiff and approval of their selection of Saxena White P.A. ("Saxena White") and Robbins Geller Rudman & Dowd LLP ("Robbins Geller") as Lead Counsel for the proposed Class in the securities action filed against CareDx, Inc. ("CareDx") and related defendants. We are informed of and understand the requirements and duties of serving as the Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), including the selection and retention of counsel and overseeing the prosecution of the CareDx litigation. We each have personal knowledge about the facts set forth in this Joint Declaration relating to the fund with which we are associated.

2. I, Ginger Sigler, am the Executive Director of Oklahoma Police and am authorized to make this declaration on its behalf. Oklahoma Police is a public pension system that provides retirement and related benefits for qualified police officers and their beneficiaries in the state of Oklahoma. Oklahoma Police has more than 10,000 active members and retirees and more than $3 billion in assets under management. As reflected in its Certification, Oklahoma Police purchased a significant number of shares of CareDx common stock during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this action.

3. I, Tom Klingenberg, am the Administrator of Local 19 and am authorized to make this declaration on its behalf. Local 19 is a multi-employer, defined-benefit union pension fund that provides retirement benefits to approximately 40,000 active and retired employees in Pennsylvania, New Jersey, and Delaware. Local 19 has approximately $500 million in assets under management. As reflected in its Certification, Local 19 purchased a significant number of

shares of CareDx common stock during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this action.

4.    I, Kim Macpherson, am the Chief Executive Officer for the Toronto Electrical Industry Benefit Administration Services and am authorized to make this declaration on behalf of Local 353.  Local 353 is a multi-employer, defined-benefit pension plan located in Ontario, Canada. Local 353 manages approximately CAD $2.4 billion in assets on behalf of 13,000 active members, retirees, and beneficiaries who are members of the International Brotherhood of Electrical Workers working in a variety of electrical disciplines across central Ontario.  As reflected in its Certification, Local 353 purchased a significant number of shares of CareDx common stock during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this action.

5.    We, Brian Hebert and Joni Hanley, are the Chairman of the Board of Trustees and the Chief Plan Administrator, respectively, of Beaumont Fire and are authorized to make this declaration on its behalf.  Beaumont Fire is a retirement fund that provides benefits to approximately 420 active members and their beneficiaries in Texas.  Beaumont Fire has approximately $120 million in assets under management.  As reflected in its Certification, Beaumont Fire purchased a significant number of shares of CareDx common stock during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this action.

6.    We are all sophisticated institutional investors that understand, appreciate, and accept the duties and fiduciary responsibilities with which a lead plaintiff is charged under the PSLRA.  Our familiarity with the PSLRA's requirements is informed by, among other things, some of our experience serving as lead plaintiff or co-lead plaintiff in securities fraud class actions. For example, Oklahoma Police achieved recoveries for injured investors in *Milbeck v. TrueCar, Inc.*, No. 2:18-cv-02612 (C.D. Cal.) ($28.25 million recovery); *Weston v. RCS Cap. Corp.*, No. 1:14-cv-10136 (S.D.N.Y.) ($31 million recovery); and *In re Am. Home Mortg. Sec. Litig.*, No. 2:07-md-01898 (E.D.N.Y.) ($37 million recovery).  In addition, Local 353 is presently serving as co-lead plaintiff in another securities class action in this district, *In re Eargo, Inc. Sec. Litig.*, No.

3:21-cv-08597-CRB (N.D. Cal.), and Local 19 initiated a securities class action that has survived defendants' motion to dismiss and is proceeding through discovery, *Sheet Metal Workers Local 19 Pension Fund v. ProAssurance Corp.*, No. 2:20-cv-00856 (N.D. Ala.).

7.     The Pension and Retirement Funds are sophisticated institutional investors that have dedicated staffs of professionals who will ensure effective oversight of counsel and this litigation. Each entity manages substantial assets for their participants and serves as a fiduciary to a large number of beneficiaries. The Pension and Retirement Funds each have prior experience serving as fiduciaries and in selecting, hiring, and overseeing lawyers.

8.     The Pension and Retirement Funds are strongly motivated to recover the significant losses that they and the Class suffered as a result of defendants' violations of the federal securities laws. The principal goal of the Pension and Retirement Funds in seeking to serve as Lead Plaintiff in this case is to achieve the best possible recovery for the Class from all culpable parties. We each believe that the prosecution of this fraud should be entrusted to institutional investors that have a significant financial interest in the claims against defendants and are committed to maximizing the Class's recovery and ensuring the litigation is prosecuted as zealously and efficiently as possible, in accordance with the duties set forth in the PSLRA.

9.     In exploring their potential leadership of this action, the Pension and Retirement Funds expressed an interest to their respective counsel in collaborating with other sophisticated institutional investors in seeking joint Lead Plaintiff appointment. Oklahoma Police, Local 19, Local 353, and Beaumont Fire each determined that they could maximize the Class's recovery by pooling their respective resources and experience and jointly seeking appointment as Lead Plaintiff. After reviewing the allegations pleaded in the action and consulting with their counsel, Oklahoma Police, Local 19, Local 353, and Beaumont Fire each independently determined to seek joint appointment as Lead Plaintiff, and subsequently approved the filing of a joint motion seeking their appointment as Lead Plaintiff.

10.     Representatives of the Pension and Retirement Funds decided to collaborate and seek appointment as Lead Plaintiff based on the funds' comprehensive and complementary investments in CareDx stock throughout the Class Period, the ability to share and combine

resources, and our perspectives as fiduciaries to our respective members and shared goals and interests in protecting and maximizing pension and retirement fund assets.

