Barrington Dyer (CSB No. 264762)
Laura Leigh Geist (CSB No. 180826)
WILLKIE FARR & GALLAGHER LLP
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 848-7400
E-mail: bdyer@willkie.com
       lgeist@willkie.com

Tariq Mundiya (admitted *pro hac vice*)
Charles Cording (admitted *pro hac vice*)
Brady Sullivan (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail: tmundiya@willkie.com
       ccording@willkie.com
       bsullivan@willkie.com

Attorneys for Defendants
*CareDx, Inc,, Reginald Seeto,
Ankur Dhingra, Marcel Konrad,
and Peter Maag*

[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>       vs.<br><br>CAREDX, INC., REGINALD SEETO, ANKUR DHINGRA, MARCEL KONRAD, and PETER MAAG,<br><br>                    Defendants. | Case No.  3:22-cv-03023-TLT<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING TIME TO FILE AMENDED COMPLAINT AND FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Complaint Filed: May 23, 2022<br>Hon. Trina L. Thompson |

JOINT STIPULATION AND [PROPOSED] ORDER
SETTING TIME TO FILE AMENDED COMPLAINT AND FOR DEFENDANTS TO MOVE,
ANSWER, OR OTHERWISE RESPOND TO COMPLAINT
No. 3:22-cv-03023-TLT

Plaintiffs Oklahoma Police Pension and Retirement System, Sheet Metal Workers Local 19 Pension Fund, Local 353, I.B.E.W. Pension Fund, and Beaumont Firemen's Relief & Retirement Fund ("Plaintiffs") and Defendants CareDx, Inc., Reginald Seeto, Ankur Dhingra, Marcel Konrad, and Peter Maag ("Defendants"), hereby submit this stipulation and proposed order.

WHEREAS, on May 23, 2022, Plumbers & Pipefitters Local Union #295 Pension Fund filed a putative class action complaint (the "Complaint") in the above-captioned case alleging violations of the Securities Exchange Act of 1934 against Defendants;

WHEREAS, the Complaint asserts claims under the federal securities laws that are subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which sets forth specialized procedures for the administration of securities class actions;

WHEREAS, on July 22, 2022, Plaintiffs filed a motion seeking appointment as Lead Plaintiff and approval of Saxena White P.S. ("Saxena White") and Robbins Geller Rudman & Dowd LLP ("Robbins Geller") as Lead Counsel (ECF No. 31);

WHEREAS, on August 25, 2022, the Court appointed Plaintiffs as Lead Plaintiff, approved their selection of Saxena White and Robbins Geller as Lead Counsel, and ordered the parties to "jointly file a proposed schedule for the filing of any consolidated or amended complaint, for defendants to file responsive pleadings to that complaint, and for an initial case management conference" (ECF No. 43);

WHEREAS, on August 29, 2022, this case was reassigned to the Honorable Trina L. Thompson, United States District Judge, and as part of the reassignment order, the parties were directed to file a Joint Case Management Conference Statement on or before October 14, 2022.

WHEREAS, Defendants anticipate filing motion(s) to dismiss in response to the Amended Complaint;

WHEREAS, the parties believe that judicial economy will best be served by setting the initial case management conference and the deadline for filing the Joint Case Management Conference Statement to a time after adjudication of the motion to dismiss;

WHEREAS, the parties have met and conferred on an agreed-schedule for the filing of the Amended Complaint and for the briefing of motions thereon in a manner that will promote efficient prosecuting of this action and conserve judicial resources;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED pursuant to Civil Local Rule 7-12, by and between the undersigned counsel for the parties, as follows:

1. Plaintiffs shall file and serve their Amended Complaint within 60 days of the entry of this Order;

2. Defendants shall answer, move or otherwise respond to the Amended Complaint within 60 days of Plaintiffs' filing of an Amended Complaint;

3. If Defendants move against the Amended Complaint, then opposition papers, if any, shall be served within 45 days of Defendants' filing of the motion;

4. If Plaintiffs serve opposition papers, Defendants shall serve a reply brief within 30 days of Plaintiffs' filing of the opposition;

5. The Case Management Conference and the deadline to file a Joint Case Management Conference Statement are stayed pending the Court's ruling on Defendants' motion to dismiss;

6. An electronic signature on this Stipulation will be considered an original.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: September 8, 2022 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SHAWN A. WILLIAMS<br>JASON C. DAVIS |

/s/ *Jason C. Davis*
JASON C. DAVIS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jdavis@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
SEAN C. MCGUIRE
NICOLE Q. GILLILAND
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
smcguire@rgrdlaw.com
ngilliland@rgrdlaw.com

SAXENA WHITE P.A.
DAVID R. KAPLAN
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Telephone: 858/997-0860
858/369-0096 (fax)
dkaplan@saxenawhite.com

SAXENA WHITE P.A.
STEVEN B. SINGER
RACHEL A. AVAN
JOSHUA H. SALTZMAN
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: 914/437-8551
888/631-3611 (fax)
ssinger@saxenawhite.com
ravan@saxenawhite.com
jsaltzman@saxenawhite.com

SAXENA WHITE P.A.
LESTER R. HOOKER
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: 561/394-3399
561/394-3382 (fax)
lhooker@saxenawhite.com

Lead Counsel for Lead Plaintiffs

KOSKIE MINSKY LLP
MICHAEL MAZZUCA
20 Queen Street West
Suite 900, Box 52
Toronto, Ontario M5H 3R3
Telephone: 416/977-8353
416/977-3316 (fax)
mmazzuca@kmlaw.ca

Additional Counsel for Lead Plaintiffs

Dated: September 8, 2022

By: ___/s/ *Barrington Dyer*___
Barrington Dyer

WILLKIE FARR & GALLAGHER LLP
Barrington Dyer (CSB No. 264762)
Laura Leigh Geist (CSB No. 180826)
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 848-7400
E-mail: bdyer@willkie.com
         lgeist@willkie.com

WILLKIE FARR & GALLAGHER LLP
Tariq Mundiya (admitted *pro hac vice*)
Charles Cording (admitted *pro hac vice*)
Brady Sullivan (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
E-mail: tmundiya@willkie.com
         ccording@willkie.com
         bsullivan@willkie.com

Attorneys for Defendants
*CareDx, Inc,, Reginald Seeto,
Ankur Dhingra, Marcel Konrad,
and Peter Maag*

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: September 8, 2022                By: ___/s/ *Barringotn Dyer*___
                                        Barrington Dyer

                                        * * *

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: September 12, 2022

_____
HONORABLE Trina L. Thompson
United States District Judge