# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY EDELMAN,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL D. GOLDBERG, et al.,<br><br>    Defendants. | Case No. 22-cv-05379-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Trina L. Thompson for consideration of whether the case is related to *Plumbers & Pipefitters Local Union #295 Pension Fund v. CareDx, Inc.,* No. 22-cv-03023-TLT.

**IT IS SO ORDERED.**

Dated: November 15, 2022



JON S. TIGAR
United States District Judge