Laura Leigh Geist (CSB No. 180826)
Barrington Dyer (CSB No. 264762)
WILLKIE FARR & GALLAGHER LLP
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 858-7400
E-mail:  lgeist@willkie.com
        bdyer@willkie.com

Tariq Mundiya (*pro hac vice*)
Charles Cording (*pro hac vice*)
Brady Sullivan (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone:  (212) 728-8000
E-mail:  tmundiya@willkie.com
        ccording@willkie.com
        bsullivan@willkie.com

Attorneys for Defendants
CareDx, Inc., Reginald Seeto,
Ankur Dhingra, Marcel Konrad,
and Peter Maag

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CAREDX, INC., et al.,<br><br>                    Defendants. | Case No.  22-cv-03023-TLT<br><br>**DECLARATION OF CHARLES D. CORDING IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date: May 16, 2023<br>Time: 2:00 PM<br>Courtroom: 9, 19th Floor<br>Judge: Hon. Trina L. Thompson |

DECL. OF C. CORDING ISO MTD AC
No. 22-cv-03023-TLT

I, Charles D. Cording, hereby declare:

1. I am an attorney admitted *pro hac vice* to practice before this Court and a partner at the law firm of Willkie Farr & Gallagher LLP, which represents Defendants CareDx, Inc. ("CareDx"), Peter Maag, Reginald Seeto, Marcel Konrad, and Ankur Dhingra in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters described below.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from CareDx's SEC Form 10-K for the year 2020, filed February 24, 2021.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from CareDx's SEC Form 10-K for the year 2021, filed February 24, 2022.

4. Attached as **Exhibit C** is a true and correct copy of excerpts from CareDx's SEC Form 10-Q for the first quarter of 2022, filed May 5, 2022.

5. Attached as **Exhibit D** is a true and correct copy of excerpts from CareDx's SEC Form 10-Q for the third quarter of 2022, filed November 3, 2022.

6. Attached as **Exhibit E** is a true and correct copy of excerpts from CareDx's SEC Form 8-K, filed January 21, 2021, disclosing, among other things, the Underwriting Agreement entered in January 20, 2021.

7. Attached as **Exhibit F** is a true and correct copy of excerpts from CareDx's SEC Form 8-K, filed April 15, 2022, disclosing, among other things, the Sales Agreement entered in April 14, 2022.

8. Attached as **Exhibit G** is a true and correct copy of a compendium of SEC Form 4s filed on behalf of Defendant Reginald Seeto from March 1, 2021 to March 23, 2022, corresponding to the trades alleged in paragraph 184 of Plaintiffs' Amended Complaint.

9. Attached as **Exhibit H** is a true and correct copy of the transcript of CareDx's earnings call from April 30, 2020.

10. Attached as **Exhibit I** is a true and correct copy of the transcript of CareDx's earnings call from February 24, 2021.

11. Attached as **Exhibit J** is a true and correct copy of the transcript of CareDx's earnings call from May 5, 2021.

12. Attached as **Exhibit K** is a true and correct copy of the transcript of CareDx's earnings call from July 29, 2021.

13. Attached as **Exhibit L** is a true and correct copy of the transcript of CareDx's earnings call from October 28, 2021.

14. Attached as **Exhibit M** is a true and correct copy of the transcript of CareDx's earnings call from May 5, 2022.

15. Attached as **Exhibit N** is a true and correct copy of the transcript of CareDx's earnings call from November 3, 2022.

16. Attached as **Exhibit O** is a true and correct copy of the transcript of the Jefferies LLC London Healthcare Conference, held on November 15, 2022.

17. Attached as **Exhibit P** is a true and correct copy of the transcript of the BTIG Virtual MedTech, Digital Health, Life Sciences, and Diagnostic Tools Conference, held on February 18, 2021.

18. Attached as **Exhibit Q** is a true and correct copy of the analyst report from Jefferies Equity Research titled "Positive Initial View from CAC Meeting on MDx Tests for Kidney Transplants," dated November 16, 2022.

19. Attached as **Exhibit R** is a true and correct copy of the analyst report from Craig-Hallum Capital Group LLC titled "Initial Thoughts on MolDx CAC Meeting: KOLs Defend dd-cfDNA's Value in Transplant, But Is MolDx Questioning The Surveillance Setting?," dated November 17, 2022.

20. Attached as **Exhibit S** is a true and correct copy of the analyst report from Raymond James & Associates titled "3Q Beats Slightly, Unchanged Outlook Still Supports Strong Buy," dated October 29, 2021.

21. Attached as **Exhibit T** is a true and correct copy of the analyst report from Raymond James & Associates titled "Yakety Yak, Let's Talk CAC: Meeting Supports cfDNA Value as Opposed to Raising Major Red Flags," dated November 16, 2022.

3

22. Attached as **Exhibit U** is a true and correct copy of the Motion to Compel Arbitration filed by CareDx in the Superior Court of the State of California, County of San Mateo on April 21, 2022, captioned *Olymbios v. CareDx Inc*., No. 22-civ-01582 (Sup. Ct. Apr. 15, 2022).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 27th day of January, 2023, at New York, New York.

By: ___*/s/ Charles D. Cording*___
Charles D. Cording

4

DECL. OF C. CORDING ISO MTD AC
No. 22-cv-03023-TLT