# Exhibit H

# CareDx, Inc NasdaqGM:CDNA
# FQ1 2020 Earnings Call Transcripts

## Thursday, April 30, 2020 8:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2020- | | | -FQ2 2020- | -FY 2020- | -FY 2021- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.03 | 0.00 | ▼(100.00 %) | (0.03) | 0.08 | 0.61 |
| **Revenue (mm)** | 38.27 | 38.38 | ▲0.29 | 36.11 | 159.82 | 213.28 |

Currency: USD
Consensus as of Apr-30-2020 11:42 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- ▲ Positive EPS Normalized surprise
- ▼ Negative EPS Normalized surprise
- ● Neutral EPS Normalized surprise

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2019** | 0.00 | 0.00 | ① 0.00 % |
| **FQ3 2019** | 0.01 | 0.02 | ② 100.00 % |
| **FQ4 2019** | 0.02 | 0.04 | ③ 100.00 % |
| **FQ1 2020** | 0.03 | 0.00 | ④ (100.00 %) |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**Contents**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ..................................................................................... | **3** |
| **Presentation** | ..................................................................................... | **4** |
| **Question and Answer** | ..................................................................................... | **8** |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Michael Bell**
*Chief Financial Officer*

**Peter Maag**
*Chairman & CEO*

**Reginald Seeto**
*President & Chief Business Officer*

**ANALYSTS**

**Alexander David Nowak**
*Craig-Hallum Capital Group LLC,*
*Research Division*

**Andrew Harris Cooper**
*Raymond James & Associates,*
*Inc., Research Division*

**Brandon Couillard**
*Jefferies LLC, Research Division*

**Poon Mah**
*Piper Sandler & Co., Research*
*Division*

**Yi Chen**
*H.C. Wainwright & Co, LLC,*
*Research Division*

**ATTENDEES**

**Gregory Peter Chodaczek**
*Gilmartin Group LLC*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and welcome to the CareDx, Inc. First Quarter Earnings Conference Call. [Operator Instructions] Please note, this event is being recorded.

I would now like to turn the conference over to Greg Chodaczek. Please go ahead.

**Gregory Peter Chodaczek**
*Gilmartin Group LLC*

Thank you. Good afternoon, and thank you for joining us today. Earlier today, CareDx released financial results for the quarter ending March 31, 2020. The release is currently available on the company's website at www.caredx.com. Peter Maag, Chief Executive Officer; and Michael Bell, Chief Financial Officer, will host this afternoon's call.

Before we get started, I would like to remind everyone that management will be making statements during this call that include forward-looking statements within the meaning of the federal securities laws, which are made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. Any statements contained in this call that are not statements of historical facts should be deemed to be forward-looking statements. All forward-looking statements, including, without limitation, are examination of historical operating trends, expectations regarding coverage decisions, pricing and enrollment matters and our future financial expectations and results are based upon current estimates and various assumptions. These statements involve material risks and uncertainties that could cause actual results to differ materially from those anticipated or implied by these forward-looking statements. Accordingly, you should not place undue reliance on these statements. For a list and descriptions of the risks and uncertainties associated with our business, please see our filings with the Securities and Exchange Commission.

The information provided in this conference call speaks only to the live broadcast today, April 30, 2020. CareDx disclaims any intention or obligation, except as required by law, to update or revise any information, financial projections or other forward-looking statements, whether because of new information, future events or otherwise. This call will also include a discussion of certain financial measures that are not calculated in accordance with generally accepted accounting principles. Reconciliation to the most directly comparable GAAP financial measure may be found in today's earnings release filed with the SEC.

I will now turn the call over to Peter. Peter?

**Peter Maag**
*Chairman & CEO*

Thanks, Greg, and good afternoon, everyone. I'm pleased to welcome you to the CareDx call to review our results for the first quarter of 2020.

Before we discuss our results, I wanted to take a moment to thank all of the health care workers across the globe. CareDx is part of a community of essential health care businesses. We have the utmost respect for those working on the front line and do the best ourselves to support them wherever possible. Back in January, we chose Transplant Proud as our theme for 2020, and it could not be more -- and I could not be more proud of how our team has come together in response to the COVID crisis.

