# Exhibit O

Company Name: CareDx Inc
Company Ticker: CDNA US Equity
Date: 2022-11-15

# Jefferies LLC London Healthcare Conference

## Company Participants

- Abhishek Jain, Chief Financial Officer
- Reginald Seeto, President and Chief Executive Officer

## Other Participants

- Brandon Couillard

## Presentation

### Brandon Couillard {BIO 16440094 <GO>}

All right, everybody. Thanks for joining us. Good afternoon. Welcome to the Jefferies' 2022 London Healthcare Conference. It's great to see everybody and it's great to have CareDx with us back at the conference this year. Here to join us for this very intimate fireside conversation, CEO, Reg Seeto; CFO, Ab Jain -- Abhishek Jain. Thank you, guys, both for being here.

Just to kick-off, tomorrow there'd be a joint public advisory meeting with Noridian, Palmetto; the two Medicare MACs, who are taking another look at their LCDs for ctDNA-based kidney, lung, heart, transplant rejection tests. Specifically, Noridian has talked about reviewing the interval, maybe there's an issue with the level of utilization. But was the ad hoc meeting a surprise to you? And what do you expect to come out of this two-day meeting?

### Reginald Seeto {BIO 19742612 <GO>}

Yeah. Thanks, Brandon. I think the CAC meeting is one where the two days, they'll cover -- the first day the abdominal -- the abdominal organs and then on the next day, they'll cover the heart and lungs, so above the diaphragm. And so, this probably wasn't meetings that, I think, anyone was expecting having had the universal LCD out there for last 18 months. But it's -- there hasn't been a lot of output either from the universal LCD. So in some ways it's probably not a bad review process they are doing at this stage. I mean, the great thing about, from our perspective is having look at some of the documents that were released is the focus on subject-matter experts and the focus in actually looking at scientific data, as well.

So, I think, what we took away is really to understand the tests that are out there. I think for example, there's one test that was pooled recently from the marketplace after it got approved. And I think one thing at CareDx, we're really very much into generating really good scientific data and, I think, that was actually reflected in the pre-reads that went out. I mean, 90% of the publications referenced on the heart side were from CareDx across

Company Name: CareDx Inc
Company Ticker: CDNA US Equity
Date: 2022-11-15

all the companies; 80% of the lung publications referenced came from CareDx; more than 75% of the kidney donor-derived cell-free DNA came from CareDx. So again, a wealth of data.

What was interesting is, as they went through the data across all these companies and what was published and what was not is that we had one company without data and four of their references came from us, so they're excluded, those and the other company that had a few publications and four of their references came from us, they are excluded. And we had more 19 publications referenced, and none which were excluded because they were from us. So we felt really good about what this CAC represents. It's really a chance to review scientific data, does it reach the level of expectations on these subject-matter experts.

## Brandon Couillard {BIO 16440094 <GO>}

Alright. There happen to be more than one microphone in the room, that'd be convenient. Not. Okay. All right. We'll make it work.

Remind us what the original LCD stated in terms of -- was there a recommended interval? I know there's the AlloSure protocol being talked about a lot. Was there an interval statement and would it be your expectation that they would set a standard based on the scientific literature? I think part of this exercise actually would be to -- for them to reconsider some of their coverage for maybe some other tests that maybe don't have quite as much data?

## Reginald Seeto {BIO 19742612 <GO>}

I mean, the LCD itself doesn't cover the actual utilization frequency or such things like that. The good thing is, we actually have good data, which I think we're one of the few companies actually has data covering, the utility data, including the frequency of when it should be used. And that's like, we also have long-term data on as well, so we'll have more publications, which is also referenced in the set of articles which were published as part of the pre-read.

So I think it's really important to have good scientific data, and I think that's reflected again where -- if you look at, could we tick all the boxes for core surveillance, do have long-term data, do we have pediatric data, do we have all these other areas, and we felt very good about from that perspective. So again, it doesn't specifically talk about frequency, but if you talk about, is there publications supporting that? Yes, absolutely from our side.

## Brandon Couillard {BIO 16440094 <GO>}

Feeling awesome as you walk through this exercise, but what would be the timeline? Do you have sequence of events coming out of the meeting? Is there some comment period, some standard 30, 60, 90 days before which we might expect the MACs to then, I guess, opine on their conclusions? And is it your view that pricing is not all part of this exercise, the Medicare rate and this is just kind of a focus on data and utilization?

