# Exhibit P

C Corrected Transcript

18-Feb-2021

# CareDx, Inc. (CDNA)

**BTIG Virtual MedTech, Digital Health, Life Sciences, and Diagnostic Tools Conference**

Total Pages: 10
Copyright © 2001-2021 FactSet CallStreet, LLC

## CareDx, Inc. *(CDNA)*
BTIG Virtual MedTech, Digital Health, Life Sciences, and Diagnostic Tools Conference

 Corrected Transcript
18-Feb-2021

# CORPORATE PARTICIPANTS

**Reginald Seeto**
President, Chief Executive Officer & Director, CareDx, Inc.

# OTHER PARTICIPANTS

**Sung-Ji Nam**
Analyst, BTIG LLC

# MANAGEMENT DISCUSSION SECTION

### Sung-Ji Nam
Analyst, BTIG LLC

Welcome. I'm Sung-Ji Nam, Tools and Diagnostics Analyst at BTIG. And it is my pleasure to introduce CareDx, and presenting for CareDx today is the President and CEO, Dr. Reg Seeto.

With that, I will turn it over to Reg for any opening remarks that you might have.

### Reginald Seeto
President, Chief Executive Officer & Director, CareDx, Inc.

Well, Sung-Ji, firstly, thank you on behalf of CareDx for the opportunity to talk today. We always appreciate these forums to talk about what we do as a company. We're very patient-focused and driven. We're 100% focused on transplant. We've been around more than 20 years. So it really is an exciting opportunity for us to talk about all the great things that we're doing as a company. So thank you again.

## CareDx, Inc. *(CDNA)*
BTIG Virtual MedTech, Digital Health, Life Sciences, and Diagnostic Tools Conference

 Corrected Transcript
18-Feb-2021

# QUESTION AND ANSWER SECTION

**Sung-Ji Nam**
Analyst, BTIG LLC

Q

Thank you. So could we maybe kick off just talking about last year 2020, you guys preannounced early, January record year and I think you had – talking to you earlier, you were the only company, I'm aware of in this sector that beat your original guidance by a lot and this is without any COVID testing capabilities. And so, could you kind of talk about what drove that growth last year? What did you do right?

**Reginald Seeto**
President, Chief Executive Officer & Director, CareDx, Inc.

A

You know 2020 was an extraordinary year for CareDx and it was a difficult year for the society as a whole. And I think we were really proud to be able to be there for the transplant community. So the three things really struck out for me in 2020 that made a big difference. One is we were able to extend our leadership within the transplant community, particularly in the centers. What was true is we are used in more than 150 of the 200-plus centers and we continue to add protocols. Every quarter, we have more than 50-plus and we served more than – only a shade more than one in three patients. And so, as we think of that relationship during– built over 20 years and particularly in that example, the kidney space, what worked really, really well for us during COVID is that centers were able to ask us for help and support and we were able to address their needs and demands. And I think RemoTraC is a really good example of that and I'll go to that in a bit more detail.

The second thing is we accelerated what we want to do with patients last year. It brought forward what we call our direct to patient strategy by at least 12 to 18 months. And RemoTraC again was the basis that we were able to have a direct communication and direct interaction with patients and now has allowed us to add additional offerings such as [ph] allocate with the patient apps. So really it is direct to patient interaction thing (00:02:35-00:02:40) that we thought we did really well during the course of last year.

And the third thing is we've always been an innovation-driven company. And so what we're able to do is bring the first multimodality approved diagnostic test with HeartCare and where AlloSure Heart was approved when used in combination or paired with AlloMap in heart transplant patients. So again really these three things I think we did really well with innovation with getting that last mile to the patient. And then leveraging our core strength and capabilities with – in relationships with the centers during the course of last year, and this really enabled us to build upon our business and to actually [ph] built more (00:03:22) relationship then with the patients.

**Sung-Ji Nam**
Analyst, BTIG LLC

Q

Got you. So could you talk about RemoTraC? Obviously that's kind of the part of the equation, but could you maybe talk about how penetrated that is? And then how do you see that playing out beyond the pandemic in terms of percentage of the target customers or patients that you are going after?

**Reginald Seeto**
President, Chief Executive Officer & Director, CareDx, Inc.

A

When the country was sort of going through its change in March, I mean we were getting WeChat from centers, can we help out with a mobile offering for patients. And we had patients reach out to us directly as well and [ph] how can we resurge in (00:03:59) this time of crisis.

