Laura Leigh Geist (CSB No. 180826)
Barrington Dyer (CSB No. 264762)
WILLKIE FARR & GALLAGHER LLP
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 848-7400
E-mail:   lgeist@willkie.com
          bdyer@willkie.com

Tariq Mundiya (admitted *pro hac vice*)
Charles Cording (admitted *pro hac vice*)
Brady Sullivan (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone:  (212) 728-8000
E-mail:  tmundiya@willkie.com
         ccording@willkie.com
         bsullivan@willkie.com

Attorneys for Defendants
*CareDx, Inc,, Reginald Seeto,*
*Ankur Dhingra, Marcel Konrad,*
*and Peter Maag*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAREDX, INC., REGINALD SEETO, ANKUR DHINGRA, MARCEL KONRAD, and PETER MAAG,<br><br>Defendants. | Case No.  22-cv-03023-TLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** |

[PROPOSED] ORDER RE DEFS.' MOT. TO DISMISS CONSOLIDATED AM. COMPL.
No. 22-cv-03023-TLT

**[PROPOSED] ORDER**

This matter is before the Court on Defendants CareDx, Inc. ("CareDx"), Peter Maag, Reginald Seeto, Marcel Konrad, and Ankur Dhingra (collectively, "Defendants") Motion to Dismiss the Amended Class Action Complaint ("AC"). After consideration of the briefs and arguments of counsel and all other matters presented, the Court concludes that Defendants' motion to dismiss should be granted for the following reason: the AC fails to state a claim as a matter of law under Federal Rules of Civil Procedure 9(b) and 12(b)(6).

Accordingly, IT IS HEREBY ORDERED THAT Defendants' Motion to Dismiss the Amended Class Action Complaint is GRANTED, and the Amended Class Action Complaint is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: _____                    By: _____
                                                 Honorable Trina L. Thompson
                                                 United States District Judge