Laura Leigh Geist (CSB No. 180826)
Barrington Dyer (CSB No. 264762)
WILLKIE FARR & GALLAGHER LLP
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 858-7400
E-mail:  lgeist@willkie.com
          bdyer@willkie.com

Tariq Mundiya (*pro hac vice*)
Charles Cording (*pro hac vice*)
Brady Sullivan (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone:  (212) 728-8000
E-mail:  tmundiya@willkie.com
          ccording@willkie.com
          bsullivan@willkie.com

Attorneys for Defendants
CareDx, Inc., Reginald Seeto,
Ankur Dhingra, Marcel Konrad,
and Peter Maag

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>CAREDX, INC., et al.,<br><br>     Defendants. | Case No.  22-cv-03023-TLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE ALLEGATIONS IN PLAINTIFFS' AMENDED COMPLAINT** |

**[PROPOSED] ORDER**

This matter is before the Court on Defendants CareDx, Inc. ("CareDx"), Peter Maag, Reginald Seeto, Marcel Konrad, and Ankur Dhingra (collectively, "Defendants") Motion to Strike Allegations in Plaintiffs' Amended Class Action Complaint ("AC"). The Court, having considered the moving, opposition and reply papers, declarations filed in support, the argument of counsel, the pleadings and files in this action, and all other matters properly before the Court, and for good cause appearing:

**HEREBY ORDERS** that Defendants' motion to strike the following allegations from Plaintiffs' AC is GRANTED:

1. Paragraph 10, 56–58, 79, 170, and 174 in their entirety.

2. The first, second, third, and fourth sentences of paragraph 78.

3. The fourth, fifth, sixth, seventh, and eighth sentences of paragraph 101.

4. The first sentence of paragraph 166.

5. The second and third sentences of paragraph 167.

**IT IS SO ORDERED.**

Dated: _____                    By: _____
                                                    Honorable Trina L. Thompson
                                                    United States District Judge