# **EXHIBIT 1**

**Jason Davis**

---

| | |
|---|---|
| **From:** | Michael <michael.olymbios@gmail.com> |
| **Sent:** | Thursday, January 26, 2023 10:27 AM |
| **To:** | Shawn Williams; Jason Davis |
| **Subject:** | CareDx complaint |

EXTERNAL SENDER
Dear Mrs. Williams and Davis,

I am writing to you with interest in your amended complaint filed on behalf of shareholders of CareDx against the company and its executives. I am Michael Olymbios, the former employee referenced in your complaint. I was relieved to see that other former employees were willing to come forward to corroborate my observations.

I write to offer my full cooperation in your investigations and in your case. Peter Maag, Reg Seeto, Sasha King and Sham Dholakia are crooks. They are despicable people with no regard for anyone– shareholder or patient. They continue to retaliate against me personally. Seeto is burning through CareDx's cash on personal legal vendettas. The entire enterprise is a house of cards, generating revenue through illicit conduct as you have found.

I wish you the best in your case.

With best regards,
Michael Olymbios
(310) 456-4166