# EXHIBIT 2

| | |
|---|---|
| **From:** | Meier, Alex <AMeier@seyfarth.com> |
| **Sent:** | Friday, April 8, 2022 5:43 PM |
| **To:** | Shawna O'Donnell; Elizabeth Walls |
| **Cc:** | Fisher, Robert A; Long, Ian T.; Jones, Patricia; Baldocchi, Jennifer; Mendelson, Jessica |
| **Subject:** | [EXT] RE: CareDx, Inc. vs. Olymbios, MD., Michael - JAMS Ref No. 1220067171 |
| **Attachments:** | Deposit Request 6081560.pdf |

Thank you, Shawna. I have also copied in Ms. Walls.

Ms. Walls, this email is to notify JAMS and Arbitrator Saxe that Dr. Olymbios is exercising his unilateral right under California Code of Civil Procedure Section 1281.98 to withdraw from this arbitration proceeding. On March 1, 2022, JAMS issued a Notice of Hearing to all parties, which included Invoice No. 6081560 in the amount of $143,300. The invoice was directed to all counsel and sent by the same means at the same time, and the cover notice stated that "[a]ll fees are due upon receipt." Based on the below email dated today, April 8, 2022, from Ms. O'Donnell of JAMS, CareDx failed to pay Invoice No. 6081560 within thirty days of the March 1, 2022 notice. Pursuant to Section 1281.98, CareDx, as the drafting party, is therefore in material breach of the agreement it drafted to arbitrate with Dr. Olymbios. As such, Dr. Olymbios withdraws all claims from arbitration and elects for this matter to continue in court.

Thank you and Arbitrator Saxe for your attention to this matter. We understand and appreciate the significant time and attention that you and Arbitrator Saxe have given this case. Dr. Olymbios believes that this proceeding was an attempt to chill legitimate whistleblowing activing, and as the drafter of the agreement to arbitrate, CareDx's failure to pay the fees due for this matter is a material breach, which we cannot ignore.

Alex

**Alex Meier** | Associate | Seyfarth Shaw LLP
1075 Peachtree Street, N.E. | Suite 2500 | Atlanta, Georgia 30309-3958
Direct: +1-404-885-6770 | Mobile: +1-407-620-3732
ameier@seyfarth.com | www.seyfarth.com



CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Shawna O'Donnell <sodonnell@jamsadr.com>
**Sent:** Friday, April 8, 2022 3:32 PM
**To:** jenniferbaldocchi@paulhastings.com; jessicamendelson@paulhastings.com; Long, Ian T. <itlong@seyfarth.com>; Fisher, Robert A <RFisher@seyfarth.com>; Meier, Alex <AMeier@seyfarth.com>
**Cc:** patriciajones@paulhastings.com; patriciajones@paulhastings.com
**Subject:** CareDx, Inc. vs. Olymbios, MD., Michael - JAMS Ref No. 1220067171

**This Message Is From an External Sender**

1