# EXHIBIT 3

# REDACTED

| | |
|---|---|
| **From:** | Michael Olymbios on behalf of Michael Olymbios <molymbios@caredx.com> |
| **To:** | Peter Maag |
| **Subject:** | Re: Reaching out |
| **Date:** | Thursday, February 20, 2020 10:10:00 AM |

Dear Peter – I am humbled and touched that you would take the time to reach out. I am so proud that someone of your stature views me as valuable to the organization. I am a passionate person and I like to immerse myself in what I do. That being said, I am doubly passionate when I am able to be part of an organization that I so strongly believe in and truly share in its vision – which is very much the case at CareDx. I am in awe of what you have built in the CareDx we see today.

I have learned a great deal from you and Reg, and I too hope that I can spend more time with you as well. Of course, I understand your time is precious but I feel as though there is so much I could learn by being in your presence and in turn give back to CareDx.

████████████████████████████ I really appreciate that you have my back. I hope you also know that the same goes for me.

With best regards,
Michael

---

**From:** Peter Maag <pmaag@caredx.com>
**Sent:** Wednesday, February 19, 2020 10:02:29 PM
**To:** Michael Olymbios <molymbios@caredx.com>
**Subject:** Reaching out

Michael,
I wanted to make sure that you know that I am fully supportive of what ever you decide to do. This goes beyond CareDx. Within a few months you had a tremendous impact in our organization. My only regret is that I have not had the chance to spend more time with you.
Go do - I have you back whatever you choose to do!
Peter