ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
JASON C. DAVIS (253370)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jdavis@rgrdlaw.com
          – and –
SPENCER A. BURKHOLZ (147029)
SEAN C. MCGUIRE (319521)
NICOLE Q. GILLILAND (335132)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
smcguire@rgrdlaw.com
ngilliland@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Case No. 3:22-cv-03023-TLT |
| ) | CLASS ACTION |
| Plaintiff, ) | |
| ) | LEAD PLAINTIFFS' OPPOSITION TO |
| vs. ) | DEFENDANTS' REQUEST FOR JUDICIAL NOTICE |
| CAREDX, INC., et al., ) | |
| ) | Date: May 16, 2023 |
| ) | Time: 2:00 PM |
| Defendants. ) | Courtroom: 9, 19th Floor |
| ) | Judge: Hon. Trina L. Thompson |

Plaintiffs Oklahoma Police Pension and Retirement System, Sheet Metal Workers Local 19 Pension Fund, Local 353, I.B.E.W. Pension Fund, and Beaumont Firemen's Relief & Retirement Fund (collectively, "Plaintiffs") submit this opposition to Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss (ECF 59) ("RJN").[1]

## I.    INTRODUCTION

In connection with their Motion to Dismiss Amended Consolidated Class Action Complaint (ECF 58), Defendants have requested judicial notice of 21 separate exhibits.  Because Defendants attempt to use these documents to make factual arguments that are improper at the motion to dismiss stage, their RJN should be denied.

## II.    ARGUMENT

"The Ninth Circuit has indicated that judicial notice should only be taken sparingly, with caution, and after demonstration of a 'high degree of indisputability.'"  *Maraldo v. Life Ins. Co. of the Sw.*, 2012 WL 1094462, at *6 (N.D. Cal. Mar. 30, 2012) (quoting *Rivera v. Philip Morris, Inc.*, 395 F.3d 1142, 1151 (9th Cir. 2005)).  That is because:

> Defendants face an alluring temptation to pile on numerous documents to their motions to dismiss to undermine the complaint, and hopefully dismiss the case at an early stage.  Yet the unscrupulous use of extrinsic documents to resolve competing theories against the complaint risks premature dismissals of plausible claims that may turn out to be valid after discovery.  This risk is especially significant in SEC fraud matters, where there is already a heightened pleading standard, and the defendants possess materials to which the plaintiffs do not yet have access. . . .  If defendants are permitted to present their own version of the facts at the pleading stage – and district courts accept those facts as uncontroverted and true – it becomes near impossible for even the most aggrieved plaintiff to demonstrate a sufficiently plausible claim for relief. . . .  Such undermining of the usual pleading burdens is not the purpose of judicial notice or the incorporation-by-reference doctrine.

*Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998-99 (9th Cir. 2018).

Because Defendants here attempt to "pile on" 21 separate documents to "present their own version of the facts at the pleading stage" and "undermin[e] the usual pleading burdens," their RJN should be denied.  *Id.*  Plaintiffs recognize, however, that the Court may judicially notice the

---

[1]    All terms not otherwise defined herein have the same meanings as in the Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF 53) ("Complaint").  All "¶_" and "¶¶_" references are to the Complaint.  Unless otherwise noted, all emphasis is added and internal citations and quotations are omitted.

existence of SEC filings and the parties that signed them. *See Maiman v. Talbott*, 2010 WL 11421950, at \*7 (C.D. Cal. Aug. 9, 2010) ("[W]hile it may be appropriate to judicially notice the existence of SEC filings and their contents, judicial notice should not be taken of the truth of their contents.").

## III.    CONCLUSION

Defendants' RJN should be denied, and the arguments premised on Exhibits A-U to the Declaration of Charles D. Cording in Support of Motion to Dismiss Amended Complaint (ECF 58-1) should not be considered.

DATED:  March 13, 2023

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
JASON C. DAVIS

                    s/ Jason C. Davis
                  JASON C. DAVIS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jdavis@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
SEAN C. MCGUIRE
NICOLE Q. GILLILAND
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
smcguire@rgrdlaw.com
ngilliland@rgrdlaw.com

DATED:  March 13, 2023                       SAXENA WHITE P.A.
                                             LESTER R. HOOKER


                                                s/ Lester R. Hooker
                                                LESTER R. HOOKER

                                             7777 Glades Road, Suite 300
                                             Boca Raton, FL  33434
                                             Telephone:  561/394-3399
                                             561/394-3382 (fax)
                                             lhooker@saxenawhite.com

                                             SAXENA WHITE P.A.
                                             DAVID R. KAPLAN
                                             12750 High Bluff Drive, Suite 475
                                             San Diego, CA  92130
                                             Telephone:  858/997-0860
                                             858/369-0096 (fax)
                                             dkaplan@saxenawhite.com

                                             SAXENA WHITE P.A.
                                             STEVEN B. SINGER
                                             RACHEL A. AVAN
                                             JOSHUA H. SALTZMAN (admitted *pro hac vice*)
                                             10 Bank Street, 8th Floor
                                             White Plains, NY  10606
                                             Telephone:  914/437-8551
                                             888/631-3611 (fax)
                                             ssinger@saxenawhite.com
                                             ravan@saxenawhite.com
                                             jsaltzman@saxenawhite.com

                                             Lead Counsel for Lead Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 13, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Jason C. Davis
JASON C. DAVIS

ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
Email:  jdavis@rgrdlaw.com

# Mailing Information for a Case 3:22-cv-03023-TLT Plumbers & Pipefitters Local Union #295 Pension Fund v. CareDx, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Alec T Coquin**
  acoquin@labaton.com

- **Charles Dean Cording**
  ccording@willkie.com,mao@willkie.com

- **Jason Cassidy Davis**
  jdavis@rgrdlaw.com,e_file_sd@rgrdlaw.com,bengfelt@rgrdlaw.com

- **Barrington E. Dyer**
  bdyer@willkie.com,CLee2@willkie.com,CCording@willkie.com,maosf1@willkie.com,BSullivan@willkie.com,cwindsor@willkie.com

- **Laura Leigh Geist**
  lgeist@willkie.com,tnocco@willkie.com,maosf1@willkie.com,cwindsor@willkie.com

- **Nicole Quaid Gilliland**
  ngilliland@rgrdlaw.com

- **Lester Rene Hooker**
  lhooker@saxenawhite.com,e-file@saxenawhite.com

- **David R. Kaplan**
  dkaplan@saxenawhite.com,e-file@saxenawhite.com,lmix@saxenawhite.com

- **Sean Christopher McGuire**
  smcguire@rgrdlaw.com

- **Erica Symone Miranda**
  emiranda@willkie.com,tnocco@willkie.com,maosf@willkie.com,ealcantara@willkie.com,mallard@willkie.com,cwindsor@willkie.com

- **Tariq Mundiya**
  tmundiya@willkie.com,mao@willkie.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,shawnw@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Joshua H Saltzman**
  jsaltzman@saxenawhite.com

- **Brady Michael Sullivan**
  bsullivan@willkie.com,CLee2@willkie.com,mao@willkie.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)