Laura Leigh Geist (CSB No. 180826)
Barrington Dyer (CSB No. 264762)
WILLKIE FARR & GALLAGHER LLP
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 858-7400
E-mail:  lgeist@willkie.com
         bdyer@willkie.com


Tariq Mundiya (*pro hac vice*)
Charles Cording (*pro hac vice*)
Brady Sullivan (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone:  (212) 728-8000
E-mail:  tmundiya@willkie.com
         ccording@willkie.com
         bsullivan@willkie.com

Attorneys for Defendants
*CareDx, Inc., Reginald Seeto,*
*Ankur Dhingra, and Peter Maag*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>CAREDX, INC., REGINALD SEETO, ANKUR DHINGRA, MARCEL KONRAD, and PETER MAAG,<br><br>     Defendants. | Case No.  22-cv-03023-TLT<br><br>**DECLARATION OF CHARLES D. CORDING IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date: October 24, 2023<br>Time: 2:00 PM<br>Courtroom: 9<br>Judge: Hon. Trina L. Thompson |

I, Charles D. Cording, hereby declare:

1.  I am an attorney admitted *pro hac vice* to practice before this Court and a partner at the law firm of Willkie Farr & Gallagher LLP, which represents Defendants CareDx, Inc. ("CareDx"), Peter Maag, Reginald Seeto, and Ankur Dhingra in this action.  I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters described below.

2.  Attached as **Exhibit A** is a true and correct copy of excerpts from CareDx's SEC Form 8-K, filed June 11, 2020 disclosing, among other things, the Underwriting Agreement executed on June 10, 2020.

3.  Attached as **Exhibit B** is a true and correct copy of excerpts from CareDx's SEC Form 8-K, filed January 21, 2021, disclosing, among other things, the Underwriting Agreement executed on January 20, 2021.

4.  Attached as **Exhibit C** is a true and correct copy of excerpts from CareDx's SEC Form 10-Q for the first quarter of 2020, filed April 30, 2020.

5.  Attached as **Exhibit D** is a true and correct copy of excerpts from CareDx's SEC Form 10-K for the year 2020, filed February 24, 2021.

6.  Attached as **Exhibit E** is a true and correct copy of the transcript of the Jefferies LLC London Healthcare Conference, held on November 15, 2022.

7.  Attached as **Exhibit F** is a true and correct copy of the complaint filed by Michael Olymbios in the Superior Court of the State of California, County of San Mateo on April 15, 2022, captioned *Olymbios v. CareDx Inc.*, No. 22-CIV-01582 (Sup. Ct. Apr. 15, 2022).

8.  Attached as **Exhibit G** is a true and correct copy of CareDx's (CDNA) historical stock prices from April 11, 2022 to April 22, 2022, sourced from Yahoo Finance.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 26th day of July, 2023, at New York, New York.

By: */s/ Charles D. Cording*
Charles D. Cording

2

DECL. OF C. CORDING ISO MTD SAC
No. 22-cv-03023-TLT