# EXHIBIT G

# CareDx, Inc (CDNA) Stock Historical Prices & Data

y! **finance.yahoo.com**/quote/CDNA/history

## CareDx, Inc (CDNA)

NasdaqGM - NasdaqGM Real Time Price. Currency in USD

Currency in USD ↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Apr 22, 2022 | 30.84 | 31.79 | 30.50 | 30.57 | 30.57 | 771,100 |
| Apr 21, 2022 | 33.99 | 34.46 | 30.65 | 30.96 | 30.96 | 914,300 |
| Apr 20, 2022 | 34.30 | 34.51 | 33.23 | 33.33 | 33.33 | 633,600 |
| Apr 19, 2022 | 32.71 | 34.26 | 32.37 | 33.69 | 33.69 | 822,000 |
| Apr 18, 2022 | 34.69 | 35.22 | 32.43 | 32.55 | 32.55 | 1,303,400 |
| Apr 14, 2022 | 37.93 | 38.00 | 35.29 | 35.41 | 35.41 | 738,300 |
| Apr 13, 2022 | 37.45 | 38.18 | 36.64 | 38.02 | 38.02 | 671,400 |
| Apr 12, 2022 | 37.15 | 39.01 | 36.81 | 37.27 | 37.27 | 751,000 |
| Apr 11, 2022 | 36.33 | 37.25 | 35.55 | 36.36 | 36.36 | 423,900 |

**yahoo!finance**

© 2023 Yahoo. All rights reserved.

TermsandPrivacy Policy