Laura Leigh Geist (CSB No. 180826)
Barrington Dyer (CSB No. 264762)
WILLKIE FARR & GALLAGHER LLP
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 848-7400
E-mail:   lgeist@willkie.com
            bdyer@willkie.com


Tariq Mundiya (*pro hac vice*)
Charles Cording (*pro hac vice*)
Brady Sullivan (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone:  (212) 728-8000
E-mail:  tmundiya@willkie.com
            ccording@willkie.com
            bsullivan@willkie.com

Attorneys for Defendants
*CareDx, Inc,, Peter Maag, Reginald Seeto,
Ankur Dhingra*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | Case No.  22-cv-03023-TLT |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT** |
| vs. | |
| CAREDX, INC., REGINALD SEETO, ANKUR DHINGRA, MARCEL KONRAD, and PETER MAAG, | |
| Defendants. | |

**[PROPOSED] ORDER**

This matter is before the Court on the Motion to Dismiss the Second Amended Class Action Complaint by defendants CareDx, Inc., Peter Maag, Reginald Seeto, and Ankur Dhingra (collectively, "Defendants"). After consideration of the briefs and arguments of counsel and all other matters presented, the Court concludes that Defendants' motion to dismiss should be granted for the following reason: the Second Amended Complaint fails to state a claim as a matter of law under Federal Rules of Civil Procedure 9(b) and 12(b)(6).

Accordingly, IT IS HEREBY ORDERED THAT Defendants' Motion to Dismiss the Second Amended Class Action Complaint is GRANTED, and the Second Amended Class Action Complaint is dismissed with prejudice.

**IT IS SO ORDERED**.


Dated: _____                              By: _____
                                                 Honorable Trina L. Thompson
                                                 United States District Judge