Laura Leigh Geist (CSB No. 180826)
Barrington Dyer (CSB No. 264762)
WILLKIE FARR & GALLAGHER LLP
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 858-7400
E-mail:  lgeist@willkie.com
         bdyer@willkie.com


Tariq Mundiya (*pro hac vice*)
Charles Cording (*pro hac vice*)
Brady Sullivan (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone:  (212) 728-8000
E-mail:  tmundiya@willkie.com
         ccording@willkie.com
         bsullivan@willkie.com

Attorneys for Defendants
*CareDx, Inc., Reginald Seeto,
Ankur Dhingra, and Peter Maag*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>CAREDX, INC., REGINALD SEETO, ANKUR DHINGRA, MARCEL KONRAD, and PETER MAAG,<br>       Defendants. | Case No.  22-cv-03023-TLT<br><br>**NOTICE OF DOCUMENTS INCORPORATED BY REFERENCE AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date: October 24, 2023<br>Time: 2:00 PM<br>Courtroom: 9<br>Judge: Hon. Trina L. Thompson |

In connection with their motion to dismiss the Second Amended Complaint ("SAC," ECF No. 81), Defendants CareDx, Inc. ("CareDx"), Peter Maag, Reginald Seeto, and Ankur Dhingra (collectively "Defendants") submit that the Court may consider the contents of **Exhibits A–G** attached to the accompanying Declaration of Charles D. Cording (the "Cording Declaration"). These documents are referred to, relied on, and quoted in the SAC, and are also subject to judicial notice by the Court pursuant to Rule 201 of the Federal Rules of Evidence and relevant case law. The documents submitted for the Court's consideration are as follows:

1. Excerpts from CareDx's SEC Form 8-K, filed June 11, 2020, attached as **Exhibit A** to the Cording Declaration.  Plaintiffs purport to refer to or rely on Exhibit A at paragraph 180 of the SAC.

2. Excerpts from CareDx's SEC Form 8-K, filed January 21, 2021, attached as **Exhibit B** to the Cording Declaration.  Plaintiffs purport to refer to or rely on Exhibit B at paragraph 200 of the SAC.

3. Excerpts from CareDx's SEC Form 10-Q for the first quarter of 2020, filed April 30, 2020, attached as **Exhibit C** to the Cording Declaration.  Plaintiffs purport to refer to or rely on Exhibit C at paragraphs 152–155, 158, 161, and 163 of the SAC.

4. Excerpts from CareDx's SEC Form 10-K for the year 2020, filed February 24, 2021, attached as **Exhibit D** to the Cording Declaration. Plaintiffs purport to refer to or rely on Exhibit D at paragraphs 154, 209, 212 and 317 of the SAC.

5. Transcript of the Jefferies LLC London Healthcare Conference, held on November 15, 2022, attached as **Exhibit E** to the Cording Declaration.  Plaintiffs purport to refer to, rely on, or quote Exhibit E at paragraph 280 of the SAC.

6. The complaint filed by Michael Olymbios in the Superior Court of the State of California, County of San Mateo on April 15, 2022, captioned *Olymbios v. CareDx Inc.*, No. 22-CIV-01582 (Sup. Ct. Apr. 15, 2022), attached as **Exhibit F** to the Cording Declaration. Plaintiffs purport to refer or to rely on Exhibit F at paragraphs 29, 253, and 260.

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS SAC
No. 22-cv-03023-TLT

7. Printout of CareDx's (CDNA) stock historical prices and data from April 11, 2022 to April 22, 2022 made available from Yahoo Finance, attached as **Exhibit G** to the Cording Declaration.

### Exhibits A–F Are Materials Referred To, Relied On, And Quoted In The SAC And Are Incorporated By Reference

On a motion to dismiss, the Court "may consider documents referred to in the complaint[.]" *Dreiling v. Am. Exp. Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006). Indeed, the Supreme Court has held that, in private securities fraud cases, "courts must consider the complaint in its entirety [including] . . . documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rts., Ltd.*, 551 U.S. 308, 322 (2007). The Court may consider the full contents of documents incorporated by reference, even if a complaint only relies on certain portions. *See Khoja v. Orexigen Therapeutics Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018) (citing cases and noting that the doctrine of incorporation by reference prevents plaintiffs from omitting "documents that weaken—or doom—their claims" in favor of only those that support them).

Here, the SAC refers to, relies on, quotes, and/or bases its claims on portions of Exhibits A–F. *See* ¶¶ 29, 152–155, 158, 161, 163, 180, 200, 209, 212, 253, 260, 280 and 317. In granting Defendants' motion to dismiss the First Amended Complaint, the Court already ruled that it may take judicial notice Exhibits B, D, and E. Slip Op. (ECF No. 75) at 4 (taking judicial notice of SEC filings and investor call transcripts referred to in the complaint). The same reasoning applies to Exhibits A, C, and F.

### Exhibit G is Properly Subject To Judicial Notice

Exhibit G—a printout of CareDx's historical stock price between April 11, 2022 and April 22, 2022—although not expressly referenced in the SAC, is subject to judicial notice. *See generally* Fed. R. Evid. 201 (providing court may take notice of a fact that is not subject to reasonable dispute). "Information about the stock price of publicly traded companies [is] the proper subject of judicial notice." *In re Facebook, Inc. Sec. Litig.*, 405 F. Supp. 3d 809, 828 (N.D. Cal. 2019).

Dated: July 26, 2023

By: /s/ *Laura Leigh Geist*
Laura Leigh Geist


WILLKIE FARR & GALLAGHER LLP
Laura Leigh Geist (CSB No. 180826)
Barrington Dyer (CSB No. 264762)
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 848-7400
E-mail:  lgeist@willkie.com
            bdyer@willkie.com


WILLKIE FARR & GALLAGHER LLP
Tariq Mundiya (admitted *pro hac vice*)
Charles Cording (admitted *pro hac vice*)
Brady Sullivan (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone:  (212) 728-8000
E-mail:  tmundiya@willkie.com
            ccording@willkie.com
            bsullivan@willkie.com

*Counsel for Defendants*
*CareDx, Inc., Reginald Seeto,*
*Ankur Dhingra, and Peter Maag*

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS SAC
No. 22-cv-03023-TLT