Laura Leigh Geist (CSB No. 180826)
Barrington Dyer (CSB No. 264762)
WILLKIE FARR & GALLAGHER LLP
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 848-7400
E-mail:   lgeist@willkie.com
          bdyer@willkie.com


Tariq Mundiya (*pro hac vice*)
Charles Cording (*pro hac vice*)
Brady Sullivan (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone:  (212) 728-8000
E-mail:  tmundiya@willkie.com
         ccording@willkie.com
         bsullivan@willkie.com

Attorneys for Defendants
*CareDx, Inc,, Peter Maag, Reginald Seeto,*
*Ankur Dhingra*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CAREDX, INC., REGINALD SEETO, ANKUR DHINGRA, MARCEL KONRAD, and PETER MAAG,<br><br>                    Defendants. | Case No.  22-cv-03023-TLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE ALLEGATIONS IN PLAINTIFFS' SECOND AMENDED COMPLAINT** |

**[PROPOSED] ORDER**

This matter is before the Court on the Motion to Strike Allegations in Plaintiffs' Second Amended Class Action Complaint by defendants CareDx, Inc., Peter Maag, Reginald Seeto, and Ankur Dhingra (collectively, "Defendants").  The Court, having considered the moving, opposition and reply papers, declarations filed in support, the argument of counsel, the pleadings and files in this action, and all other matters properly before the Court, and for good cause appearing:

**HEREBY ORDERS** that Defendants' Motion to Strike the following allegations from the Second Amended Complaint is GRANTED:

1.  The second, third, fourth, and fifth sentences of paragraph 24.

2.  The fourth sentence of paragraph 89.

3.  The second and third sentences of paragraph 97.

4.  The first, second, and third sentences of 127.

5.  The first, second, third, and fourth sentences of paragraph 140.

6.  The third sentence of paragraph 141.

7.  The second, third, fourth, fifth, and sixth sentences of paragraph 260.

**IT IS SO ORDERED.**

Dated: _____ _____

By: _____
Honorable Trina L. Thompson
United States District Judge