Tariq Mundiya (*pro hac vice*)
Charles Cording (*pro hac vice*)
Brady Sullivan (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone:  (212) 728-8000
E-mail:  tmundiya@willkie.com
         ccording@willkie.com
         bsullivan@willkie.com

Laura Leigh Geist (CSB No. 180826)
Barrington Dyer (CSB No. 264762)
WILLKIE FARR & GALLAGHER LLP
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 858-7400
E-mail:  lgeist@willkie.com
         bdyer@willkie.com

Attorneys for Defendants
*CareDx, Inc., Reginald Seeto,*
*Ankur Dhingra, and Peter Maag*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CAREDX, INC., REGINALD SEETO, ANKUR DHINGRA, MARCEL KONRAD, and PETER MAAG,<br><br>                    Defendants. | Case No.  22-cv-03023-TLT<br><br>**DECLARATION OF CHARLES D. CORDING IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date: October 31, 2023<br>Time: 2:00 PM<br>Courtroom: 9<br>Judge: Hon. Trina L. Thompson |

I, Charles D. Cording, hereby declare:

1.  I am an attorney admitted *pro hac vice* to practice before this Court and a partner at the law firm of Willkie Farr & Gallagher LLP, which represents Defendants CareDx, Inc. ("CareDx"), Peter Maag, Reginald Seeto, and Ankur Dhingra in this action.  I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters described below.

2.  Attached as **Exhibit H** is a true and correct copy of the transcript of CareDx's earnings call from October 28, 2021.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 22nd day of September, 2023, at New York, New York.

By: */s/ Charles D. Cording*
Charles D. Cording