Tariq Mundiya (*pro hac vice*)
Charles Cording (*pro hac vice*)
Brady Sullivan (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone:  (212) 728-8000
E-mail:  tmundiya@willkie.com
        ccording@willkie.com
        bsullivan@willkie.com


Laura Leigh Geist (CSB No. 180826)
Barrington Dyer (CSB No. 264762)
WILLKIE FARR & GALLAGHER LLP
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 858-7400
E-mail:  lgeist@willkie.com
        bdyer@willkie.com


Attorneys for Defendants
*CareDx, Inc., Reginald Seeto,*
*Ankur Dhingra, and Peter Maag*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>vs.<br><br>CAREDX, INC., REGINALD SEETO, ANKUR DHINGRA, MARCEL KONRAD, and PETER MAAG,<br>                              Defendants. | Case No.  22-cv-03023-TLT<br><br>**NOTICE OF DOCUMENTS INCORPORATED BY REFERENCE AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date: October 31, 2023<br>Time: 2:00 PM<br>Courtroom: 9<br>Judge: Hon. Trina L. Thompson |

In connection with their motion to dismiss the Second Amended Complaint ("SAC," ECF No. 81) and their reply memorandum in further support thereof, Defendants CareDx, Inc. ("CareDx"), Peter Maag, Reginald Seeto, and Ankur Dhingra (collectively "Defendants") submit that the Court may consider the contents of **Exhibit H** attached to the accompanying Declaration of Charles D. Cording (the "Cording Declaration").[1]

Exhibit H is the transcript of CareDx's earnings call from October 28, 2021.

The Court already took judicial notice of this same transcript in connection with Defendants' motion to dismiss the Amended Complaint, because the document was "quoted in the Complaint by Plaintiffs." *See Pipefitters Local Union #295 Pension Fund v. CareDx, Inc.*, 2023 WL 4418886, at *2 (N.D. Cal. May 24, 2023).

The SAC also quotes from the October 28, 2021 earnings call transcript, *see, e.g.*, SAC ¶¶ 226–27, 251–52, and Plaintiffs make arguments in reference to the transcript as part of their opposition, ECF No. 96 at 22–23. Accordingly, the Court should again take judicial notice of the transcript. *See Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018) ("An investor call transcript submitted to the SEC generally qualifies as a 'source whose accuracy cannot reasonably be questioned.'").

---

[1] In connection with their motion to dismiss the SAC, Defendants have already requested that the court take judicial notice of Exhibits A–G (ECF No. 90), which Plaintiffs did not oppose.

Dated: September 22, 2023

By: /s/ *Charles Cording*
Charles Cording


WILLKIE FARR & GALLAGHER LLP
Tariq Mundiya (admitted *pro hac vice*)
Charles Cording (admitted *pro hac vice*)
Brady Sullivan (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone:  (212) 728-8000
E-mail:  tmundiya@willkie.com
         ccording@willkie.com
         bsullivan@willkie.com


WILLKIE FARR & GALLAGHER LLP
Laura Leigh Geist (CSB No. 180826)
Barrington Dyer (CSB No. 264762)
One Front Street, 34th Floor
San Francisco, CA 94111
Telephone:  (415) 848-7400
E-mail:  lgeist@willkie.com
         bdyer@willkie.com


*Counsel for Defendants*
*CareDx, Inc., Reginald Seeto,*
*Ankur Dhingra, and Peter Maag*

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS SAC
No. 22-cv-03023-TLT