ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
SHAWN A. WILLIAMS (213113)
JASON C. DAVIS (253370)
ALAINA L. GILCHRIST (335807)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jdavis@rgrdlaw.com
agilchrist@rgrdlaw.com
     &ndash; and &ndash;
SPENCER A. BURKHOLZ (147029)
NICOLE Q. GILLILAND (335132)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
ngilliland@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, ) | Case No. 3:22-cv-03023-TLT |
| ) Plaintiff, ) | CLASS ACTION |
| ) vs. ) | LOCAL RULE 7-3(d)(2) STATEMENT OF RECENT DECISION |
| CAREDX, INC., et al., ) | |
| ) Defendants. ) | |

4893-1383-2391.v1

Pursuant to Local Civil Rule 7-3(d)(2), and further to Defendants' Local Rule 7-3(d)(2) Statement of Recent Decision (ECF 118), Plaintiffs respectfully submit this statement of recent decision to apprise the Court that in the Supreme Court's order granting certiorari in *Facebook, Inc. et al. v. Amalgamated Bank, et al.*, No. 23-980 (2024), the Supreme Court declined to consider the question: "Does Federal Rule 8 or Rule 9(b) supply the proper pleading standard for loss causation in a private securities-fraud action?" *See* ECF 118 at 6, 15.[1] The Ninth's Circuit's loss causation analysis in *In re Facebook, Inc. Sec. Litig.*, 2023 WL 8365362 (9th Cir. Dec. 4, 2023) is relevant to the loss causation argument in Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss Second Amended Class Action Complaint (ECF 96).

DATED: June 12, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
NICOLE Q. GILLILAND


                              s/ Nicole Q. Gilliland
                            NICOLE Q. GILLILAND

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
ngilliland@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
JASON C. DAVIS
ALAINA L. GILCHRIST
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jdavis@rgrdlaw.com
agilchrist@rgrdlaw.com

---

[1] These pin cites reference the page numbers generated by the CM/ECF system.

SAXENA WHITE P.A.
DAVID R. KAPLAN
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA  92075
Telephone:  858/997-0860
858/369-0096 (fax)
dkaplan@saxenawhite.com

SAXENA WHITE P.A.
STEVEN B. SINGER
RACHEL A. AVAN
JOSHUA H. SALTZMAN (admitted *pro hac vice*)
10 Bank Street, 8th Floor
White Plains, NY  10606
Telephone:  914/437-8551
888/631-3611 (fax)
ssinger@saxenawhite.com
ravan@saxenawhite.com
jsaltzman@saxenawhite.com

SAXENA WHITE P.A.
LESTER R. HOOKER
7777 Glades Road, Suite 300
Boca Raton, FL  33434
Telephone:  561/394-3399
561/394-3382 (fax)
lhooker@saxenawhite.com

Lead Counsel for Lead Plaintiffs