ROBBINS GELLER RUDMAN
    & DOWD LLP
SHAWN A. WILLIAMS (213113)
JASON C. DAVIS (253370)
ALAINA L. GILCHRIST (335807)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jdavis@rgrdlaw.com
agilchrist@rgrdlaw.com
        – and –
SPENCER A. BURKHOLZ (147029)
NICOLE Q. GILLILAND (335132)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
ngilliland@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, ) | Case No. 3:22-cv-03023-TLT |
| Plaintiff, ) | CLASS ACTION |
| vs. ) | LOCAL RULE 7-3(d)(2) STATEMENT OF RECENT DECISION |
| CAREDX, INC., et al., ) | |
| Defendants. ) | |

4900-9965-4669.v1

Pursuant to Local Civil Rule 7-3(d)(2), Lead Plaintiffs respectfully submit this Statement of Recent Decision to alert the Court to a recent opinion by a panel of the United States Court of Appeals for the Ninth Circuit: *Okla. Firefighters Pension & Ret. Sys. v. Snap Inc*., No. 23-3932, 2024 WL 5182634 (9th Cir. Dec. 20, 2024) (reversing *Black v. Snap, Inc.*, No. CV 21-8892-GW-RAOx, 2023 WL 6812762 (C.D. Cal. Sept. 26, 2023)).  A copy of this decision is attached hereto as **Exhibit A** ("*Snap* Decision").

This appellate decision relates to the "scienter" arguments made by Lead Plaintiffs in their Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss the Third Amended Class Action Complaint.  *Compare* ECF 138 at 8-14 *with Snap* Decision (generally).

DATED:  January 6, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
JASON C. DAVIS
ALAINA L. GILCHRIST


                          s/ Jason C. Davis
                          JASON C. DAVIS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jdavis@rgrdlaw.com
agilchrist@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
NICOLE Q. GILLILAND
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
ngilliland@rgrdlaw.com

SAXENA WHITE P.A.
DAVID R. KAPLAN
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA  92075
Telephone:  858/997-0860
858/369-0096 (fax)
dkaplan@saxenawhite.com

SAXENA WHITE P.A.
STEVEN B. SINGER
RACHEL A. AVAN
JOSHUA H. SALTZMAN (admitted *pro hac vice)*
10 Bank Street, 8th Floor
White Plains, NY  10606
Telephone:  914/437-8551
888/631-3611 (fax)
ssinger@saxenawhite.com
ravan@saxenawhite.com
jsaltzman@saxenawhite.com

SAXENA WHITE P.A.
LESTER R. HOOKER
7777 Glades Road, Suite 300
Boca Raton, FL  33434
Telephone:  561/394-3399
561/394-3382 (fax)
lhooker@saxenawhite.com

Lead Counsel for Lead Plaintiffs