**WILLKIE FARR & GALLAGHER LLP**
Laura Leigh Geist (CSB No. 180826)
Barrington Dyer (CSB No. 264762)
333 Bush Street, 34th Floor
San Francisco, CA  94104
Telephone:  (415) 848-7400
lgeist@willkie.com
bdyer@willkie.com

**WILLKIE FARR & GALLAGHER LLP**
Tariq Mundiya (admitted pro hac vice)
Charles Cording (admitted pro hac vice)
Brady Sullivan (admitted pro hac vice)
787 Seventh Avenue
New York, NY  10019-6099
Telephone:  (212) 728-8000
tmundiya@willkie.com
ccording@willkie.com
bsullivan@willkie.com

Attorneys for Defendants
*CareDx, Inc., Reginald Seeto,*
*and Peter Maag*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>CAREDX, INC., PETER MAAG, and REGINALD SEETO,<br><br>Defendants. | Case No. 22-cv-03023-TLT<br><br>**DECLARATION OF CHARLES D. CORDING IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Date:   January 28, 2025<br>Time:  2:00 pm PT<br>Ctrm.: 10, 19th Floor – San Francisco<br>          Hon. Trina L. Thompson |

DECL. OF C. CORDING ISO MTD TAC
Case No. 22-cv-03023-TLT

I, Charles D. Cording, hereby declare:

1.      I am an attorney admitted *pro hac vice* to practice before this Court and a partner at the law firm of Willkie Farr & Gallagher LLP, which represents Defendants CareDx, Inc. ("CareDx"), Peter Maag, and Reginald Seeto in this action.  I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters described below

2.      Attached as **Exhibit U** is a true and correct copy of the Letter Motion to Continue to Serve the Complaint on Defendants filed by Michael Olymbios on December 9, 2024, in *United States of America, ex. rel. Olymbios v. CareDx, Inc.*, No. 21-CV-00774 (E.D.N.Y. July 12, 2024), ECF No. 22.

3.      Attached as **Exhibit V** is a true and correct copy of the Letter Motion for Reconsideration regarding the Order on Motion to Continue filed by CareDx, Inc. on December 16, 2024, in *United States of America, ex. rel. Olymbios v. CareDx, Inc.*, No. 21-CV-00774 (E.D.N.Y. July 12, 2024), ECF No. 26.

4.      Attached as **Exhibit W** is a true and correct copy of the response in opposition to CareDx's Letter Motion for Reconsideration filed by Michael Olymbios on December 20, 2024, in *United States of America, ex. rel. Olymbios v. CareDx, Inc.*, No. 21-CV-00774 (E.D.N.Y. July 12, 2024), ECF No. 28.

5.      Attached as **Exhibit X** is a true and correct copy of the press release from the Centers for Medicare & Medicaid Services ("CMS") titled, "CMS Statement on Current Status of Blood Tests for Organ Transplant Rejection," dated September 25, 2023

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of January, 2025 at New York, New York.

By:     */s/ Charles D. Cording*
        Charles D. Cording

DECL. OF C. CORDING ISO MTD TAC
Case No. 22-cv-03023-TLT