# Exhibit U

COHENMILSTEIN

Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
cohenmilstein.com

Michael Eisenkraft
**O:** 212.838.7797
**D:** 212.838.7893
meisenkraft@cohenmilstein.com

December 9, 2024

***Via ECF***

Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Courtroom 4GN

> Re: *U.S. ex rel. Olymbios v. CareDx, Inc., et al.*, No. 1:21-cv-00774

Dear Judge Donnelly:

We represent the Relator, Michael Olymbios M.D., in the above-captioned action. We write pursuant to Local Rule 7.1(d) and Your Honor's Individual Practices and Rules to request an extension of the time in which to serve the Complaint on the Defendants in this matter.

On October 7, 2024, the Court ordered that this *qui tam* action be unsealed and that the Relator serve the Complaint on Defendants, and only after service of the Complaint, to serve the Court's October 7th order, and the Government's Notice of Election to Decline Intervention on Defendants. (ECF # 21). Pursuant to Fed. R. Civ. P. 4(m), the current deadline for Relator to serve Defendants is January 1, 2025. Relator respectfully requests a 60-day extension with a new service deadline of March 2, 2025.

Extensions of the time to serve a complaint must be granted where good cause exists, Fed. R. Civ. P. 4(m), and district courts have discretion to extend the service deadline even in the absence of good cause. *See e.g., Myers v. Secretary of the Dept. of the Treasury*, 173 F.R.D. 44 (E.D.N.Y. 1997). The Relator has been engaged in ongoing discussions with potential co-counsel or substitute counsel to prosecute his claims on a declined basis, however, an agreement has not been finalized. Additionally, the Relator has been evaluating a potential amendment of the Complaint based upon the investigation conducted by the United States as well as relevant information that has subsequently come to Relator's attention. For these reasons, Relator requests a 60-day extension of the deadline to serve the Complaint upon Defendants in order to

December 9, 2024
Page 2

allow sufficient time to finalize any substitute or co-counsel arrangements and consider potential amendment of the Complaint.

Defendants have not yet been served or entered an appearance in this action. The requested 60-day extension would not affect any other scheduled dates in this action. To date, there have been no previous requests for an extension of this deadline.

We thank the Court for its consideration of this request.

Sincerely,

_____
Michael Eisenkraft