**WILLKIE FARR & GALLAGHER LLP**
Laura Leigh Geist (CSB No. 180826)
Barrington Dyer (CSB No. 264762)
333 Bush Street, 34th Floor
San Francisco, CA  94104
Telephone:  (415) 848-7400
lgeist@willkie.com
bdyer@willkie.com

**WILLKIE FARR & GALLAGHER LLP**
Tariq Mundiya (admitted pro hac vice)
Charles Cording (admitted pro hac vice)
Brady Sullivan (admitted pro hac vice)
787 Seventh Avenue
New York, NY  10019-6099
Telephone:  (212) 728-8000
tmundiya@willkie.com
ccording@willkie.com
bsullivan@willkie.com

Attorneys for Defendants
*CareDx, Inc., Reginald Seeto,*
*and Peter Maag*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated<br><br>                    Plaintiffs,<br><br>     v.<br><br>CAREDX, INC., PETER MAAG, and REGINALD SEETO,<br><br>                    Defendants. | Case No. 22-cv-03023-TLT<br><br>**NOTICE OF DOCUMENTS INCORPORATED BY REFERENCE AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Date:   January 28, 2025<br>Time:  2:00 pm PT<br>Ctrm.: 10, 19th Floor – San Francisco<br>          Hon. Trina L. Thompson |

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS TAC
Case No. 22-cv-03023-TLT

In connection with their motion to dismiss the Third Amended Complaint ("TAC," ECF No. 133) and their reply memorandum in further support thereof, Defendants CareDx, Inc. ("CareDx"), Peter Maag, and Reginald Seeto (collectively "Defendants") submit that the Court may consider the contents of **Exhibits U, V, W, and X** attached to the accompanying Declaration of Charles D. Cording (the "Cording Declaration").

**Exhibit U** is the Letter Motion to Continue to Serve the Complaint on Defendants filed by Michael Olymbios on December 9, 2024, in *United States of America, ex. rel. Olymbios v. CareDx, Inc.*, No. 21-CV-00774 (E.D.N.Y. July 12, 2024), ECF No. 22.

**Exhibit V** is the Letter Motion for Reconsideration regarding the Order on Motion to Continue filed by CareDx, Inc. on December 16, 2024, in *United States of America, ex. rel. Olymbios v. CareDx, Inc.*, No. 21-CV-00774 (E.D.N.Y. July 12, 2024), ECF No. 26.

**Exhibit W** is the response in opposition to CareDx's Letter Motion for Reconsideration filed by Michael Olymbios on December 20, 2024, in *United States of America, ex. rel. Olymbios v. CareDx, Inc.*, No. 21-CV-00774 (E.D.N.Y. July 12, 2024), ECF No. 28.

**Exhibit X** is the press release from the Centers for Medicare & Medicaid Services ("CMS") titled, "CMS Statement on Current Status of Blood Tests for Organ Transplant Rejection," dated September 25, 2023.

Court filings—such as **Exhibits U, V, and W** which are filings from *United States of America, ex. rel. Olymbios v. CareDx, Inc.*, No. 21-CV-00774 (E.D.N.Y. July 12, 2024)—are routinely subject to judicial notice.[1] *See Voss v. Sutardja*, 2015 WL 349444, at *5 (N.D. Cal. Jan. 26, 2015) (taking judicial notice of court filings as a matter of public record). Here, the TAC extensively refers to, relies on, quotes, and/or bases its claims on the complaint filed by Dr. Olymbios in the above-referenced case. *See, e.g.*, ¶¶ 4, 28, 29, 108, 109, 124, 144, 146–49, 187, 195–201, 208. Thus, this Court should also take judicial notice of filings in the same case which were filed after the TAC was filed.

---

[1] The Court has already taken judicial notice of a separate court filing—CareDx's Motion to Compel Arbitration—in another related case, *Olymbios v. CareDx Inc.*, No. 22-civ-01582 (Sup. Ct. Apr. 15, 2022). *See* ECF No. 89-7 (Ex. F); ECF No. 58-22 (Ex. U).

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS TAC
Case No. 22-cv-03023-TLT

The Court should also consider, under the incorporation-by-reference doctrine, **Exhibit X**— a September 2023 press release by Medicare regulators concerning the scope of the local coverage determination ("LCD") for AlloSure—because the TAC refers to, relies on, quotes, and/or bases its claims on it. *See* ¶ 344; *see also* Opp. 14 n.10, 25 n.27.  The Court may consider the full contents of documents incorporated by reference, even if a complaint only relies on certain portions.  *See, e.g.*, *Khoja v. Orexigen Therapeutics Inc*., 899 F.3d 988, 1002 (9th Cir. 2018).  Accordingly, Exhibit X is incorporated by reference.

Respectfully submitted,

Dated: January 10, 2025

**WILLKIE FARR & GALLAGHER LLP**

By:   */s/ Laura Leigh Geist*
       Laura Leigh Geist

Laura Leigh Geist
Barrington Dyer
Tariq Mundiya *(pro hac vice)*
Charles Cording *(pro hac vice)*
Brady Sullivan *(pro hac vice)*

Attorneys for Defendants
CAREDX, INC., REGINALD SEETO, and
PETER MAAG