**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East
Suite 100 - #3425
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: aapton@zlk.com

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato (SBN 319767)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAREDX, INC., PETER MAAG, and REGINALD SEETO,<br><br>Defendants, | Case No. 3:22-cv-03023-TLT<br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO DETERMINE CASES RELATED** |
| In re CAREDX, INC. DERIVATIVE LITIGATION<br><br>[Captions continued on next page] | Lead Case No.: 3:22-cv-05379-TLT<br><br>Date Filed: September 21, 2022<br><br>Judge: Honorable Trina L. Thompson |

JEFFREY EDELMAN, JAYSEN STEVENSON, and CHRISTIAN JACOBSEN, Derivatively on Behalf of CareDx, Inc.,

Plaintiffs,

v.

GEORGE BICKERSTAFF, FRED COHEN, CHRISTINE COURNOYER, GRACE E. COLÓN, ANKUR DHINGRA, MICHAEL D. GOLDBERG, WILLIAM HAGSTROM, PETER MAAG, REGINALD SEETO, RALPH SNYDERMAN, ARTHUR A. TORRES, and HANNAH VALANTINE,

Individual Defendants,

-and-

CAREDX, INC.,

Nominal Defendant.

Case No.: 3:25-cv-02036-SK

Date Filed: February 26, 2025

Judge:  Honorable Sallie Kim

**STIPULATION AND [PROPOSED] ORDER TO DETERMINE CASES RELATED**

WHEREAS, a securities class action captioned *Plumbers & Pipefitters Local Union #295 Pension Fund, et al. v. CareDx, Inc., et al.,* Case No. 3:22-cv-03023-TLT ("Securities Action"), was filed on May 23, 2022;

WHEREAS, a consolidated derivative action captioned *In re: CareDx, Inc. Derivative Litigation*, Lead Case No. 3:22-cv-05379-TLT ("Former Derivative Action"), filed derivatively on behalf of CareDx, Inc. ("CareDx"), was commenced on September 21, 2022 and voluntarily dismissed without prejudice on November 7, 2024;

WHEREAS, Jeffrey Edelman, Jaysen Stevenson, and Christian Jacobsen, plaintiffs in the action entitled *Edelman, et al. v. Bickerstaff, et al.*, Case No. 3:25-cv-02036 ("*Edelman* Action") filed their shareholder derivative complaint on behalf of CareDx on February 26, 2025;

WHEREAS, the parties to the Securities Action, the Former Derivative Action, and the *Edelman* Action agree that the above-referenced actions should be deemed "related" pursuant to Local Rule 3-12(a), and that the *Edelman* Action should be transferred to this Court, as set forth in this stipulation because: (a) the above-captioned actions concern substantially the same defendants, property, transactions or events; and (b) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges;

WHEREAS, the parties agree that, once the *Edelman* Action is deemed related to the Securities Action and the Former Derivative Action, the *Edelman* Action should be transferred and reassigned to the Honorable Trina L. Thompson, the Judge in the Securities Action and the Former Derivative Action, for all purposes;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, that the Court order as follows:

1.      The Securities Action, the Former Derivative Action, and the *Edelman* Action shall be deemed related, because:

      a.      the actions concern substantially the same parties, property, transactions or events; and

b.    it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

2.    The *Edelman* Action shall be transferred and reassigned to the Honorable Trina L. Thompson for all purposes.

**IT IS SO STIPULATED.**

Dated: March 19, 2025

**BRAGAR EAGEL & SQUIRE, P.C.**

By: */s/ Melissa A. Fortunato*
Melissa A. Fortunato (SBN 319767)
Marion C. Passmore (SBN 228474)
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
        passmore@bespc.com

**LEVI & KORSINSKY, LLP**
Correy A. Suk (*pro hac vice* forthcoming)
Gregory M. Nespole (*pro hac* vice forthcoming)
Daniel Tepper (*pro hac vice* forthcoming)
33 Whitehall Street, 17th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-1294
Email: csuk@zlk.com
        gnespole@zlk.com
        dtepper@zlk.com

Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100 - #3425
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: aapton@zlk.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

**WILLKIE FARR & GALLAGHER LLP**

By: */s/ Laura Leigh Geist*
Laura Leigh Geist (CSB No. 180826)
Barrington Dyer (CSB No. 264762)
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 848-7400
Email: lgeist@willkie.com
Email: byder@willkie.com

Tariq Mundiya (*pro hac vice* forthcoming)
Charles Cording (*pro hac vice* forthcoming)
Brady Sullivan (*pro hac vice* forthcoming)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Email: tmundiya@willkie.com
Email: ccording@willkie.com
Email: bsullivan@willkie.com

*Counsel for Nominal Defendant CareDx, Inc. and Individual Defendants George Bickerstaff, Fred Cohen, Christine Cournoyer, Grace E. Colón, Ankur Dhingra, Michael D. Goldberg, William Hagstrom, Peter Maag, Reginald Seeto, Ralph Snyderman, Arthur A. Torres, and Hannah Valantine*

Email: lrosen@rosenlegal.com

Erica L. Stone (*pro hac vice* forthcoming)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: estone@rosenlegal.com

*Counsel to Plaintiffs Edelman, Jaysen Stevenson, and Christian Jacobsen in the Edelman Action and the Former Derivative Action*

**SAXENA WHITE P.A.**

By: */s/ Joshua H. Saltzman*
David R. Kaplan
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Telephone: 858/997-0860
858/369-0096 (fax)
dkaplan@saxenawhite.com

Steven B. Singer
Rachel A. Avan
Joshua H. Saltzman (admitted *pro hac vice*)
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: 914/437-8551
888/631-3611 (fax)
ssinger@saxenawhite.com
ravan@saxenawhite.com
jsaltzman@saxenawhite.com

Lester R. Hooker
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: 561/394-3399
561/394-3382 (fax)
lhooker@saxenawhite.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Shawn A. Williams
Jason C. Davis
Alaina L. Gilchrist
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

shawnw@rgrdlaw.com
jdavis@rgrdlaw.com
agilchrist@rgrdlaw.com

Spencer A. Burkholz
Nicole Q. Gilliland
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
ngilliland@rgrdlaw.com

*Lead Counsel for Lead Plaintiffs in the
Securities Action*

### Attestation Pursuant to Local Rule 5-1(h)(3)

Pursuant to Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: March 19, 2025                    */s/  Melissa A. Fortunato*
                                        Melissa A. Fortunato

*        *        *

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

                                        _____
                                        Honorable Trina L. Thompson
                                        United States District Judge