UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, et al.,

Plaintiffs,

v.

CAREDX, INC., PETER MAAG, and REGINALD SEETO, et al.,

Defendants.

Case No. 22-cv-03023-TLT
Securities Class Action

**ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO VACATE THE CLASS CERTIFICATION DEADLINE IN REVISED CASE MANAGEMENT AND SCHEDULING ORDER; AND SEEK A CASE MANAGEMENT CONFERENCE RE THE PARTIES' CLASS SETTLEMENT**

Re: Dkt. Nos. 170, 175

On April 18, 2025, the Plaintiffs filed a Motion to Certify Class. ECF 170. The Response deadline was modified to May 16, 2025 during the last case management conference. *See*, ECF 166, 168. No response was filed. On May 16, 2025, the parties notified the Court that the parties have reached a pre-certification class settlement. ECF 175.

Based upon the terms of the settlement, the motion is considered withdrawn, and the hearing scheduled for **June 17, 2025** is hereby **VACATED**.

This Court, having considered the parties' Joint Motion for Administrative Relief to Vacate the Class Certification, the papers filed in connection with the Joint Administrative Motion, and finding good cause therefor, hereby **GRANTS** the Joint Administrative Motion and **ORDERS** that:

1. The May 16, 2025, deadline for Defendants' opposition to Lead Plaintiffs' motion for class certification is **set aside**. In light of the notice of class settlement, the motion is considered withdrawn.

2. The previously scheduled case management conference is maintained and will be conducted through Zoom videoconference on July 31, 2025, at 2:00 p.m., at the United States District Court for the Northern District of California, Courtroom 9 – 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, for the following purpose:

a) to confirm compliance with the briefing schedule for the preliminary approval motion of the class settlement. The remaining trial dates and trial deadlines will be vacated upon the filing of the Motion for Preliminary Approval of Settlement.

b) the **briefing schedule** is as follows: MOTION for Settlement *Plaintiffs' Motion for Preliminary Approval of Class Action Settlement* to be filed no later than July 25, 2025. Responses due by August 8, 2025. Replies due by August 15, 2025.

c) the hearing for the Motion for Preliminary Approval of Class Action Settlement is set for **September 23,  2025, 02:00 PM** in San Francisco, Courtroom 09, 19th Floor.  Appendix A.

d) based upon the briefing and hearing schedule, the Court has attached an addendum reflecting the potential post-hearing dates if the motion for preliminary settlement is approved.

This order resolves ECF 170 and 175.

IT IS SO ORDERED.

Dated: May 19, 2025

_____
TRINA L. THOMPSON
United States District Judge

## APPENDIX A

| Summary of Anticipated Key Dates<br>To be Set After the Hearing and Order *(if approved*) | |
|---|---|
| **Event** | **Date** |
| Class data to be provided to Settlement Administrator | October 24, 2025 |
| Class Notice to be sent by | November 7, 2025 |
| Class Counsel to file their motion for fees and costs and Class Representative awards | February 23, 2026 |
| Motion for Final Approval to be filed by | February 23, 2026 |
| Postmark deadline to submit objection or request for exclusion | January 9, 2026 |
| Class counsel and settlement administrator to submit supplemental statements regarding status of notice program, objections, opt-outs | March 27, 2026 |
| Fairness and Final Approval Hearing | April 14, 2026<br><br>NOTE: Subject to change without further notice to the Class. |

05/23/2025
Fed. R. Civ. P. 23(a) and 23(b)(3)

3