**WILLKIE FARR & GALLAGHER LLP**
Laura Leigh Geist (CSB No. 180826)
Barrington Dyer (CSB No. 264762)
333 Bush Street, 34th Floor
San Francisco, CA  94104
Telephone:  (415) 848-7400
lgeist@willkie.com
bdyer@willkie.com

**WILLKIE FARR & GALLAGHER LLP**
Tariq Mundiya (admitted *pro hac vice*)
Charles Cording (admitted *pro hac vice*)
Brady Sullivan (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY  10019-6099
Telephone:  (212) 728-8000
tmundiya@willkie.com
ccording@willkie.com
bsullivan@willkie.com

Attorneys for Defendants
*CareDx, Inc., Reginald Seeto,*
*and Peter Maag*

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> vs. <br><br> CAREDX, INC., PETER MAAG, and REGINALD SEETO, <br><br> Defendants. | Case No. 22-cv-03023-TLT <br><br> ***Securities Class Action*** <br><br> **NOTICE OF NON-OPPOSITION TO PRELIMINARY APPROVAL MOTION OF CLASS ACTION SETTLEMENT AND OF CAFA FILING** <br><br> Hon. Trina L. Thompson |

Defendants CareDx, Inc., ("CareDx"), Peter Maag, and Reginald Seeto (collectively, with CareDx, the "Defendants") hereby file a statement of non-opposition to Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval"), dated May 23, 2025 (ECF No. 177), presenting for the approval of the Court the parties' Stipulation of Settlement (ECF No. 177-2). Defendants agree with Lead Plaintiffs that preliminary approval of the settlement is appropriate. In the interest of providing notice to class members at the earliest possible date, the parties are prepared to waive oral argument. We believe that a decision on the motion would be appropriate on the papers, should the Court so desire.

Defendants also hereby provide notice that on June 2, 2025, not later than ten (10) calendar days after Lead Plaintiffs filed the Stipulation of Settlement, Defendants mailed a notice of proposed class action settlement, pursuant to 28 U.S.C. § 1715 of the Class Action Fairness Act (the "CAFA Notice") and in accordance with Paragraph 3.4 of the Stipulation of Settlement. The CAFA Notice was mailed to the United States Attorney General Pamela Bondi, and the attorneys general of each of the 50 states, the District of Columbia, the United States Virgin Islands, Puerto Rico, American Samoa, Guam, and the Northern Mariana Islands. Attached to this notice is a Declaration of Laura Leigh Geist, supported by exhibits, evidencing Defendants' compliance with 28 U.S.C. § 1715.

NOTICE OF NON-OPP. TO PRELIM. APPROVAL MOTION AND OF CAFA FILING
Case No. 22-cv-03023-TLT (SECURITIES CLASS ACTION)

DATED:  June 12, 2025

WILLKIE FARR & GALLAGHER LLP
LAURA LEIGH GEIST
BARRINGTON DYER

 */s/ Laura Leigh Geist*
 LAURA LEIGH GEIST

333 Bush Street
San Francisco, CA  94104
Tel:  415-858-7400
lgeist@willkie.com
bdyer@willkie.com

WILLKIE FARR & GALLAGHER LLP
TARIQ MUNDIYA (*pro hac vice*)
CHARLES CORDING (*pro hac vice*)
BRADY SULLIVAN (*pro hac vice*)
787 Seventh Avenue
New York, NY  10019-6099
Tel:  619-231-1058
tmundiya@willkie.com
ccording@willkie.com
bsullivan@willkie.com

Attorneys for Defendants
CareDx, Inc., Reginald Seeto,
and Peter Maag

2