**WILLKIE FARR & GALLAGHER LLP**
Laura Leigh Geist (CSB No. 180826)
Barrington Dyer (CSB No. 264762)
333 Bush Street, 34th Floor
San Francisco, CA  94104
Telephone:  (415) 848-7400
lgeist@willkie.com
bdyer@willkie.com

**WILLKIE FARR & GALLAGHER LLP**
Tariq Mundiya (admitted pro hac vice)
Charles Cording (admitted pro hac vice)
Brady Sullivan (admitted pro hac vice)
787 Seventh Avenue
New York, NY  10019-6099
Telephone:  (212) 728-8000
tmundiya@willkie.com
ccording@willkie.com
bsullivan@willkie.com

Attorneys for Defendants
*CareDx, Inc., Reginald Seeto,*
*and Peter Maag*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | Case No. 22-cv-03023-TLT |
| Plaintiffs, | *Securities Class Action* |
| v. | **DECLARATION OF LAURA LEIGH GEIST REGARDING CAFA NOTICES** |
| CAREDX, INC., PETER MAAG, and REGINALD SEETO, | |
| Defendants. | |

DECLARATION OF L. GEIST REGARDING CAFA NOTICES
Case No. 22-cv-03023-TLT (SECURITIES CLASS ACTION)

I, Laura Leigh Geist, hereby declare:

1.    I am a member of the law firm of Willkie Farr & Gallagher LLP, counsel for Defendants CareDx, Inc. ("CareDx"), Peter Maag and Reginald Seeto (together, "Defendants"). Unless otherwise stated, the following facts are within my personal knowledge, and if called and sworn as a witness, I could and would testify competently to these facts.

2.    On May 23, 2025, the Lead Plaintiffs filed their Unopposed Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval"), presenting for the approval of the Court the parties' Stipulation of Settlement.  Not later than ten (10) calendar days after the filing of the Stipulation of Settlement, on June 2, 2025, I caused to be mailed via priority mail on behalf of all of the Defendants a notice of proposed class action settlement, pursuant to 28 U.S.C. § 1715 (the "CAFA Notice") and in accordance with Paragraph 3.4 of the Stipulation of Settlement.  The CAFA Notice was mailed to the United States Attorney General, and the attorneys general of each of the 50 states, the District of Columbia, the United States Virgin Islands, Puerto Rico, American Samoa, Guam, and the Northern Mariana Islands.

3.    The CAFA Notice I included a cover letter and a CD-ROM enclosed with each cover letter.  The cover letter provided notice of the settlement, and with the CD-ROM, contained the information and documents required by 28 U.S.C. § 1715.  Specifically, the letter and the CD-ROM provided:

(1) the original and amended complaints;

(2) a copy of the Stipulation of Settlement as filed with the Court on May 23, 2025—

which included the following exhibits:

(A) the proposed order granting preliminary approval of the class action

settlement with;

(A-1) a notice of pendency and proposed settlement of class action and motion

for attorneys' fees and expenses;

(A-2) a proof of claim and release form;

DECLARATION OF L. GEIST REGARDING CAFA NOTICES
Case No. 22-cv-03023-TLT (SECURITIES CLASS ACTION)

(A-3) a summary notice of pendency and proposed settlement of class action and motion for attorneys' fees and expenses;

(A-4) a postcard notice of pendency and proposed settlement of class action and motion for attorneys' fees and expenses; and

(B) a proposed final judgment approving the class action settlement;

(3) the Motion for Preliminary Approval;

(4) the Court's scheduling order setting the hearing for the Motion for Preliminary Approval; and

(5) a copy of a supplemental agreement with redactions for certain information that the parties agreed to keep confidential.

The cover letter also noted that the Court scheduled the hearing on the Motion for Preliminary Approval for September 23, 2025, at 2:00 PM PST, in the District Court of the Northern District of California.

4. Attached hereto are true and correct copies of the following documents:

Exhibit A: The cover letter to United States Attorney General Pamela Bondi distributed as part of the CAFA Notice on June 2, 2025.[1]

Exhibit B: A complete list of the attorneys general to whom the CAFA Notices were sent.

5. At the time of executing this declaration on the date noted below, I am not aware of any responses, objections, or inquiries to the CAFA Notice by any of the persons to whom a CAFA notice was mailed.

---

[1] Substantively identical cover letters were also distributed to the attorneys general listed in Exhibit B, which includes the attorney generals of each of the 50 states, the District of Columbia, the United States Virgin Islands, Puerto Rico, American Samoa, Guam, and the Northern Mariana Islands.

DECLARATION OF L. GEIST REGARDING CAFA NOTICES
Case No. 22-cv-03023-TLT (SECURITIES CLASS ACTION)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 9th day of June, 2025 in San Francisco, California.


By:   */s/ Laura Leigh Geist*
Laura Leigh Geist

DECLARATION OF L. GEIST REGARDING CAFA NOTICES
Case No. 22-cv-03023-TLT (SECURITIES CLASS ACTION)