# EXHIBIT A

# WILLKIE FARR & GALLAGHER LLP

333 Bush St., 34th Floor
San Francisco, CA 94104
Tel: 415 858 7400
Fax: 415 858 7599

June 2, 2025

**BY CERTIFIED MAIL**

Attorney General Pamela Bondi
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

(Other addresses listed on Attachment A)

**Re:**    *Plumbers & Pipefitters Local Union #295 Pension Fund, et al. v. CareDx, Inc., et al.*
No. 3:22-cv-03023-TLT, U.S. District Court for the Northern District of California
CAFA Notice of Class Action Settlement

Dear Attorney General Bondi:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, defendants CareDx, Inc. ("CareDx"), Peter Maag and Reginald Seeto (together, "Defendants") provide notice of the proposed settlement with the plaintiffs in the above-titled action (the "Action").

## I.    Background

On May 23, 2022, plaintiff Plumbers & Pipefitters Local Union #295 Pension Fund filed a putative class action complaint against CareDx, Peter Maag, Reginald Seeto, Ankur Dhingra, and Marcel Konrad alleging violations of the federal securities laws. On November 28, 2022, the complaint was amended to include lead plaintiffs Oklahoma Police Pension and Retirement System, Sheet Metal Workers Local 19 Pension Fund, Local 353, I.B.E.W. Pension Fund, and Beaumont Firemen's Relief & Retirement Fund. After nearly three years of active litigation, the parties engaged in a mediation on April 1, 2025 before a retired federal judge, The Hon. Gary Feess. Thereafter, following continued negotiations and with the assistance of Judge Feess, the parties entered into a Joint Stipulation of Settlement and Release (the "Stipulation of Settlement"), which is enclosed along with the accompanying settlement exhibits as Exhibit A.

BRUSSELS    CHICAGO    DALLAS    FRANKFURT    HOUSTON    LONDON    LOS ANGELES    MILAN
MUNICH    NEW YORK    PALO ALTO    PARIS    ROME    SAN FRANCISCO    WASHINGTON

This Notice and its accompanying documents serve to comply with the notice provisions of 28 U.S.C. § 1715. A copy of this Notice is concurrently being provided to the United States Attorney General and the state attorney generals in each state and territory where potential class members may reside.

## II.    Compliance with 28 U.S.C. § 1715

Each of the requirements of notice pursuant to 28 U.S.C. § 1715(b)(1)-(8) is addressed below, along with the documents enclosed with this Notice.

### 1.    28 U.S.C. § 1715(b)(1) — Complaint and Related Materials.

A copy of the original Complaint, First Amended Complaint, Second Amended Complaint, and corrected Third Amended Complaint are attached as Exhibits B, C, D, and E respectively. In addition, copies of the complaints can be found using the federal government's PACER system. Additional information about the PACER service may be found at https://www.pacer.gov.

### 2.    U.S.C. § 1715(b)(2) — Notice of Any Scheduled Judicial Hearing.

On May 19, 2025, following a joint motion by the parties to vacate certain litigation-related deadlines, the Court entered a scheduling order that, among other things, set the hearing for the Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval") for September 23, 2025 at 2:00 PM PST. *See* Exhibit F. On May 23, 2025, the plaintiffs filed the Motion for Preliminary Approval, which motion was unopposed by Defendants, requesting that the Court vacate the September 23, 2025 hearing date on the basis that the Court may grant preliminary approval without a hearing. The parties also requested a final hearing date for approval of the settlement of October 21, 2025 at 2:00 PM PST in the District Court for the Northern District of California, San Francisco, Courtroom 09, 19th Floor versus a previously ordered final hearing date on April 14, 2026. *See* Exhibit G. On May 29, 2025, by docket entry, the Court calendared the hearing on the Motion for Preliminary Approval for September 23, 2025, maintaining its briefing scheduled entered on May 19, 2025.

### 3.    28 U.S.C. § 1715(b)(3) — Notification to Class Members.

All settlement-related exhibits including the full-form notice, proof of claim, summary notice, postcard notice, and proposed noticed plan are included as part of Exhibit A. The proposed notice plan is described in Paragraphs 9 to 11 of the Proposed Preliminary Approval Order.

The notice administrator, A.B. Data, Ltd. ("A.B. Data"), will transmit the Postcard Notice through email (or sent by first class mail where no email address is available) with a link to the Notice and Claim Form to all settlement class members who can be identified with reasonable effort. A.B. Data will also post these materials to the settlement website, www.CareDxSecuritiesSettlement.com, from which copies of the documents can be downloaded.

A.B. Data shall use reasonable efforts to provide the Notice, Proof of Claim, and Postcard Notice to nominee and custodian purchasers, such as brokerage firms.

Lead Counsel shall cause to be published a copy of the Summary Notice twice in a widely-circulated national wire service.

