# EXHIBIT B

- Pamela Bondi, Attorney General of the United States
  Office of the Attorney General
  U.S. Department of Justice
  950 Pennsylvania Avenue, NW
  Washington, DC 20530-0001

- Steve Marshall, Attorney General
  501 Washington Avenue, P.O. Box 300152
  Montgomery, AL 36130-0152

- Treg Taylor, Attorney General
  1031 W. 4th Avenue, Suite 200
  Anchorage, AK 99501-1994

- Gwen Tauiliili-Langkilde, Attorney General
  GHC Reid Building, 2d Fl, Rm 220
  Utulei, American Samoa 96799

- Kris Mayes, Attorney General
  2005 N Central Ave
  Phoenix, AZ 85004

- Tim Griffin, Attorney General
  323 Center St. Suite 200
  Little Rock, AR

- CAFA Coordinator
  Office of the Attorney General
  Consumer Protection Section, Attorney General
  455 Golden Gate Ave., Suite 11000
  San Francisco, CA 94102

- Phil Weiser, Attorney General
  Ralph L. Carr Judicial Building
  1300 Broadway, 10th Floor Denver, CO 80203

- William Tong, Attorney General
  165 Capitol Avenue
  Hartford, CT 06106

- Kathy Jennings, Attorney General
  Carvel State Office Bldg.
  820 N. French St.
  Wilmington, DE 19801

- Brian Schwalb, Attorney General
  400 6th St., NW
  Washington, DC 20001

- James Uthmeier, Attorney General
  The Capitol, PL-01
  Tallahassee, FL 32399-1050

- Chris Carr, Attorney General
  40 Capitol Square, SW
  Atlanta, GA 30334

- Douglas Moylan, Attorney General
  134 W Soledad Avenue, Ste. 412
  Hagåtña, Guam 96910

- Anne E. Lopez, Attorney General
  425 Queen Street
  Honolulu, HI 96813

- Raúl Labrador, Attorney General
  700 W. Jefferson Street, P.O. Box 83720
  Boise, ID 83720-0010

- Kwame Raoul, Attorney General
  115 S. LaSalle St.
  Chicago, IL 60603

- Todd Rokita, Attorney General
  Indiana Government Center South
  302 West Washington St. 5th Floor
  Indianapolis, IN 46204

- Brenna Bird, Attorney General
  Hoover State Office Bldg.
  1305 E. Walnut Street
  Des Moines, IA 50319

- Kris Kobach, Attorney General
  120 SW 10th Ave. 2nd Fl.
  Topeka, KS 66612-1597

- Russell Coleman, Attorney General
  700 Capital Avenue, Suite 118
  Frankfort, Kentucky 40601

- Liz Murrill, Attorney General
  1885 North Third Street
  Baton Rouge, LA 70802

- Aaron Frey, Attorney General
  6 State House Station
  Augusta, ME 04333

- Anthony G. Brown, Attorney General
  200 St. Paul Place
  Baltimore, MD 21202-2202

- Andrea Campbell, Attorney General
  One Ashburton Place, 20th Fl.
  Boston, MA 02108

- Dana Nessel, Attorney General
  525 W. Ottawa St., P.O. Box 30212
  Lansing, MI 48909-0212

- Keith Ellison, Attorney General
  445 Minnesota Street Suite 600
  St. Paul, MN 55101

- Lynn Fitch, Attorney General
  P.O. Box 220
  Jackson, MS 39205

- Andrew Bailey, Attorney General
  Supreme Ct. Bldg.
  207 W. High St.
  Jefferson City, MO 65101

- Austin Knudsen, Attorney General
  215 N. Sanders, P.O. Box 201401
  Helena, MT 59620-1401

- Mike Hilgers, Attorney General
  1445 K Street, Room 2115, P.O. Box 98920
  Lincoln, NE 68508

3

- Aaron D. Ford, Attorney General
  100 N. Carson St.
  Carson City, NV 89701

- John Formella, Attorney General
  1 Granite Place South
  Concord, NH 03301

- Matthew J. Platkin, Attorney General
  Richard J. Hughes Justice Complex
  25 Market Street, 1st floor, West Wing
  Trenton, NJ 08625

- Raul Torrez, Attorney General
  408 Galisteo Street
  Villagra Building
  Santa Fe, NM 87501

- Letitia A. James, Attorney General
  CAFA Coordinator
  Office of the New York State Attorney General
  28 Liberty Street, 15th Floor
  New York NY 10005

- Jeff Jackson, Attorney General
  9001 Mail Service Center
  Raleigh, NC 27699-9001

- Drew Wrigley, Attorney General
  600 E. Boulevard Ave. Dept. 125
  Bismarck, ND 58505

- Edward E. Manibusan, Attorney General
  Caller Box 10007
  Saipan, MP 96950

- Dave Yost, Attorney General
  30 E. Broad St.
  Columbus, OH 43215

- Gentner Drummond, Attorney General
  313 NE 21st Street
  Oklahoma City, OK 73105

- Dan Rayfield, Attorney General
  1162 Court St. NE
  Salem, OR 97301-4096

- Dave Sunday, Attorney General
  Strawberry Square, 16th Fl.
  Harrisburg, PA 17120

- Janet Parra-Mercado, Attorney General
  PO Box 9020192
  San Juan, PR, 00902-0192

- Peter F. Neronha, Attorney General
  150 S. Main St.
  Providence, RI 02903

- Alan Wilson, Attorney General
  The Honorable Alan Wilson
  P.O. Box 11549
  Columbia, SC 29211

- Marty Jackley, Attorney General
  1302 East Highway 14, Suite 1
  Pierre, SD 57501-8501

- Jonathan Skrmetti, Attorney General
  P.O. Box 20207
  Nashville, TN 37202-0207

- Ken Paxton, Attorney General
  Office of the Attorney General
  PO Box 12548
  Austin, TX 78711-2548

- Gordon C. Rhea, Attorney General
  Office of the Attorney General
  3438 Kronprindsens Gade
  GERS Building, 2nd Floor
  St. Thomas, Virgin Islands 00802

- Derek Brown, Attorney General
  Office of the Attorney General
  Utah State Capitol Complex
  350 North State Street, Suite 230
  Salt Lake City, UT 84114-2320

5

- Charity R. Clark, Attorney General
  109 State St.
  Montpelier, VT 05609

- Jason Miyares, Attorney General
  202 North Ninth Street
  Richmond, VA 23219

- Nick Brown, Attorney General
  1125 Washington St. SE
  P.O. Box 40100
  Olympia, WA 98504-0100

- John B. McCuskey, Attorney General
  State Capitol Complex
  Bldg. 1, Rm E-26,
  1900 Kanawha Blvd. E.

- Charleston, WV 25305
  Josh Kaul, Attorney General
  Wisconsin Department of Justice
  P.O. Box 7857
  Madison, WI 53707-7857

- Bridget Hill, Attorney General
  109 State Capitol
  200 W. 24th Street
  Cheyenne, WY 82002