# EXHIBIT A

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>CAREDX, INC., et al., )<br><br>Defendants. ) | Case No. 3:22-cv-03023-TLT<br><br>CLASS ACTION<br><br>DECLARATION OF GINGER SIGLER FILED ON BEHALF OF OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM IN SUPPORT OF (I) LEAD PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFFS PURSUANT TO 15 U.S.C. §78U-4(A)(4)<br><br>DATE:      December 2, 2025<br>TIME:      2:00 p.m.<br>DEPT:      Courtroom 9, 19th Floor<br>JUDGE:    Honorable Trina L. Thompson |

DECL. OF GINGER SIGLER
CASE NO.: 3:22-CV-03023-TLT

I, Ginger Sigler, hereby declare as follows:

1.      I am the Executive Director of Lead Plaintiff Oklahoma Police Pension and Retirement System ("Oklahoma Police" or the "System").[1] I respectfully submit this Declaration on behalf of Oklahoma Police in support of Lead Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Award to Lead Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4).

2.      Oklahoma Police provides retirement and related benefits for qualified police officers and their beneficiaries in the state of Oklahoma. As of June 2025, Oklahoma Police had more than 10,000 active members and retirees and more than $3 billion in assets under management. Oklahoma Police purchased CareDx common stock during the Class Period and suffered substantial losses as a result.

3.      Oklahoma Police understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions.  Prior to and following appointment as Lead Plaintiff, Oklahoma Police has monitored the progress of the litigation, including engagement with Lead Counsel Saxena White P.A. ("Saxena White") regarding case developments, litigation strategy, and potential resolution of the Action. In fulfillment of its responsibilities on behalf of all members of the Class, Oklahoma Police has: (i) engaged in meetings and correspondence with Lead Counsel; (ii) participated in the Action and provided input into the prosecution of the case; (iii) kept informed regarding case status; (iv) reviewed documents filed in this Action and opinions of the Court; (v) kept informed about mediation and settlement negotiations; and (vi) considered and approved the proposed Settlement.

4.      Oklahoma Police believes the Settlement is an excellent result and its approval is in the best interest of the Class. In making its determination that the $20,250,000 Settlement represents a fair, reasonable, and adequate amount for the Class, Oklahoma Police evaluated the significant risks and uncertainties of continuing litigation, including the possibility of a nominal

---

[1] All capitalized terms used herein, unless otherwise defined, have the same meanings as set forth in the Stipulation of Settlement (ECF No. 177-2).

recovery or even no recovery, and weighed those risks against the substantial benefits of the Settlement to the Class. In light of those factors, Oklahoma Police believes the Settlement is fair and reasonable and urges the Court to approve the Settlement.

5.      While Oklahoma Police understands that any determination of attorneys' fees is left to the Court, the System supports Lead Counsel's application for 25% of the Settlement Fund. A 25% award is particularly appropriate here because of the highly complex issues involved, Lead Counsel's tremendous investment of time and resources, the outstanding result achieved, the approval of the Class, and the significant risks in the litigation. Oklahoma Police believes the request is fair, reasonable, and appropriate as this Settlement would not have been possible without the diligent efforts of Lead Counsel, who vigorously litigated this case.

6.      Oklahoma Police further believes that the litigation expenses being requested for payment to Lead Counsel are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, Oklahoma Police fully supports the request for attorneys' fees and expenses.

7.      Throughout the prosecution of the Action, Oklahoma Police was represented and supported by myself and other System representatives. The time that other staff members of Oklahoma Police and I devoted to pursuing the Class's interests in this Action was time we otherwise would have devoted to other work for the System and thus represents a direct cost to Oklahoma Police. In total, Oklahoma Police's representatives and I devoted approximately 70 hours in support of the System's efforts in furtherance of the prosecution of this Action and to achieve this recovery on behalf of CareDx shareholders during the Class Period.[2] Applying my hourly billing rate of $90, the System incurred costs of $6,300, for which it respectfully requests reimbursement.[3]

---

[2] While Oklahoma Police devoted a significant amount of time to this Action, this request for reimbursement of costs is based on a very conservative estimate of the amount of time spent on this litigation, as supported by the System's and Lead Counsel's records.

[3] The hourly rate used for purposes of this request are based on my annual salary.

DECL. OF GINGER SIGLER
CASE NO.: 3:22-CV-03023-TLT                                                      - 2 -

8.    In light of the foregoing facts, the System respectfully requests that the Court approve the $20,250,000 Settlement, as well as Lead Counsel's application for an award of attorneys' fees and expenses, and award Oklahoma Police $6,300 pursuant to 15 U.S.C. § 78u-4(a)(4) for its costs in connection with the prosecution of this Action.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this 25th day of September, 2025.

Ginger Sigler
Executive Director of Oklahoma Police