# EXHIBIT B

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>CAREDX, INC., et al., )<br><br>Defendants. ) | Case No. 3:22-cv-03023-TLT<br><br>CLASS ACTION<br><br>DECLARATION OF TOM KLINGENBERG FILED ON BEHALF OF SHEET METAL WORKERS LOCAL 19 PENSION FUND IN SUPPORT OF (I) LEAD PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFFS PURSUANT TO 15 U.S.C. §78U-4(A)(4)<br><br>DATE:        December 2, 2025<br>TIME:        2:00 p.m.<br>DEPT:        Courtroom 9, 19th Floor<br>JUDGE:      Honorable Trina L. Thompson |

DECL. OF TOM KLINGENBERG
CASE NO.: 3:22-cv-03023-TLT

I, Tom Klingenberg, hereby declare as follows:

1.    I am the Administrator of Lead Plaintiff Sheet Metal Workers Local 19 Pension Fund ("Local 19" or the "Fund").[1]  I respectfully submit this Declaration on behalf of Local 19 in support of Lead Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Award to Lead Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4).

2.    Local 19 provides retirement benefits to approximately 4,000 active and retired employees in Pennsylvania, New Jersey, and Delaware. As of July 2022, Local 19 had approximately $500 million in assets under management. Local 19 purchased CareDx common stock during the Class Period and suffered substantial losses as a result.

3.    The Fund understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions.  Prior to and following appointment as Lead Plaintiff, the Fund has monitored the progress of the litigation, including engagement with Lead Counsel Saxena White P.A. ("Saxena White") regarding case developments, litigation strategy, and potential resolution of the Action. In fulfillment of its responsibilities on behalf of all members of the Class, the Fund has: (i) engaged in meetings and correspondence with Lead Counsel; (ii) participated in the Action and provided input into the prosecution of the case; (iii) kept informed regarding case status; (iv) reviewed documents filed in this Action and opinions of the Court; (v) kept informed about mediation and settlement negotiations; and (vi) considered and approved the proposed Settlement.

4.    The Fund believes the Settlement is an excellent result and its approval is in the best interest of the Class.  In making its determination that the $20,250,000 Settlement represents a fair, reasonable, and adequate amount for the Class, the Fund evaluated the significant risks and uncertainties of continuing litigation, including the possibility of a nominal recovery or even no recovery, and weighed those risks against the substantial benefits of the Settlement to the Class. In light of those factors, the Fund believes the Settlement is fair and reasonable and urges the Court

---

[1] All capitalized terms used herein, unless otherwise defined, have the same meanings as set forth in the Stipulation of Settlement (ECF No. 177-2).

DECL. OF TOM KLINGENBERG
CASE NO.: 3:22-CV-03023-TLT                                                                           - 1 -

to approve the Settlement.

5.      While the Fund understands that any determination of attorneys' fees is left to the Court, the Fund supports Lead Counsel's application for 25% of the Settlement Fund.  A 25% award is particularly appropriate here because of the highly complex issues involved, Lead Counsel's tremendous investment of time and resources, the outstanding result achieved, the approval of the Class, and the significant risks in the litigation. The Fund believes the request is fair, reasonable, and appropriate as this Settlement would not have been possible without the diligent efforts of Lead Counsel, who vigorously litigated this case.

6.      The Fund further believes that the litigation expenses being requested for payment to Lead Counsel are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, Local 19 fully supports the request for attorneys' fees and expenses.

7.      Throughout the prosecution of the Action, Local 19 was represented and supported by myself and other Fund representatives.  The time that other staff members of Local 19 and I devoted to pursuing the Class's interests in this Action was time we otherwise would have devoted to other work for the Fund and thus represents a direct cost to Local 19. In total, Local 19's representatives and I devoted approximately 74 hours in support of Local 19's efforts in furtherance of the prosecution of this Action and to achieve this recovery on behalf of CareDx shareholders during the Class Period.[2]  Applying my hourly billing rate of $153.90, the Fund incurred costs of $11,388.60.  As noted in the preliminary approval settlement papers, Lead Plaintiffs intend to request an amount not to exceed $7,500 each, pursuant to 15 U.S.C. §78u-4(a)(4).  Accordingly, Local 19 respectfully requests $7,500 for reimbursement.[3]

8.      In light of the foregoing, the Fund respectfully requests that the Court approve the $20,250,000 Settlement as well as Lead Counsel's application for an award of attorneys' fees and

---

[2] While Local 19 devoted a significant amount of time to this Action, the Fund's request for reimbursement of costs is based on a very conservative estimate of the amount of time spent on this litigation, as supported by the Fund's and Lead Counsel's records.

[3] The hourly rate used for purposes of this request are based on my annual salary.

DECL. OF TOM KLINGENBERG
CASE NO.: 3:22-CV-03023-TLT                                                      - 2 -

expenses, and award the Fund $7,500 pursuant to 15 U.S.C. § 78u-4(a)(4) for its costs in connection with the prosecution of this Action.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this 29th day of September, 2025.

Tom Klingenberg
Administrator of Local 19