11.    Before filing our lead plaintiff motion, we held a joint conference call with our counsel and each other to discuss: our respective funds' losses arising from defendants' misconduct; the merits of the claims and the status of the investigation undertaken by Saxena White before filing the initial and only complaint in this action; the lead plaintiff process; the benefits of working together jointly to prosecute the litigation in a collaborative and cohesive matter; and our strategy to jointly prosecute this case to ensure our shared goal of maximizing the outcome for all putative class members.

12.    We also exchanged contact information and discussed the importance of timely joint decision-making, and how we would coordinate with each other to exercise joint decision-making on matters pertaining to this litigation.  We do not anticipate that any disagreements between us will arise and are committed to making all efforts, in good faith, to reach consensus with respect to litigation decisions, and to that end will consult with our counsel as we deem necessary to fulfill our fiduciary obligation to the Class.  The rendering of decisions will be a collective effort by both the Pension and Retirement Funds, taking into account each members' respective experiences as well as relative financial interest in this litigation.  We are confident in our ability to reach joint decisions regarding litigation matters.

13.    As our Certifications attest, the Pension and Retirement Funds are committed to satisfying the fiduciary obligations they will assume if appointed Lead Plaintiff, including by: conferring with each other and with our counsel regarding litigation strategy and other matters; attending court proceedings, depositions, any settlement mediations, and hearings as needed; and reviewing and authorizing the filing of important litigation documents.  Through these and other measures, the Pension and Retirement Funds will ensure that the CareDx securities litigation will be vigorously prosecuted consistent with the Lead Plaintiff's obligations under the PSLRA and in the best interests of the Class.

14.    We have directed counsel to advise us as to all developments during the lead plaintiff motion process.  We will continue to direct counsel and actively oversee the prosecution

of this action for the benefit of the Class by, among other things, reviewing pleadings and conferring amongst ourselves.

15. We recognize the importance of selecting qualified counsel to prosecute the litigation in a cost-effective manner on behalf of the Class. We have selected Saxena White and Robbins Geller as Lead Counsel because of the Firms' securities litigation experience and their history successfully prosecuting securities class actions as Lead Counsel, including in *Plymouth Cty. Ret. Sys. v. Patterson Co.*, No. 0:18-cv-00871-MJD-SER, ECF No. 63 (D. Minn. Aug. 30, 2018), where, late last year, the Firms—representing a group of public and union pension funds—recovered $63 million for investors. We believe that Saxena White and Robbins Geller's history of effectively prosecuting complex securities class action lawsuits both independently and together provides comfort that the Class will receive the best possible representation.

16. We have directed Saxena White and Robbins Geller to prosecute this case collaboratively in the most efficient manner possible and without any duplication of services. We are confident they understand our directive. We believe that the Firms' ability to share resources to prosecute this complex securities class action will enhance the efficiency of the litigation.

17. In sum, the Pension and Retirement Funds are committed to ensuring that the Class receives the best possible outcome from this litigation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to Oklahoma Police are true and correct.

Executed this 22 day of July, 2022.

By: _____
Ginger Sigler
Executive Director
Authorized Signatory of Oklahoma Police

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to Local 19 are true and correct.

Executed this 22 day of July, 2022.

By: _____

Tom Klingenberg
Administrator
Authorized Signatory of Local 19

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States of America, that the foregoing statements relating to Local 353 are true and correct.

Executed this __ day of July, 2022.

By: _____

Kim Macpherson
Chief Executive Officer
Toronto Electrical Industry Benefit Administration Services
Authorized Signatory of Local 353

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to Beaumont Fire are true and correct.

Executed this __ day of July, 2022.

By: _____

Brian Hebert
Chairman
Authorized Signatory of Beaumont Fire

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to Beaumont Fire are true and correct.

Executed this __ day of July, 2022.

By: _____

Joni Hanley
Chief Plan Administrator
Authorized Signatory of Beaumont Fire

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to Local 19 are true and correct.

Executed this ___ day of July, 2022.

By: _____
        Tom Klingenberg
        Administrator
        Authorized Signatory of Local 19

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States of America, that the foregoing statements relating to Local 353 are true and correct.

Executed this 21 day of July, 2022.

By: _____
        Kim Macpherson
        Chief Executive Officer
        Toronto Electrical Industry Benefit Administration Services
        Authorized Signatory of Local 353

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to Beaumont Fire are true and correct.

Executed this ___ day of July, 2022.

By: _____
        Brian Hebert
        Chairman
        Authorized Signatory of Beaumont Fire

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to Beaumont Fire are true and correct.

Executed this ___ day of July, 2022.

By: _____
        Joni Hanley
        Chief Plan Administrator
        Authorized Signatory of Beaumont Fire

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to Local 19 are true and correct.

Executed this __ day of July, 2022.

By: _____
        Tom Klingenberg
        Administrator
        Authorized Signatory of Local 19

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States of America, that the foregoing statements relating to Local 353 are true and correct.

Executed this __ day of July, 2022.

By: _____
        Kim Macpherson
        Chief Executive Officer
        Toronto Electrical Industry Benefit Administration Services
        Authorized Signatory of Local 353

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to Beaumont Fire are true and correct.

Executed this __ day of July, 2022.

By: _____
        Brian Hebert
        Chairman
        Authorized Signatory of Beaumont Fire

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to Beaumont Fire are true and correct.

Executed this __ day of July, 2022.

By: _____
        Joni Hanley
        Chief Plan Administrator
        Authorized Signatory of Beaumont Fire