Now turning to the results. In the first quarter of 2020, we reported revenue of $38.4 million, an increase of 48% compared with the first quarter of 2019. Growth primarily came from our testing services, where we provided just over 15,000 patient results, an increase of 50% year-over-year. Product revenue for the quarter was $4.7 million, and digital revenue added $2.2 million to the top line.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

For the seventh straight quarter, we posted a positive adjusted EBITDA. We have always focused on building a profitable, sustainable, precision medicine business and believe that our robust platform has enabled us to quickly pivot and adjust in response of this unprecedented crisis.

The arrival of COVID-19 in the U.S. has affected everyone and everything. The health care sector is no exception as hospitals have become the front line of this battle. With hospitals increasingly caring for COVID-19 patients, hospital administrators have chosen to limit or even defer nonemergency visits and procedures. Immunosuppressed transplant patients either decided on their own or were asked to avoid transplant centers and caregiver visits. With transplant surveillance visits down, we did experience a slowdown in testing services volume in the final week of the quarter.

Considering this backdrop, our results this quarter were particularly strong. Up until the impact of COVID-19, we were well on track to exceed $40 million in total revenue for the first quarter. Our pledge to support our patients remains our focus. And as part of our efforts on March 17, we announced the launch of RemoTraC, our solution for enabling home-based monitoring for transplant patients. Importantly, we created RemoTraC in response to hearing that patients were missing their check-in appointments and blood draw as a result of COVID crisis. This home-based blood draw solution using mobile phlebotomy reduces the necessary visit to labs and hospitals for immunosuppressant transplant patients. Notably, to date, more than 150 transplant centers are leaning in and offering RemoTraC to their patients. Approximately 2,000 kidney heart and lung transplant patients have already enrolled.

Based on existing and new relationships with partners, we have expanded our nationwide network from 1,000 to more than 10,000 mobile phlebotomists. This has been an enormous undertaking as the need is greatest in areas where they are the most infections. As always, with complex workflows, the devil is in the detail, and we are learning every day. Mobile phlebotomy has increased from 10% of our daily volume 8 weeks ago, to now comprising over 50%.

Under the tremendous leadership of Reg Seeto, our President and Chief Business Officer, CareDx has pivoted extremely quickly. Transplant Proud. As RemoTraC starts to take effect and as some transplant centers begin to return to normal operating capacity, I'm very pleased to share that in the last week, we have almost returned to pre-COVID volume of AlloSure and AlloMap. It remains to be seen if this will continue and whether we can return to linear growth at any time soon. But for the moment, we are pleased with the progress over the last week.

Another COVID-19-related initiative that we are very proud of is our partnership with an international consortium, including the National Institute of Health, to create and manage a global COVID-19 transplant registry. Initial mortality rates of transplant patients with COVID-19 infections are alarming. With this noncompetitive registry, we are supporting the need for better data on the impact COVID-19 is having on immunosuppressed transplant patients. C19TxR.org was built in record time and is powered by OttrCare, our transplant-specific electronic medical record software. The site is free to use, is open access and is web-based, with a real-time analytics dashboard. Already 400 COVID infections are captured in the registry, so this might be the largest COVID-19 transplant registry in the world. The OttrCare team in Omaha has done an incredible job.

Now turning to our operations. In response to the COVID crisis, we have established internal operating plans based on 3 Cs: compassion, common sense and confidence. We have implemented multiple solutions to protect our employees and their families by continuing our commitment to supporting patients. Besides the talented Marissa Dixon, our Head of HR, we have an experienced and skilled management team in place, supported by a seasoned and resourceful Board. I'm glad to report that our operations continue without interruption. As well as RemoTraC, C19TxR.org and our operational update, I would like to comment on our very successful pivot to virtual meetings. We are now engaging with the transplant community more than ever via virtual advisory boards, bringing together transplant nephrologists and cardiologists, community nephrologists, transplant coordinators and administrators, transplant patients, PharmDs and HLA lab directors. We are deeply indebted to the incredible feedback, advice and insights that we have received from leaders in the transplant community.