Company Name: CareDx Inc
Company Ticker: CDNA US Equity
Date: 2022-11-15

FINAL

Bloomberg Transcript

## Reginald Seeto {BIO 19742612 <GO>}

Yeah. I think two things. First on the timing, essentially, if you talk -- there was an infectious disease CAC last year and I took about -- I think it took about 15 months from start to finish before those narrow LCDs were updated to a broader LCDs, I think there's presence for that. I think also I saw an article yesterday, which went through from time of start to when an LCD was updated and it was probably about the one, just short of the one-year mark. So these things do take time in terms of process.

We've submitted everything under the universal LCD. So we have a current -- currently a couple things that are going through the hopper. One is AlloSure Lung, one is AlloMap Kidney and the other being potentially UroMap infusion [ph]. These will go through, what we believe is to be the universal LCD. But that said, there is typically a time where based on the comments we receive tomorrow on the abdominal side and then Thursday on the heart and lung side, there'll typically be a draft LCD that's put forth. And after that, there'll typically be a -- the 45-day comment is preserved from what's being done historically as well throughout other LCDs and then it comes back for a final comment review once that's finalized after looking at the inputs that are coming from the public as part of that.

And there was -- the second question was -- you asked is on the --

## Brandon Couillard {BIO 16440094 <GO>}

Your view on pricing at all.

## Reginald Seeto {BIO 19742612 <GO>}

Yeah. So it did not specifically comment on pricing. I think if anyone's looked at the questions, they talked about what's the level of scientific data that's used for this. Do you have experience with it? Does the data support the utility, in this case, for cause of the surveillance. What's been your experience with it? What to recommended for it? And these are series of -- 10 odd questions across each of these different product lines across different companies. And then going through, do you as a subject-matter expert support that?

## Brandon Couillard {BIO 16440094 <GO>}

Okay. Last question on this topic. So you submitted your package for lung, I think, a year, a year and a half ago maybe. It's just been kind of sitting there at Noridian or Palmetto. Could this be a catalyst to then move that ball forward to actually formalize an LCD with coverage? And remind us how much of the -- or what the payer mix or patient breakdown would be for lung?

## Reginald Seeto {BIO 19742612 <GO>}

Yeah. To me, lung is really one of the greatest opportunities to help lung transplant patients, because more than 50% of these patients will die within five years, because their graph will fail. And that's just not acceptable. And I think having options for them is

Company Name: CareDx Inc
Company Ticker: CDNA US Equity
Date: 2022-11-15

absolutely critical. We saw this during COVID where certainly there was invasive bronchoscopies weren't allowed, which is the current standard, and so we were reached out to set the standard. So we do think lung is really critical.

In terms of the process, we had submitted a, you are right, under the old system, it's taken much longer than we expected. I think out of the pre-reads, we took away that 80% of the publications do come from us on the lung side. I think we saw a report yesterday as well where really this could be an opportunity to actually get it approved through the MolDX process. So we really look forward to discussions, because it's from subject-matter experts and they'll be commenting where they have used AlloSure Lung or not. But certainly from our experience, it's had the fastest uptake across all the different organs.

As a reminder, the heart took 10 years to get to the 90% plus range adoption across centers. We then had the kidney side, which took about four years to get to 75%. And now certainly, we have within a period of 12 months, 60% of lung transplant centers -- fewer actually are using AlloSure Lung. So again, really could be something that's opportunistic in the sense of good timing. That's one where we think at the end of the day, we'll keep on supporting transplant patients, we'll keep on supporting lung transplant patients as a result of this as well. But really just a great opportunity to help patients overall.

## Brandon Couillard  {BIO 16440094 <GO>}

Abhishek, I want to give you an opportunity to jump in here on the topic du jour. It's I think been central to the conversation last several quarters around pricing. The realized pricing, not any changes in reimbursement rates or so forth. But the realized price per tests, right, is -- continue to come down. It's been a factor in terms of -- it provides for your revenue outlook. I think year-to-date realized ASP is down 16% or so year-over-year. And part of that's from new tests launches that don't have any coverage like lung. But could you just help us like compartmentalize the various buckets that are behind the ASP decline year-to-date? And then, would like to dive into some of those.