Copyright © 2001-2021 FactSet CallStreet, LLC

# CareDx, Inc. *(CDNA)*
BTIG Virtual MedTech, Digital Health, Life Sciences, and Diagnostic Tools Conference

**Corrected Transcript**
18-Feb-2021

And I think what really stood out for me is that we were able to put together a offering and put together a structure within the course of four days. And I don't think you can really do that as a company if you don't have preexisting relationships and a preexisting pool from within that transplant community. So we were really pleased and honored to be able to then create this mobile phlebotomy service and scale it up, such that during Q2 40% of our testing was done through mobile. And so that really was sort of a new model for us.

And that business is now something, which is sustainable and it's going to be maintained as 9 in 10 patients want to really keep the service. And over 150 transplant centers, they said we don't want this offering to go away, please keep it. It addresses an unmet need. So, again, I think RemoTraC was addressing an unmet need. And I think what helped us is we could move very quickly to bring it to bear particularly during a time of crisis in the transplant community.

### Sung-Ji Nam
Analyst, BTIG LLC


Q

Got you. And then could you talk about your product business as well, right? So I think it was – that was probably the most impacted by the pandemic. But then you saw a pretty decent recovery in the second half of the year. And I think you announced some partnerships there as well or a large tender in France with EFS. So kind of could you maybe talk about that and kind of what the momentum looks like and how we should think about 2021?

### Reginald Seeto
President, Chief Executive Officer & Director, CareDx, Inc.

A

Sure. Yeah. The – launching three new product lines is always difficult during the pandemic when you need access to laboratories and to key contacts within institutions when the focus is on COVID. So I think particularly ex-US bringing these offerings, it was hampered as a result of COVID. But what we know is that centers, labs have always appreciate innovation and differentiated innovation. So we brought these three product lines, which are based off the AlloSeq franchise.

The first is AlloSeq Tx 17, which is a hybrid capture technology for HLA typing, the latest innovation that's coming to this space. The second was AlloSeq cell-free DNA [indiscernible] (00:06:26) ex-US. And the third was AlloSeq HCT, which is for chimerism testing in stem cell transplant. So what the example of the last one is where we recently won the largest tender in France, which is sort of the national based tender through EFS. And so really, as we look at the second half [ph] of the year (00:06:46) to the products business, we certainly had strong growth versus the prior quarter, if we look at Q3 and Q4, so it's good to see that rebound. But again, we want to make sure there's continued consistency in the products franchises given that this – COVID is [indiscernible] (00:07:05) going on. And I think the US is receiving its vaccinations now, but ex-US, I think there's still sort of a bit of a catch up phase as well. But certainly, the products business did see a nice rebound or recovery in the second half of last year.

### Sung-Ji Nam
Analyst, BTIG LLC


Q

Fantastic. And also at an investor event earlier this year, you guys talked about the total addressable market, and I think you kind of resized that potential based on kind of the pipeline, what's in the portfolio, I think. So, could you talk about that – for those of us or for people that maybe missed the investor event?

And I think a couple of things that stood out for me is also the AiTraC platform. And I think that's the first time and correct me, if I'm wrong, that you guys actually put some market opportunity there for digital capabilities, so if you

# CareDx, Inc. *(CDNA)*

BTIG Virtual MedTech, Digital Health, Life Sciences, and Diagnostic Tools Conference

**Corrected Transcript**

18-Feb-2021

could talk about that as well? And then also the progress – actual tangible progress you're making for your AlloCell franchise?

## Reginald Seeto
President, Chief Executive Officer & Director, CareDx, Inc.

**A**

Sure. So we – the TAM that we shared is greater than $12 billion, so I'll break that into sort of three parts. So the first is testing services, which is a $5 billion TAM. The second, digital and products business together is a $2 billion TAM. And the third is cell therapy. In this particular case, we're talking about AlloCell is greater than a $5 billion TAM opportunity.

So if we look at the first option, which is testing services, this is a business we've helped create. And what we've seen is on the – with HeartCare recently receiving its reimbursement for AlloSure Heart when paired with AlloMap is that there was an increase in the total addressable market due to the pricing that was achieved

What we also have factored in is that we've developed a surveillance protocol for HeartCare. And so the TAM has now expanded within the – with the heart franchise to be about $1 billion. The other $3 billion comes from the kidney space, and in the kidney segment, part of it was updating some of the prior prevalence and incident numbers, which we used at the time of launch which were going back into 2015-2016. And so part of this is now a reflection of a more up-to-date market view wherein 2019, for example, there were over 23,000 patients received a kidney transplant, so in terms of the incidence; and in terms of the prevalence, greater than 210,000 patients in the community.