**4.   28 U.S.C. § 1715(b)(4) — Class Action Settlement Agreement.**

The Stipulation of Settlement is attached as Exhibit A.

**5.   28 U.S.C. § 1715(b)(5) — Any Settlement or Other Agreement.**

The parties have agreed to a supplemental agreement which is attached as Exhibit H with redactions for certain information that the parties agreed to keep confidential. All other agreements between Class Counsel and Defendants' Counsel are reflected in the Stipulation of Settlement.

**6.   28 U.S.C. § 1715(b)(6) — Final Judgment.**

No final judgment has yet been entered. The parties' proposed final judgment and order of dismissal with prejudice is attached as Exhibit B to the Stipulation of Settlement, which is included as Exhibit A to this notice. Upon entry, a copy of the Final Order and Judgment will be available through PACER.

**7.   28 U.S.C. § 1715(b)(7) — Names of Class Members/Estimate of Class Members.**

The Settlement Class includes beneficial shareholders of CareDx whose stock may be held by third parties. Accordingly, it is not possible to provide a breakdown of the Settlement Class in accordance with 28 U.S.C § 1715(b)(7). We believe that the Settlement Class is sufficiently numerous as to potentially include Class Members in all 50 U.S. States and the District of Columbia. There may also be Class Members residing in U.S. territories and associated states.

**8.   28 U.S.C. § 1715(b)(8) — Judicial Opinions Related to the Settlement.**

The Court has not yet entered any judicial opinions related to the proposed settlement.

If you have any questions about this notice, this lawsuit, or the enclosed materials, please feel free to contact undersigned counsel for Defendant CareDx.

Respectfully submitted,

Laura Leigh Geist

**Attachment A: Addresses**

| State | Name | Contact Information |
|---|---|---|
| Alabama | Steve Marshall | P.O. Box 300152<br>Montgomery, AL 36130-0152 |
| Alaska | Treg Taylor | 1031 W. 4th Avenue<br>Suite 200<br>Anchorage, AK 99501-1994<br>attorney.general@alaska.gov |
| American Samoa | Gwen Tauiliili-Langkilde | GHC Reid Building<br>2d flr<br>Rm 220<br>Utulei, American Samoa 96799 |
| Arizona | Kris Mayes | 2005 N Central Ave<br>Phoenix, AZ 85004<br>AGInfo@azag.gov |
| Arkansas | Tim Griffin | 323 Center St.<br>Suite 200<br>Little Rock, AR 72201<br>oag@arkansasag.gov |
| California | CAFA Coordinator<br>Office of the Attorney General<br>Consumer Protection Section | 455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 |
| Colorado | Phil Weiser | Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| Connecticut | William Tong | 165 Capitol Avenue<br>Hartford, CT 06106<br>Attorney.General@ct.gov |
| Delaware | Kathy Jennings | Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE 19801<br>attorney.general@delaware.gov |
| District of Columbia | Brian Schwalb | 400 6th St., NW<br>Washington, DC 20001<br>Brian.Schwalb@dc.gov |
| Florida | James Uthmeier | The Capitol, PL-01<br>Tallahassee, FL 32399-1050 |
| Georgia | Chris Carr | 40 Capitol Square, SW<br>Atlanta, GA 30334 |

| State | Name | Contact Information |
|---|---|---|
| Guam | Douglas Moylan | 134 W Soledad Avenue, Ste. 412<br>Hagåtña, Guam 96910<br>gcd@oagguam.org |
| Hawai`i | Anne E. Lopez | 425 Queen Street<br>Honolulu, HI 96813 |
| Idaho | Raúl Labrador | 700 W. Jefferson Street<br>P.O. Box 83720<br>Boise, ID 83720-0010<br>AGLabrador@ag.idaho.gov |
| Illinois | Kwame Raoul | 115 S. LaSalle St.<br>Chicago, IL 60603 |
| Indiana | Todd Rokita | Indiana Government Center South<br>302 West Washington St.<br>5th Floor<br>Indianapolis, IN 46204 |
| Iowa | Brenna Bird | Hoover State Office Bldg.<br>1305 E. Walnut Street<br>Des Moines, IA 50319<br>webteam@ag.iowa.gov |
| Kansas | Kris Kobach | 120 SW 10th Ave.<br>2nd Fl.<br>Topeka, KS 66612-1597<br>general@ag.ks.gov |
| Kentucky | Russell Coleman | 700 Capital Avenue<br>Suite 118<br>Frankfort, Kentucky 40601 |
| Louisiana | Liz Murrill | 1885 North Third Street<br>Baton Rouge, LA 70802<br>Murrille@ag.louisiana.gov |
| Maine | Aaron Frey | 6 State House Station<br>Augusta, ME 04333<br>attorney.general@maine.gov |
| Maryland | Anthony G. Brown | 200 St. Paul Place<br>Baltimore, MD 21202-2202 |
| Massachusetts | Andrea Campbell | One Ashburton Place<br>20th Fl.<br>Boston, MA 02108<br>andrea.campbell@state.ma.us |