Lastly, some might have scratched their head last year when we acquired OttrCare and XynManagement to form a digital backbone for CareDx. While we could not have foreseen a crisis like COVID-19, the trend

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

towards precision medicine and the adoption of new interactive platforms based on clinical data was always there. Now telehealth has become a reality overnight. With these digital capabilities, CareDx is well positioned to lead this new era in patient engagement, clinical decision-making and transplant care.

As we announced a few weeks ago, we have withdrawn our 2020 revenue guidance. While volumes have almost come back to normal, we will undoubtedly see an adverse revenue impact in Q2. As I'm thinking about year-end, I'm asking 3 questions. First, at the macro level, will COVID-19 and shelter-in-place orders have a lasting impact? For example, will there be another wave? Second, how successful will we be continuing to roll out RemoTraC, mitigating or potentially overcompensating the COVID impact? And third, when will transplant centers reopen to surveillance visits and when will their transplant volumes get back to pre-COVID levels? We are applying our 3 Cs. We have tremendous compassion, especially for patients and frontline caregivers. We lean in and apply common sense as we respond to the crisis and the path to recovery, and we are confident as we have built a great platform in transplant care. So I feel optimistic about the remainder of 2020 and look forward to providing updates on the progress in future communications.

Now I hand over to Mike to discuss our financials. CareDx could not have a better suited CFO than Mike Bell in this time of crisis. He's doing a phenomenal job. Mike?

**Michael Bell**
*Chief Financial Officer*

Thank you, Peter. Turning first to the income statement. Total revenue for the first quarter was $38.4 million, a year-over-year growth of 48%. The growth in revenue was primarily driven by AlloSure Kidney and AlloSure -- AlloMap Heart as well as continued adoption in center penetration of AlloSure Kidney. AlloMap Heart has also experienced accelerated growth over the past few quarters due to increased interest in HeartCare by transplant centers. As a result of the strong performance of both AlloSure and AlloMap, testing services revenue in the first quarter increased 46% year-over-year to $31.4 million.

Our first quarter product revenue increased 6% year-over-year to $4.7 million, and our digital revenue was $2.2 million.

Moving to our gross margins. For the first quarter of 2020, the gross margin was 68% compared to a gross margin of 63% in the same period of 2019. On a sequential basis, gross margins were up approximately 300 basis points compared to the fourth quarter of 2019. The non-GAAP gross margin for the quarter was 71% compared to 67% in the prior year quarter. We do expect to see some impact on our future gross margins because of the spend on RemoTraC as the cost of a mobile phlebotomy draw is approximately $100 more expensive than a lab draw, although the full impact on margins will ultimately depend on the mix between RemoTraC blood draws and draws done at labs.

For the first quarter of 2020, net loss was $5.8 million compared to a net loss of $7.5 million in the same period of 2019. Our net loss per share was $0.14 for the quarter compared to a net loss per share of $0.18 in the first quarter of 2019. Non-GAAP net income was $0.2 million in the first quarter of 2020, compared to a non-GAAP net income of $2.2 million in the same period of 2019. Our non-GAAP net income per share in the first quarter of 2020 was approximately $0.00 compared to a non-GAAP net income of $0.05 in the same period of 2019.

As a reminder, we define adjusted EBITDA as non-GAAP net income before interest, income tax, depreciation, amortization and other income and expense. For the first quarter of 2020, we recorded a positive adjusted EBITDA of $0.2 million compared to an adjusted EBITDA of $1.8 million in the first quarter of 2019. Despite the impacts of COVID-19 on our first quarter revenues, this is our seventh consecutive quarter of positive adjusted EBITDA.

In the first quarter of 2020, our operating expenses were more or less in line with our plan, although there was a reduction in travel expenses in March. We expect to see our operating expenditure in Q2 to stay flat to Q1 due to the impact of less travel and the switch of industry conferences from in-person to virtual.