## Abhishek Jain  {BIO 19829264 <GO>}

Sure. Yeah, I can make a few comments there. So, one piece that we did this time around, Brandon, is that, we provided the ASP on the paid test, right? And one think that clearly came out in that particular metric that for the last seven quarters, our price has not degraded. There's absolutely zero price degradation when the tests are being paid. Then, when we are doing this calculation, when we take the total revenues divided by the total number of tests, then what is going on there? I think this is part of very deliberate strategy here, as we continue to move into newer organs, and as we continue to move into more, I would say, the community nephrology, for example, AlloSure Kidney, those are the tests that are not being paid.

So I'm going to basically make a distinction between, if you are getting paid, you are being paid the same price. Now the question is, the tests that are not being paid. And the tests that are not being paid because of two or three reasons. Number one, we've brought in AlloSure Lung. And of course, we know that the coverage there is less than 5%. We've brought AlloSure Heart last year and we know that AlloSure Heart coverage is

Company Name: CareDx Inc
Company Ticker: CDNA US Equity
Date: 2022-11-15

about 25% to 30% versus the 70% that we have on AlloSure Kidney or on the AlloMap Heart side. And then we also started to kind of expand on the community nephrology side in the AlloSure Kidney, right?

So, those are the three pieces where we were able to capture the market by increasing the volumes, but there the commercial mix is lot more on the unpaid test side, which is basically in my mind, as a CFO, if 40% or 50% of my tests are not being paid, which is like 70,000 to 80,000 tests, should I look at the $200 million opportunity in revenues, or should I basically say that, I'm not going to doing these tests. Reg always says that you know what, I can stop the ASP decline tomorrow, I'll stop doing the AlloSure Lung test. I'm not being paid. Why in the world do I need to do 2,000 tests every quarter. The ASP decline, the way some of the analysts are calculating that decline, we can stop tomorrow. What we're basically going after is the market share. What we're going after is the future revenue opportunity and that's part of the deliberate strategy.

Reg, I don't know if you want add something?

## Reginald Seeto  {BIO 19742612 <GO>}

Yeah, and it's all about coverage. I mean, I was at this Laguna Biotech CEO conference, about 200 CEOs were talking about fixing the diagnostics side. But the number one matter [ph] that came out from the panels and sessions was about reimbursement and courage. And I think that's actually become a sub-set topic, which is being followed up on as well. But again, we're in a pretty unique position. Our coverage level for our -- if you look at steady state, for example, AlloSure Kidney, and looking at AlloMap Heart, were greater than 70%. With that we have a business model that delivers gross margins of 75%-plus, we have an operating margin of 20% to 25%-plus in these existing areas where we've coverage of around 70%.

There are lot of opportunities [ph] upside is now to drive market leadership in new areas, which is lung, which we currently have just started with less than 5% coverage. But the thing is it gives us the opportunity to create the market and we will be reversed eventually. The template for reimbursement has been created through AlloMap. Without a doubt, that's the template which is companies are looking at how could CareDx do this, right, over the last number of years, and I think it was a 10-year journey on the AlloMap Heart experience versus doing multi-center prospective studies which I don't know -- all companies don't do that, but we believe in doing it.

Number two is generating long-term studies, number three was then in doing RCTs and then number four was then how do you get into institutional guidelines and I think that's been the template. That's the thing that we're falling across our portfolio. It's also the template for now how we are going to do it for lung, kidney, and also for AlloSure Heart as well, but it's one of the major topics for us. And I think, we just feel fortunate to be in this current position, because we've set the stand and replicating that stand as well.

## Brandon Couillard  {BIO 16440094 <GO>}

Company Name: CareDx Inc
Company Ticker: CDNA US Equity
Date: 2022-11-15

Part of the I think nearest term solutions then just people and infrastructure to help go after those collections in Medicare advantage. If you had fourth rank defectors, is that the number one, number two, the number three and is that a 12-month process? Why does it feel like we haven't seen any benefits from improved MA [ph] collections that's still kind of in front of us, where does that stand? That seems to easiest thing that you can control of the factors contributing?