So again, if you look at the TAM opportunity of that $5 billion, it's being from the heart franchise being updated, $3 billion with the kidney franchise being updated. And we're also entering a new area both lung and also for liver that reflect – [ph] that $1 billion (00:10:11) reflects that increase in both those solid organ transplants. So that's the testing services. The good thing about this segment is what we're seeing with HeartCare is the opportunity increase this TAM also exist in the kidney, the lung, and the liver as we go to multimodality.

And so that's why we've invested last year into bringing kidney care to bear as to why we did the partnership with – for AlloID so that when we launch our [indiscernible] (00:10:42), we also have the ability to go to lung care, which is in combination with [ph] an ID and just (00:10:49) pathogen test. And that will also continue the same thing in liver as well as we go to liver care. So that's the testing services and the expansion has come through surveillance, multimodality, and entering the new organs.

If we now looking to the [ph] $2 billion, third (00:11:04) the products in digital space, that hasn't changed so much. But these are adjacencies that we want to be in as we look at that patient journey. The patient journey bring pre-transplant, peri-transplant during and post-transplant and then back in the community. So as we look at some of these digital opportunities, it's creating multiple points of enablement. One is within the centers as we look at that direct EMR, so we now have more than 90-plus centers which have this sort of direct connection and order flow. And we also then had the opportunity as you talk about AiTraC another offerings looking at clinical decision tools.

And so some of the areas, we're looking at is how do we create more tools that could be direct to payer or direct to providers. So these are offerings that our digital team is working on as part of that – completing that TAM. Because we do think there are opportunities where we can help with clinical decision-making as part of that. And so the products business is really an existing business where we're launching new products to capture that TAM.

So, then, moving on to AlloCell or cell therapy, so this really is where we expect in the future allogeneic cell therapy to become more of a standard, if you look at hematological tumors and also solid tumors. And so we

# CareDx, Inc. *(CDNA)*

BTIG Virtual MedTech, Digital Health, Life Sciences, and Diagnostic Tools Conference

**Corrected Transcript**

18-Feb-2021

haven't seen any approved as of this date. But within that 5- to 10-year window period, based on the way that the pipeline works on the therapeutic side, we do expect there to be a multitude of different therapeutics that do come to market.

Our goal as a company is to be partnering with those companies today as they develop these therapeutics. So we can create the universal surveillance tool as a part of that. And so, we're very proud to announce our first partnership which was with Atara. And we have other partnerships but the arrangement is such that we can't share that day without mutual agreement. So I think it was great that with Atara, we were able to have them okay for us to share that data at the recent TCT conference.

So, again, we think there's a tremendous opportunity in each of these different TAMs. I would think the near-term is really the testing services. It's a very proven model by adding clinical utility. The second is the adjacencies, the product and the digital business which is sort of more the midterm. And I think if you think of longer term, so that 5- to 10-year horizon as more therapeutics get approved in allogeneic cell therapy and that's where AlloCell will play a particular role. So, that is sort of building blocks of how we look at the TAMs.

---

### Sung-Ji Nam
Analyst, BTIG LLC

Q

Got you. That's super helpful. And maybe just going back to testing. You talked about multimodality testing, it increasingly providing that lung cancer – and I'm sorry, with lung, Allo, AlloID, heart care, so on and so forth. On the one hand, I think it's very exciting in terms of addressing different needs. But on the other hand, just kind of curious as to – there are multiple tests now, right, that are potentially need it. So could you maybe talk about the challenges of offering – I mean, could they may be combined as a one test somehow and I'm not sure that's unrealistic in many cases. But could you kind of talk to the value proposition of actually having multiple tests, right? Because some – there could be a perception that it's better if the innovation could get you to that one test that can provide the answer for everything.

---

### Reginald Seeto
President, Chief Executive Officer & Director, CareDx, Inc.

A

Yeah. I think we've – being a physician myself, we told the physicians having more than one test or more than one therapeutic is not uncommon intuitive and validated approach of how you get to increments of improvements in clinical utility. And so I think one of the simplest ways is, for example, looking at immuno-oncology and you have the anchor test whether you took all the different types of checkpoint inhibitors and then you add, for example, chemotherapy or you can add another different checkpoint or you can add a different type of therapeutic maybe it's [indiscernible] (00:15:31) microenvironment.

So as you look at this, it's a well proven sort of model. How do you increase the clinical benefit in clinical utility by putting more than one test – on more than one therapy together in this case with limited diagnostic tests. And so, if you look at that we're the first company to actually achieve that goal in diagnostics by having the heart care approval that took place in Q4, which then approved AlloSure Heart when paired with AlloMap Heart.