| State | Name | Contact Information |
|---|---|---|
| Michigan | Dana Nessel | 525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing, MI 48909-0212<br>miag@michigan.gov |
| Minnesota | Keith Ellison | 445 Minnesota Street<br>Suite 600<br>St. Paul, MN 55101<br>attorney.general@ag.state.mn.us |
| Mississippi | Lynn Fitch | P.O. Box 220<br>Jackson, MS 39205 |
| Missouri | Andrew Bailey | Supreme Ct. Bldg.<br>207 W. High St.<br>Jefferson City, MO 65101 |
| Montana | Austin Knudsen | P.O. Box 201401<br>Helena, MT 59620-1401 |
| Nebraska | Mike Hilgers | 1445 K Street, Room 2115<br>P.O. Box 98920<br>Lincoln, NE 68508<br>ago.info.help@nebraska.gov |
| Nevada | Aaron D. Ford | 100 N. Carson St.<br>Carson City, NV 89701<br>aginquiries@ag.nv.gov |
| New Hampshire | John Formella | 1 Granite Place South<br>Concord, NH 03301<br>attorneygeneral@doj.nh.gov |
| New Jersey | Matthew J. Platkin | Richard J. Hughes Justice Complex<br>25 Market Street<br>1st floor, West Wing<br>Trenton, NJ 08625 |
| New Mexico | Raul Torrez | 408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |
| New York | Letitia A. James | CAFA Coordinator<br>Office of the New York State<br>Attorney General<br>28 Liberty Street, 15th Floor<br>New York NY 10005<br>CAFA.Notices@ag.ny.gov |

| State | Name | Contact Information |
|---|---|---|
| North Carolina | Jeff Jackson | 9001 Mail Service Center<br>Raleigh, NC 27699-9001<br>AGrequests@ncdoj.gov |
| North Dakota | Drew Wrigley | 600 E. Boulevard Ave.<br>Dept. 125<br>Bismarck, ND 58505<br>ndag@nd.gov |
| Northern Mariana Island | Edward E. Manibusan | Caller Box 10007<br>Saipan, MP 96950 |
| Ohio | Dave Yost | 30 E. Broad St.<br>Columbus, OH 43215 |
| Oklahoma | Gentner Drummond | 313 NE 21st Street<br>Oklahoma City, OK 73105<br>contact@oag.ok.gov |
| Oregon | Dan Rayfield | 1162 Court St. NE<br>Salem, OR 97301-4096<br>AttorneyGeneral@doj.oregon.gov |
| Pennsylvania | Dave Sunday | Strawberry Square<br>16th Fl.<br>Harrisburg, PA 17120<br>info@attorneygeneral.gov |
| Puerto Rico | Janet Parra-Mercado | PO Box 9020192<br>San Juan, PR, 00902-0192 |
| Rhode Island | Peter F. Neronha | 150 S. Main St.<br>Providence, RI 02903<br>ag@riag.ri.gov |
| South Carolina | Alan Wilson | The Honorable Alan Wilson<br>P.O. Box 11549<br>Columbia, SC 29211 |
| South Dakota | Marty Jackley | 1302 East Highway 14<br>Suite 1<br>Pierre, SD 57501-8501 |
| Tennessee | Jonathan Skrmetti | P.O. Box 20207<br>Nashville, TN 37202-0207 |
| Texas | Ken Paxton | Office of the Attorney General<br>PO Box 12548<br>Austin, TX 78711-2548<br>ken.paxton@oag.texas.gov |

| State | Name | Contact Information |
|---|---|---|
| U.S. Virgin Islands | Gordon C. Rhea | Office of the Attorney General<br>3438 Kronprindsens Gade<br>GERS Building<br>2nd Floor<br>St. Thomas, Virgin Islands 00802<br>gordon.rhea@doj.vi.gov |
| Utah | Derek Brown | Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State Street<br>Suite 230<br>Salt Lake City, UT 84114-2320 |
| Vermont | Charity R. Clark | 109 State St.<br>Montpelier, VT 05609<br>ago.info@vermont.gov |
| Virginia | Jason Miyares | 202 North Ninth Street<br>Richmond, VA 23219<br>mailoag@oag.state.va.us |
| Washington | Nick Brown | 1125 Washington St. SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 |
| West Virginia | John B. McCuskey | State Capitol Complex<br>Bldg. 1, Rm E-26,<br>1900 Kanawha Blvd. E.<br>Charleston, WV 25305 |
| Wisconsin | Josh Kaul | Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857 |
| Wyoming | Bridget Hill | 109 State Capitol<br>200 W. 24th Street<br>Cheyenne, WY 82002 |