Regarding our cash position and liquidity, cash and cash equivalents on March 31, 2020, were $32.2 million. Net operating cash flow was negative $3.1 million in the first quarter of 2020. The operating cash

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

outflow in the quarter was due to the annual incentive compensation payments for 2019 performance that were paid in Q1. Excluding these payments, our first quarter operating cash flow was positive. Over the past few weeks, we have added $49 million to our cash balance, and currently, our cash and cash equivalents are approximately $80 million. The increase in cash has come from 3 areas. Firstly, we used our at-the-market program to issue and sell exactly 1 million shares, which generated net proceeds of $23.5 million.

Secondly, we received $20.5 million from CMS through its expanded accelerated and advanced payment program. The $20.5 million will be recouped by CMS between August and November this year. We also received an initial distribution of $4.8 million from the CARES Act Provider Relief Fund to support health-care-related expenses and loss revenue attributable to COVID-19. Note that we did not participate in the federal Paycheck Protection Program, also known as PPP. Based on our current improved cash position and our cash flow forecast, we feel CareDx continues to be well positioned for the foreseeable future.

Turning to guidance. As we stated in our press release earlier this month, due to the uncertainty surrounding the impact of COVID-19 will have on our business, we will not currently be providing revenue guidance for the full year 2020.

Now I'll hand back over to Peter.

**Peter Maag**
*Chairman & CEO*

Thank you, Mike. In closing, I want to thank all of our employees for their hard work and dedication during this unprecedented time. One of our most significant themes is that it takes a village, and throughout this challenging time, our CareDx village has come together to support each other, while remaining steadfast in our dedication and passion to transplant patient care.
Thank you all for joining the call, and I will open the call for questions.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] The first question comes from Brandon Couillard from Jefferies.

**Brandon Couillard**
*Jefferies LLC, Research Division*

Peter, maybe just starting with RemoTraC. Surprised to hear it's already 50% of volumes. Is this just a new operating model for the business now? Why go back to the old way? And as we think about the unit economics, are there some other positive offsets, spending avoidance, that you might be able to realize, such as lower requirements on your back-end compliance and call centers, that might help you offset some of the $100 added for the mobile phlebotomy?

**Peter Maag**
*Chairman & CEO*

Thank you, Brandon. Excellent question. I think there's really 2 types of feedback. One is, patients absolutely love it. Patients don't need to drive in for an hour or 2 or maybe sometimes 3, since they live remotely, into the transplant center, then be in a waiting room, wait for their blood work, have then maybe sometimes only 5- to 10-minute interactions with the nurse, and everything is good, and then they travel back home. So patients love the mobile phlebotomy, especially for those that are doing well.

Clinicians, I would say, they're probably half-half. They love to see patients face-to-face, and they think there is a significant value in having a patient visiting the center. But they also -- half -- the other half is just completely convinced that telehealth is here to stay. What does that mean for RemoTraC? That I think we continue to be flexible. It's very clear that in a COVID crisis center like New York, most of these patients are going mobile. While in other transplant centers, there might be a stronger mix. But what it tells me is that CareDx is actually excellent prepared in order to answer to these individual solutions as we have always applied a center-by-center strategy. Sometimes, this is now a patient-by-patient strategy even.

To your point about offsetting, I think one thing that will be very true is that RemoTraC allows us to have direct-to-patient communication that we have always been seeking and allows us to monitor and apply the surveillance schedule. You might recall that we have updated, that we're losing sometimes a few surveillance visits on the go. And the closer we get to the patient and the more interactions we have and the better we can actually help scheduling this visit, the more the fulfillment on the regular surveillance schedule will be true. So we see actually that there is a bit of an upside for us in terms of volume, making sure that these patients stick to their surveillance visit and get all their blood draws.

**Brandon Couillard**
*Jefferies LLC, Research Division*

Maybe from a high level, as best you are aware, could you maybe just talk a little bit about what your sense is in terms of what transplant activity is today? How far off of normal that might be and kind of what the time line might look like? And whether you would expect some lag effect from the delay in those new transplant procedures maybe show up in your business as a headwind maybe in a few months? What do you sort of think of that?