## Abhishek Jain {BIO 19829264 <GO>}

So let the pass out the collections process into three pieces. There's a pre-submission, there is submission of the claim and then comes to appeals process. So when we started to see the shift last year from Medicare to the Medicare Advantage, now on the pre-submission side, you basically -- they are requesting a lot of information around the medical records, the insurance information and then the prior authorization in lot of cases, right? So you to have the infrastructure for that. And then comes the submission part, but even after you submit it, they will basically reject the claim for smallest of the reasons and then comes the post submission part, which is your appeal one, appeal two, appeal three.

It's a fairly long process, generally about six to nine months if you were to able to kind of follow through the entire process and collect your money. So we started to see the shift last year and we started to build the infrastructure. But I would say that this whole infrastructure has to work like a well old machine, because one process there were to fail, then you will not be able to collect the money. My sense is that on building the infrastructure on the pre-submission side, we have already doubled our capacity and we're building our capacity more internally, because we would want to keep our relationship with the transplant centers here, because we are trying to collect the data.

On the post-submission side, where it is more around the appeals process and collecting the money from the payers, we are actually engaging with the third parties who are able kind of then maintain the discipline and kind of hammer through it again and again and again and again to be able collect the money, and that is where -- what we are trying to bring in these third parties. So my sense as of right now is that okay, we will still -- we are about 70%, 80% done on the infrastructure building side and then we will start -- we have already started to see the improvement in the collections. And I think we made that note in our earnings announcement. But we'll start to see more tangible results in the second half 2023 given the fact it's a long process.

## Reginald Seeto {BIO 19742612 <GO>}

Yes, the other thing I'd just said is, may be not on our earnings call, we talked about firstly the path to profitability which we've publicly said we are going to get there by the first half of next year. And I think the second one which is really take note of these revenue catalyst, have the accelerants as we talk to them, and we put them in three Cs. These are the points where I think will really create the inflection point and I think to dimensionalize it, coverage is really the key, right? More than -- if you took the 2021 numbers and apply the AlloMap coverage level, you would be at $100 million plus in adjusted EBITDA that flows straight through, right, all the tests are done. Your margins would go from the 74% in testing services to the 85%, 90% rate. So it's creates this huge inflection.

Company Name: CareDx Inc
Company Ticker: CDNA US Equity
Date: 2022-11-15

So, again, if you want to dimensionalize it, not necessary on timing, but dimensionalize it, coverage is key. If you want to then look other areas such as collections, collections will certainly help with historical collections, we will bring in some moneys and cash as a result of that. And then how do you improve that process will then lead to higher capture rate as well. But then again, we have the Allo experiments again to dimensionalize, we think the catalyst whether it's AlloMap kidney, which will probably get to in UroMap, has been significant opportunities moving forwards as well as the AlloSure Lung coverage you are talking about. So just again the -- put it into sort of a frame, timing plus impact of these different things we talk about.

## Brandon Couillard  {BIO 16440094 <GO>}

So you put that new chart in your deck about -- with the reimbursed tests' ASPs being stable for two years. Would you care to quantify what the delta has been in terms of the percentage of total tests that are reimbursed and those that are something else, maybe, where it stands today? And where it was a year ago?

## Abhishek Jain  {BIO 19829264 <GO>}

Yes. But, I think, I can provide that clarity and factorize and we were discussing this as to how best -- so we took a first step in terms of providing more information, which is useful for the analysts and the investors and the second piece of the puzzle is that now, if I were pick up the revenues and just divide it by the numbers that we are showing on the reimbursed test ASP, you basically see the number of tests that are being paid and then the remaining are unpaid, right? And it can be very easily done, and I can actually -- we are thinking that okay, should we start to provide that information and probably we will.

## Reginald Seeto  {BIO 19742612 <GO>}

Yes, basically the number of non-reimbursed tests are going up because you have less than 90% -- 95% coverage in lung that were 2000 tests last quarter. You have only 25% to 30% of AlloSure Heart covered, which almost the same amount as AlloMap at this time point. And so it's not a surprise to see the increase as a relative percentage of the non-covered tests.

## Brandon Couillard  {BIO 16440094 <GO>}

Yes, got it. So in terms of the reimbursement picture, with private payers for AlloSure kidney, which is the big one and I'd say still real growth driver, when you launch the test commercial payer mix or a percent of the population, I think it was a quarter of the population; how much is that mix today in terms of your test volume? Do you have the ballpark estimate?