And so, we're really proud to again bring innovation to space. One thing is that as a company over 20 years is we've really invested in science. We've really invested in multicenter prospective studies. And we really invest in saying what does the needs come from in terms of the physicians and the patients. And so, I think as we look at heart, it's a really good example of creating incremental utility.

So as we look at now what we're doing in the other spaces with kidney, what we call kidney care, we brought together not just the donor-derived [ph] cell-free DNA (00:16:36) with AlloSure and the gene expression profiling

---



# CareDx, Inc. *(CDNA)*

BTIG Virtual MedTech, Digital Health, Life Sciences, and Diagnostic Tools Conference

**Corrected Transcript**

18-Feb-2021

without AlloMap clinical report a validated transplant algorithm prognostic that came from the parish transplant group we license our group with Civiltech.

So, it really adding additional information and different discrete pieces of information. One look at [indiscernible] (00:16:57), another one looking at gene expression profiling, another looking at prognostics over time. So, as we now move into other organs, for example, one, what we have is the submission which we did in June of last year for AlloSure Lung and that will obviously going to drop the LCD in June of this year. And then there's a process to go back and forth with more bids to go for that pricing reimbursement, et cetera.

But what we thought about as well as how do we think of additional kind of utility. And one of the things is a lung transplant recipient. Actually for all transplants, infections may be an issue but particularly for lung transplant recipients where the infection is such a high cause of morbidity and mortality. And so, for us, having a gene – sorry, having a panel of over 100 pathogens that can be tested at the same time through an NGS scalable process was saying we've got – would be beneficial and valuable for the community. And so that suggests it's a AlloID. So AlloID in the future when compared – when combined with AlloSure would then comprise lung care. So that would be the basis of adding an incremental benefit.

**Sung-Ji Nam**
Analyst, BTIG LLC

**Q**

Fantastic. And then could you talk about that on AlloCell it's great to hear a partnership announced, I know there are others. But this makes it more real I think. But could you talk about and you talked about just being able to partner early on being an advantage. And from the – your partner's standpoint what provides them the advantage of partnering with you guys early on?

**Reginald Seeto**
President,  Chief Executive Officer & Director, CareDx, Inc.

**A**

Well, the good thing is we believe in innovation and it's been something that's called to our mission. How we bring innovative solutions to improve outcomes. And I think as that is our mission is allowed us to bring AlloSure, allowed us to bring AlloMap, it has allowed us to bring multimodality. And I think the space at the moment with cell therapy no one has created or generated that standard. And that's why AlloCell was born because we have an opportunity to do what we do so well which bring meaningful innovation. And so that was the basis or premise of why we decided to enter space. And we also believe that allogeneic cell therapy really has – can create a meaningful difference to patients in future.

So there isn't anyone that's practically in the space looking at this. We saw this as an opportunity to make a difference which is why we've moved in this area. Now, the reason it's important to partner early is because this is an evolving space. It's not a space that is being defined. Nothing's been approved yet, right, on the allogeneic cells. So, by working both at the research stage and also the clinical stage we now have the ability to learn from each other. And we had the ability to contribute to how one would think of this from a clinical endpoint for example.

So again it's really an early area but it's one where I think we have to get involved at this stage. Otherwise, you won't catch to those learnings, it's not the fact that we're trying to drive near-term revenues out of this [indiscernible] (00:19:58) how do we build this partnership base which then allows us to be meaningful partners.

**Sung-Ji Nam**
Analyst, BTIG LLC

**Q**

Copyright © 2001-2021 FactSet CallStreet, LLC

# CareDx, Inc. *(CDNA)*

BTIG Virtual MedTech, Digital Health, Life Sciences, and Diagnostic Tools Conference

Corrected Transcript

18-Feb-2021

Got you. And then could you talk about kind of your commercial strategy, go-to-market strategy? I think it's pretty unique from the sense that you're really targeting the eco system. And from community centers you talked about direct to the patient with RemoTrac and other capabilities and also you're really going after kind of the community nephrologists for your kidney franchise. So could you kind of talk about that?

### Reginald Seeto
President,  Chief Executive Officer & Director, CareDx, Inc.

A

Yeah. I think for us one of the key things was to ensure that we could focus on the patient journey as a basis of the ecosystem because as the pre-transplant, pro-transplant, post-transplant and reentry if you look at kidney as an example. And with that as the premise, as we build our ecosystem we had to anchor around part of that ecosystem. So that anchor was the center. So our focus was those 200 plus centers. We now have AlloSure 150-plus of those centers. We have RemoTrac in 150 plus of those centers. We have an earmark next in 90-plus of those centers. We have Xyn – quality management which is part of those centers with quality measurement. And so we feel good with one in three transplant patients being initiated on AlloSures that we have a really strong presence and we have a strong commitment built over 20 years to these centers.