**Peter Maag**
*Chairman & CEO*

Excellent question, Brandon. I think, first of all, this is -- we're still very early in the penetration of all patients, maybe we're 5% penetrated against the overall opportunity. So there's not going to be a shortage of patients anywhere near in terms of our ability to convert into AlloSure patients. Secondly, yes, that might be short term. Especially living donations is down right now. If you have an organ from a friend or family member, these transplantations probably are not occurring in many transplant centers right now

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

in the country. But maybe overall, volume is down by 30% to 40%, in some centers by 50%, but I think that will spring back. We hear actually that the transplant center, since they are a key driver for many of these -- many of these medical centers also for profitability, that probably they will be one of the first units to open back up. And there are some that are actually anticipating a bit of a surge in the moment that we are coming back to normal in these centers.

My guess is that this will not happen all at once at all centers at the same time, but we will see regional differences. So I would see that we are some months out to complete normal, but we'll actually see a number of centers coming back online relatively quickly.

**Brandon Couillard**
*Jefferies LLC, Research Division*

Lastly, you did mention in your prepared remarks, but curious if you could just maybe touch on the AlloCell product, which you disclosed a few weeks ago. Could you maybe just share with us a little bit more about how your offering serves in that surveillance of patients who are receiving those therapies? And if you could maybe talk about who the biopharma partner is that you noted in the press release.

**Peter Maag**
*Chairman & CEO*

I think there's a number of companies and partners that we talked to, and one came -- we wanted to announce the first one because I think that's a meaningful step as our pharma services. The original model is truly to develop this -- codevelop this and make it available through clinical trials with pharma partners, establishing the concept. We see this as moving the company from a heart transplant focused to a kidney focused now into a cell therapy. These engineered cell transplants are nothing else than a transplant, and we, with our technology, our precedence to detect these nonowned cells. So in a way, you'll hear us talk about Allo transplantation in the future a lot more. I think this is an exciting new opportunity. This is not going to be short term tremendously revenue relevant from a testing service perspective, but more so from a relationship and pharma research and development perspective. So bear with me, we'll be communicating more on that as we progress through the year.

**Operator**

The next question comes from Steven Mah from Piper Sandler.

**Poon Mah**
*Piper Sandler & Co., Research Division*

Congratulations for your post-transplant volumes returning to normal. So that's really great news. And yes, I wanted to get maybe a little bit more color on that and kind of square away your comments that you said earlier in your prepared remarks where you said that physicians and patients are either by choice or just as things are closed that they're avoiding transplant centers. But I would expect that the post-transplantation patient test to be seen more as an essential test rather than elective procedure. So maybe you can give us some sense on how doctors and patients are viewing post-transplant?

**Peter Maag**
*Chairman & CEO*

Yes. I think we had initially in the last couple of weeks of March, a bit of a shellshock response from transplant centers saying, wow, every patient that's doing well do not come in and don't have your surveillance visit. And so that led to a drop in volume of surveillance visits in March. But you're absolutely right, that both patients and caregivers want to maintain surveillance visits of these patients. That's why RemoTraC is so important. I did comment on that we're almost back to pre-COVID levels, which probably is because of that, that it's not elective. After transplantation, you need to be constantly monitored for a rejection episode, and that's why our value is now more seen than ever.

It's also true that right now, having this liquid biopsy concept that a simple blood test is giving you a lot of information and taking in the patient now for an invasive procedure like a biopsy and have them spend significant time at a transplant center, the balance is really tipping in our favor very, very clearly on this

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

liquid biopsy. So in terms of our value proposition, it has never been stronger and clear articulated. So I would agree with you, that we'll see transplantations come back to transplant center very, very quickly again.

**Poon Mah**
*Piper Sandler & Co., Research Division*

Okay. Great. And just a follow-up question. On RemoTraC, do you think transplant centers are going to integrate it into their protocols given that COVID-19 is relatively uncertain? Again, yes, there's going to be a second wave or every flu season, this is -- we're going to go through the same thing. Do you...

**Peter Maag**
*Chairman & CEO*

I'll let also, Reg Seeto, who's on the call, comment on that. But I would see that we will see probably flare-ups of COVID-19 in the country in different locations over the year. So I don't think that this will be entirely going away. But then we will have very local and regional responses to COVID-19. So I would say we will stay flexible, and this will be a center-by-center approach. But maybe Reg, over to you talking about RemoTraC and our ability to pivot.