## Reginald Seeto  {BIO 19742612 <GO>}

Just for AlloSure Kidney or for the whole portfolio?

Company Name: CareDx Inc
Company Ticker: CDNA US Equity
Date: 2022-11-15

FINAL

Bloomberg Transcript

### Brandon Couillard  {BIO 16440094 <GO>}

For kidney.

### Reginald Seeto  {BIO 19742612 <GO>}

So, for all organs, it's about 25%, is what sort of the Medicare coverage reflects for the population, those who are over 65% and no one in this room obviously meets that criteria. So that's good. But if you look at kidney, it's more of an exception. So due to the Medicare modernization back in the '70s that has about a 60%, 70% coverage today. What we work on is we've been successful in adding what we call the regional counts, and we are doing that across all organs. So if you think of the Delta between the -- if you get up to -- we are talking about 70%, say, like 5% or 10% on the commercial coverage we've established already on the AlloSure Kidney side as well as part of that. But again, the goal is to get national payers. The thing about national payers is that you've got have a reason to see them, which is why we think some of the milestones next year could be so pivotal, whether it's the heart guidelines, whether it's lung or whether it's one year K or publication when it gets complete with controls. And so, I think if you look at those as different reasons, then you can actually go more often than that one year interval, which you see these major players. So we could schedule what we call ad-hoc meetings as a reason to see them and present the data. So, again, getting the national payers is actually the secret behind all this.

### Brandon Couillard  {BIO 16440094 <GO>}

Last question, would those conversations involve a bundling conversation with major payers? Like, if you just pick up kidney, maybe we'll give you a discount on the heart. We've also got lung, we've got the whole portfolio of tests. Does that make you more relevant or is it more focused on one organ at a time?

### Reginald Seeto  {BIO 19742612 <GO>}

Yes, I mean, I think Abhishek can comment on as well, but we don't -- we certainly don't look at discounting our pricing. Pricing is sort of set through MolDX and we follow that pricing of commercial payers, it's priced at that or above as part of our process. As we look at that, I think there's various different ways of looking at and we continue to drive continued uptake. But any other comments you want to add to that?

### Abhishek Jain  {BIO 19829264 <GO>}

No, no. I think you covered it well. Okay.

### Brandon Couillard  {BIO 16440094 <GO>}

Got it. Okay. I'd like to just touch on the fourth quarter guide. So basically overall revenues have kind of been hovering around $79 million, $80 million last four quarters, volume has been up, pricing has been down, but you guided to sequential step up in the fourth quarter, which is usually kind of seasonally tricky for any diagnostic company, right? Can

Company Name: CareDx Inc
Company Ticker: CDNA US Equity
Date: 2022-11-15

you just help us kind of understand the drivers of that level of confidence and in that sequential step up in the fourth quarter? So it goes from like $80 million, what has been about $83 million or so at the midpoint?

### Abhishek Jain  {BIO 19829264 <GO>}

Absolutely. So a couple of factors, which probably we had in Q3, which will not be happening in Q4. The first one is the sequestration cut, right? So we had a sequestration cut, which is not going to be in Q4, and that will be additive to your revenues. The second piece that in Q4, the products revenue that is always incremental. And in fact, if I were to look at the step up last year in Q4, last year Q4 step up, if my memory serves me right was about $3.5 million to $4 million, right? So if I were to bake in, okay, historically how we have done it last year and if I were to kind of think about it this year, I'll probably -- I'm not kind of being too optimistic or too conservative, because my guide is about like $82.5 million at the half -- at the midpoint, $82.5 million, $83 million. So if I were to kind of think from how do I bridge from $82 million to $83 million, the sequestration cut gives me one-third of that and the products business will give me another one-third of that. And then of course, how you start to see how the commercial mix has played out in Q3 versus the market growth.

And those are the pieces that I bake in when I start to look at the low end of my guidance, and the high point of my guidance. If the actual testing services growth and if the market growth stays better as compared to Q3, you're probably looking at the higher end, and if they continue to stay at the lower end, or I would say if the market growth is not as robust, then of course, we are looking at the lower end of the guidance. Reg?