And so with that, what we've done is part of this ecosystem build is how do we now broaden out. And so that's why around that center, we've built patient care managers which helped transition the patients into the community. We also have patients involved which on the pre-transplant side, which is part of wait list management as well, so again that patient so continue on and how do we invest in those areas to make sure that we can play a role.

We also then have in addition to that clinical liaisons and we also now look at how do we move further into the pre-transplant side, for example, can we do more with dialysis centers, can we do more with opioid? So really if you look at this ecosystem it's critical, it's built off the center and now we're expanding post into the community and pre earlier before the transplant. The real important thing about going to community is that there are 10 times as many patients in the community, for example, in kidney and we believe that we can play a role there as well. So, I think what we may attract a lot us to do though is get this direct linkage with these patients and then add on things such as AlloCare. So we believe they'll be even a stronger communication point working with these patients in the community and also working with the community nephrologists.

### Sung-Ji Nam
Analyst, BTIG LLC

Q

Got you. And we have a few minutes left here but maybe – you guys are reporting your full fourth quarter the year end results next week. But could you talk about kind of as we look to 2021 and a little beyondthat, kind of where are the key growth drivers for the company?

### Reginald Seeto
President,  Chief Executive Officer & Director, CareDx, Inc.

A

Yeah. So we have – if you focus on testing services where [indiscernible] (00:23:07) businesses we have a great winning formula which is adding protocols, adding new centers. But the expansion opportunities come as a result and the kidney side at least expansion to community nephrology which we weren't doing before but which we've now scaled up our field organization at the end of Q4. And if you look at in terms of the adherence rate how do we continue with what we do with our patient care managers. We know it'd be here and try to almost double if outpatient came in and just directly called the patients.

# CareDx, Inc. *(CDNA)*
BTIG Virtual MedTech, Digital Health, Life Sciences, and Diagnostic Tools Conference

**Corrected Transcript**
18-Feb-2021

And then thirdly if you look at heart care there is an opportunity there just given the recent approval that we had in Q4 now to drive an increase in terms of the heart franchise. And clearly, we mentioned that lung may be coming over the course of the next 12 months as well. So, really an exciting opportunity to drive growth as part of our core business. This is snippet TAM which we've barely penetrated. And I think we continue building our core capabilities. We're really good at doing innovation, really good at our clinical studies, really good with reimbursement capabilities. And I think what we've been thoughtful about is also building that future by making sure things that not just near term, midterm but also that future, and that's why the AlloCell opportunities come up as well.

**Sung-Ji Nam**
Analyst, BTIG LLC

Q

Fantastic. And I think you already answered this, but I like to wrap up with the question I've been asking every company – every single company here. Why invest in CareDx?

**Reginald Seeto**
President,  Chief Executive Officer & Director, CareDx, Inc.

A

Yeah. I think, oddly, we're a patient-driven company. Our decision making is around the patient. And our thought is how do we make a difference with patients? I think when you have that as your mindset, t really drives what you've seen which is growth as a company, creating new markets which is what we've done as a company, and focusing on core capabilities which we've been developing. And then, now, as we think about the future, it's really about this direct-to-patient sort of opportunity which we're going to build. But, again, really this opportunity for growth is just – it's unparalleled of what we can do because we focus on what is the right thing to do for the patient and how do we help the physicians and the transplant community.

**Sung-Ji Nam**
Analyst, BTIG LLC

Fantastic. Thank you so much, Reg, for your time today.

**Reginald Seeto**
President,  Chief Executive Officer & Director, CareDx, Inc.

Thanks again, Sung-Ji, and thank you again for the opportunity to speak to the audience today. Really appreciate the opportunity. Thank you again.

**Sung-Ji Nam**
Analyst, BTIG LLC

Thank you.



# CareDx, Inc. *(CDNA)*

BTIG Virtual MedTech, Digital Health, Life Sciences, and Diagnostic Tools Conference

Corrected Transcript

18-Feb-2021

**Disclaimer**

The information herein is based on sources we believe to be reliable but is not guaranteed  by us and does not purport to be a complete or error -free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such informatio n. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitat ion of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this i nformation do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER  IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR RE VENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2021 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.