**Reginald Seeto**
*President & Chief Business Officer*

Yes. Thanks, Peter. I mean we've seen more than 150 centers expressed interest in RemoTraC. And with that, we have a lot of protocols and surveillance patients being used. So I think with RemoTraC being incorporated as part of that with the current offering, I think in the future, we'll -- as Peter mentioned, we'll start seeing more of this adoption, potentially even on a protocol basis.

**Poon Mah**
*Piper Sandler & Co., Research Division*

Okay. Great. That's helpful. And real quick, if I have time, one for Mike. Can you give us a sense on the clinical trials? Do you expect enrollments and timing to slow down? And how should we think about R&D expense this year?

**Michael Bell**
*Chief Financial Officer*

Yes, Steve. I think -- yes, obviously, patient enrollment on OKRA and SHORE are going to slow down in the near term. And probably on OKRA as well as we're ramping up the centers, that center enrollment is probably going to slow down. So I think we will see a slight slowdown in that R&D expense until those volumes pick back up. In the remarks before, I mentioned that in Q2, we expect our operating expense to be relatively in line with Q1 because there will be savings on travel costs, on the conference costs and -- yes, the clinical study cost will also be one of those savings, if you like, in Q2.

**Peter Maag**
*Chairman & CEO*

But it also gives me -- Steven, it gives me -- like just our medical team has done a great job. We would probably report it -- have reported a number of 25 OKRA sites up and running in the Q1. We chose not to stress this in the prepared remarks because I think right now, many of these centers are not actively enrolling because of that. But as soon as they're opening up, we will anticipate that OKRA is going to full steam. And we're actually pretty proud to have 25 up and running -- 25 sites up and running on OKRA.

**Operator**

The next question comes from Alex Nowak from Craig-Hallum.

**Alexander David Nowak**
*Craig-Hallum Capital Group LLC, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Congrats on the Q1 in spite of COVID here. And congrats on seeing the testing levels return to the previous highs. I wanted to go back on a comment you made, Peter, about biopsy. I mean biopsy is obviously the gold standard here. You recently hosted a conference -- a virtual conference, and there was a lot of talk about centers adjusting their protocols for social distancing guidelines and largely getting rid of biopsy. So I've got to imagine this is a big boost for CareDx, but is there any way to quantify just how beneficial the shift away from biopsies almost completely could be to CareDx, both in the near and the long term?

**Peter Maag**
*Chairman & CEO*

Well, I think this would -- I would say this is organ-specific a little bit. On heart, the opportunity is very significant. The heart transplant patients receive 12 to 18 biopsies in the first year -- first 2 years after transplantation. So think about this as we're right now rolling out HeartCare, there's ample opportunity for us to grow on the heart franchise. On the kidney transplant side, there are many transplant centers that actually do not use kidney biopsies because of the invasiveness and the risk-reward ratios might not be as high. So we only see 25% of transplant centers doing routine protocol biopsies. And I would say those protocol biopsies right now, we would probably see in many transplant centers replaced because this routine biopsy, where you're basically just checking if everything is okay has very, very low yields. We know about 10% to 15% of these biopsies are showing something to follow up on. So there, the risk-reward ratio doesn't seem to be strong. But I think on the heart side, significant opportunity. Kidney, maybe a little bit less. But still also on the biopsy for cost, where we have a lot of -- serum creatinine goes up and then you do a biopsy and then still you have no yield. Many transplant centers might now first do an AlloSure before they have the patient come in and do a biopsy. So I think, clearly, the value proposition is significant. We just see that as the total confirmation of our approach to blood-based testing.

**Alexander David Nowak**
*Craig-Hallum Capital Group LLC, Research Division*

Understood. And Peter, how are you positioning the sales force now to sell in this post-COVID world where access to the transplant centers could be really limited? And on the flip side, do you think these restrictions will actually make your business even more sticky from potential competition?

**Peter Maag**
*Chairman & CEO*

Well, I would tell you that on the Allo products business right now, it's probably not the best time to launch product. Access is limited. This is -- right now, minds are preoccupied. And so doing something new and different on your daily routine is probably not the best time to do. So yes, I think we have really another quarter where CareDx can build out its first-mover advantage. So I think we are very extremely well positioned there.