### Reginald Seeto  {BIO 19742612 <GO>}

I think you just -- there's an expectation proven in market growth, I think what has Abhishek said because I think the last -- again it's taken us 18 quarters to get back to where we were historically as a high point. So it's been a long drink between innings and I think in that sense, it's probably a phrase for England, probably not to those from the US, but long time between drinks. And so I think getting back to that high point now after 18 months has been good. And I think probably the growth rate we saw last quarter was a bit slower than what we had expected. But I think the assumption is in Q4 that will pick up a bit again and I think the improvement is across all product lines is where Abhishek is going to, not just from testing services.

### Brandon Couillard  {BIO 16440094 <GO>}

The third quarter, we saw you have been very focused on profitability driving towards a positive adjusted EBITDA target I think in early next year. Last quarter we saw OpEx actually come down quite a bit sequentially, I think $5 million, $6 million, $7 million or 7% or so. Where the sources of those savings coming from? Is this kind of good run rate to think about for next year and do you need any incremental investment to really grow the top line in your view?

### Reginald Seeto  {BIO 19742612 <GO>}

Company Name: CareDx Inc
Company Ticker: CDNA US Equity
Date: 2022-11-15

I'll just make some comments and Abhishek can comment as well. I think really we wanted to make sure that Q3 showed that we're on the path towards this profitability and it's really important. Now, our focus is on our long-term shareholders, right? Our long-term shareholders give us advice what's important to them and putting a safe ground this path to profitability was absolutely paramount to how they sort of serve company, particularly with our financial phenotype. The fact that we actually missed out on some of our top line earnings meant that we actually would have had a better even EBITDA response hit that played out as well. So we know we have a great sort of model as a part of that, but it is a key focus for us. And now, Abhishek will address the drivers of that.

## Abhishek Jain {BIO 19829264 <GO>}

Yes, no. Thank you Reg. And again, the operating spend, we were trying to look forward to, like, we put the stake in the ground in the beginning of Q3 that we are going to be adjusted EBITDA positive in the first half of 2023, and of course, we have been trying to look into all of our discretionary spend and then we were being very, very prudent on our expense controls. And number two, we have been trying to drive as much effectiveness in our different business lines as possible. So we have been looking at pretty much all kind of expenses. So a lot of steps I would say that the company has taken and the whole organization that we have -- they responded. I think I'm really proud of that because I always thought that it will take more than a quarter to turn the wheel around, but the whole organization kind of responded really fast.

## Reginald Seeto {BIO 19742612 <GO>}

Yes. Maybe the last thing to add is that anything that was involving, key catalysts, collections, coverage, was areas that we prioritized and actually increased our investments is a relative sort of perspective. So areas that were not as core, but areas that were core obviously we are invested in as well.

## Brandon Couillard {BIO 16440094 <GO>}

Lastly, in the minute or so we've got left, what are the top catalysts that you think and really change the debate, change the conversation, be it data releases, new product launches, what have you next 6 months to 12 months to pay attention to?

## Abhishek Jain {BIO 19829264 <GO>}

Yes, I think we've highlighted what we call the three Cs and I think for us if you look at the coverage side, which is the biggest Delta. When does AlloSure Lung coverage come, maybe interestingly [ph] we will listen to the CAC meeting tomorrow, get the feedback from that and see where we are in the process will be really important. I think the hot guidelines which were in draft in Q2 of this year will hopefully materialized by this time next year and that would be a catalyst to have those engagements with the national payers and that sort of coverage side.

If you look at catalysts we've shared that we've launched, we've put out on that kidney submitted through MolDX that would be a great catalyst if that was to happen and

FINAL

Bloomberg Transcript

Company Name: CareDx Inc
Company Ticker: CDNA US Equity
Date: 2022-11-15

eventually get approval et cetera. We're working on UroMap, which is another one, which is going to hopefully bring through the pipeline as well. And again, just this improvement in terms of ongoing collections and there's areas that we think we will be -- we can capture back as a result of that. So again, catalysts, UroMap, AlloMap, AlloSure Lung coverage looking at ISHLT guidelines, (inaudible) plus ongoing baseline with collections.

## Brandon Couillard {BIO 16440094 <GO>}

Very good. Unfortunately we are out of time, we have to leave it there. Thank you so much for being here. Appreciate it. Thank you everybody.

## Reginald Seeto {BIO 19742612 <GO>}

Thank you, everybody.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2022, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

FINAL

Bloomberg Transcript