On the transplant account managers or the individuals that are out in the field, I think our business model has shifted. I mean there's not a day going by where we don't have significant hours spent in front of video conference. And also our team is pivoting, and we have a lot of video calls and video interactions. Our webinars are now substantial for distributing information and sharing education. So right now, our office looks more like a virtual telemarketing type of outfit than a traditional diagnostics company. So it's -- we have been pivoting really quickly and so has our field force. But let's face it, I think for us, right now, it's all leaning in, making sure that every patient that needs AlloSure, AlloMap gets access to our technology. And there, I'd just applaud the entire field team of being on the ready.

**Alexander David Nowak**
*Craig-Hallum Capital Group LLC, Research Division*

Absolutely. Understood. That's good to hear. And then, Mike, can you just elaborate on the $20 million advance payment program with CMS? Just what is that program? And really how does it work?

**Michael Bell**
*Chief Financial Officer*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, Alex. The program is that companies -- well, Medicare providers can request an advance of up to 3 months' worth of expected payments from CMS. So that was provided to us. That amount is $20.5 million. And then CMS, per their current projections, they would start to recoup that back around August, between August and November during this year. So every time we would do a medical test in that period, they would not pay us and they would just recoup the money, advance that they'd paid us.

**Alexander David Nowak**
*Craig-Hallum Capital Group LLC, Research Division*

Got it. So I assume that sits on the balance sheet as a prepaid revenue item?

**Michael Bell**
*Chief Financial Officer*

It won't be as revenue, but it will just sit on the balance sheet as cash, and then that'll just get sort of withdrawn down over time.

**Operator**

The next question comes from Andrew Cooper from Raymond James.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

A lot's been covered, so I'll keep them kind of quick. But I was wondering if maybe you could give a little bit of color on RemoTraC. Is it -- is there any level of difference between kind of what patients are adopting it or whether it's the folks that are in protocols or -- and new transplant patients are more likely or anything like that? Is there any difference between who says, this is what I want to do versus not?

**Peter Maag**
*Chairman & CEO*

Yes. I think our response has been to -- many patients are worried. They're worried about leaving the house. They're worried about going into a transplant center. But I'd like to hand over to Reg Seeto to answer your question more specifically.

**Reginald Seeto**
*President & Chief Business Officer*

Yes. Thanks. I mean we've seen the majority of patients from one segment being those on surveillance today, that we've also seen a new segment of patients who are currently on surveillance that we had -- as we talked about, with the greater need to monitor these patients where they are now being brought into RemoTraC first. So there's been 2 specific segments.

**Andrew Harris Cooper**
*Raymond James & Associates, Inc., Research Division*

Okay. That's helpful. And then maybe just kind of tying RemoTraC to something you said, Peter, around telehealth. But given what you've done on sort of the digital side and started to do and what you've now added with RemoTraC, and your comment that some physicians still want to have the face-to-face conversation, is there an opportunity there to sort of tie in, whether it's developed yourself or partnering with a telehealth provider, to add to the capabilities from that perspective? And what would that opportunity potentially look like?

**Peter Maag**
*Chairman & CEO*

Well, I think the opportunity is relatively simple that the doctor when he sees the patient also receives his information on AlloSure plus the entire blood workup. And having that at his fingertips when he makes decisions about that patient continuum and that patient journey, I think that would be ideal. Unfortunately, what sounds relatively simple is incredibly difficult in terms of a workflow at a transplant center to make

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

sure that the clinician actually has all that information at the time of decision-making. That has to do with the integration of diagnostics into the electronic medical record, and that has to do with even as simple as making sure that the patient can turn on the button on the Zoom video, right?

So there's a lot of things in the workflow, but I think we really are in a new era, and this will become the standard. I think clinicians will have that information available. And maybe with our smart algorithms and predictive tools, we can even help clinicians to decide which patients they want to see on a televisit or which patients they are completely -- they have to ask to come into the center. And maybe some patients will be seen only by the nurse, and some other patients will really need to have the specialist attending.

So I think we can -- with our smart solutions, we started that with iBox and the integration into our OttrCare program, we can really support clinical decision-making down the line. We're very early on this, but I think e-health has become a -- has gotten a boost through COVID-19. And my guess is that this is here to stay. So having a more integrated approach that CareDx is offering potentially offers a competitive advantage in the future as we're building our moat in transplantation.

**Operator**

Next question comes from Yi Chen from H.C. Wainwright.

**Yi Chen**
*H.C. Wainwright & Co, LLC, Research Division*

First question is, what is the volume capacity of testing RemoTraC can support if COVID-19 persists throughout the year?

**Peter Maag**
*Chairman & CEO*

That's an excellent question. And I think we're unlimited in the sense of being able to manage blood draws coming into our lab. I would say we're probably having more capacity doing blood draws than we would have capacity on testing them. But we have always scaled our lab alongside volumes. So don't think of CareDx being capacity constrained in any form or fashion.

**Yi Chen**
*H.C. Wainwright & Co, LLC, Research Division*

Okay. And then what evidence do you need to have to reinstate revenue guidance?

**Peter Maag**
*Chairman & CEO*

That's a really good question. And Yi Chen, I was anticipating that question, that's why I gave a bit of how I'm thinking about it. First of all, who knows if there's going to be a second wave. I personally anticipate that there will be second waves in different places in the United States, and it's incredibly difficult to forecast where those will be. If there were to be in locations where there's significant transplant volume, CareDx would be more impacted than in others. The second one is really -- RemoTraC has been a phenomenal success in the first few weeks, and the team has done a phenomenal job. But the devil is in the detail and how successful can we roll that out across the United States in all centers for all patients. That's to be seen. And I'll be happy to update you on that.

And the last one is really around -- is there an opportunity for us to capture in the transplant centers that are going back to normal. I just heard yesterday that Cleveland Clinic is actually getting transplant from Detroit and down from Michigan, where there is significant COVID. And they actually now -- are now doing more transplants than before. So the question will be, how do individual transplant centers come back up on stream? And when are we back to overall transplant volume? And that's incredibly difficult to forecast. I think after all saying that, I think it's the prudent way for us to withdraw guidance right now, but we'll let you know as soon as we can to think about guidance again.

**Yi Chen**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*H.C. Wainwright & Co, LLC, Research Division*

Got it. Last question is, digital and other revenue had a significant quarter-over-quarter growth in the first quarter. Could you provide more color on the potential of this revenue stream?

**Michael Bell**
*Chief Financial Officer*

Well, Yi Chen, the reason why quarter-over-quarter is because that revenue comes from the acquisitions that we made last year. So the OTTR acquisition was in May and the Xyn acquisition was in August. So there was no like-for-like revenue in the first quarter of last year.

**Yi Chen**
*H.C. Wainwright & Co, LLC, Research Division*

No, I meant, compared to the fourth quarter of last year, not the first quarter.

**Michael Bell**
*Chief Financial Officer*

The fourth quarter?

**Yi Chen**
*H.C. Wainwright & Co, LLC, Research Division*

Fourth quarter. Yes.

**Michael Bell**
*Chief Financial Officer*

Yes. I mean -- well, some of that is coming from new contracts that we're getting from both the OTTR business and the Xyn business. I think before the COVID crisis and when we had revenue guidance out there, we said we expected revenue for the digital business to be around $8 million for the year. So the first quarter was in line with that. Whether or not in the remaining quarters, there would be a slowdown of that because maybe some centers get slower at making decisions to adapt to a new platform, that could have an impact. So first quarter was very good, and we were really pleased with that. But yes, we'll have to see what happens for the remainder of the year.

**Operator**

This concludes our question-and-answer session. I would like to turn the conference back over to Peter Maag for any closing remarks.

**Peter Maag**
*Chairman & CEO*

Well, thank you so much for joining us for the first quarter call, and I'm looking very much forward to continue to update you of our progress. I'll end with a shout-out to Transplant Proud, and thank you so much for being part of the community that allows us to do what we're doing. We're focusing on transplant patients every day. Thank you very much, and bye-bye.

**Operator**
The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.