# EXHIBIT C

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
JASON C. DAVIS (253370)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jdavis@rgrdlaw.com
        – and –
SPENCER A. BURKHOLZ (147029)
THEODORE J. PINTAR (131372)
HEATHER G. GEIGER (322937)
NICOLE Q. GILLILAND (335132)
EVELYN SANCHEZ GONZALEZ (360232)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
tedp@rgrdlaw.com
hgeiger@rgrdlaw.com
ngilliland@rgrdlaw.com
egonzalez@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CAREDX, INC., et al., <br><br> Defendants. | Case No. 3:22-cv-03023-TLT (Securities Case) <br><br> CLASS ACTION <br><br> DECLARATION OF KIM MACPHERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT <br><br> DATE:   December 2, 2025 <br> TIME:    2:00 p.m. <br> DEPT:   Courtroom 9, 19th Floor <br> JUDGE: Honorable Trina L. Thompson |

I, Kim MacPherson, hereby declare and state as follows:

1.        I am the Chief Executive Officer ("CEO") of Toronto Electrical Industry Benefits Administration Services, Administrator of Lead Plaintiff, Local 353, I.B.E.W. Pension Fund ("Local 353"), and have overseen Local 353's participation as Lead Plaintiff in this Action.  I respectfully submit this declaration in support of final approval of the $20.25 million settlement (the "Settlement").[1]

2.        Local 353 manages approximately CAD $2.4 billion in assets on behalf of 13,000 active members, retirees, and beneficiaries who are members of the International Brotherhood of Electrical Workers working in a variety of electrical disciplines across central Ontario.

3.        Local 353 understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions.  Following appointment as Lead Plaintiff, I, on behalf of Local 353, have monitored the progress of this litigation.  I have regularly conferred with Robbins Geller Rudman & Dowd LLP ("Robbins Geller") concerning the litigation and overseen the efforts of Robbins Geller and Saxena White P.A. ("Saxena White" together with Robbins Geller, "Lead Counsel") in prosecuting the case.  For example, Local 353 has received and reviewed documents filed with the Court including, but not limited to, each complaint that has been filed, including the Third Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF 133), legal briefs related to Defendants' motions to dismiss the various complaints, Court orders, and the Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel (ECF 170).  I have also continued to consult with Robbins Geller concerning key events in the litigation, including document collection and review, responses to interrogatories, and deposition scheduling.  I also prepared a declaration in support of Class certification.  I was also kept informed about mediation and settlement negotiations and considered and approved the proposed Settlement.

---

[1]        All capitalized terms used in this Declaration that are not otherwise defined herein have the same meaning as set forth in the Stipulation of Settlement (ECF 177-2) (the "Stipulation").

DECLARATION OF KIM MACPHERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT - 3:22-cv-03023-TLT (Securities Case)                              - 1 -

4.      Local 353 authorized Lead Counsel to settle this Action for $20.25 million.  In this regard, my colleagues and I reviewed, considered, and evaluated the merits of this case, including the law governing the allegations and facts developed through Lead Counsel's investigation.  In making its determination that the $20.25 million Settlement Amount represented a fair, reasonable, and adequate amount for the Class, Local 353 weighed the substantial benefits to the Class against the significant risks and uncertainties of continued litigation.  After doing so, Local 353 believes the $20.25 million recovery represents an exceptional result for the Class and that approval of the Settlement is in the best interest of the Class.

5.      While I recognize that any determination of attorneys' fees is left to the Court, Local 353 believes the fee application for 25% of the Settlement Amount and expenses in an amount not to exceed $450,000, plus interest earned on both amounts, is fair, reasonable, and appropriate given the facts and circumstances of this case, the tremendous result achieved, and Lead Counsel's high quality representation and its diligence in prosecuting this Action.

6.      I devoted many hours to the prosecution of this Action on behalf of the Class, which otherwise would have been spent on the daily business activities of administration for Local 353. I spent approximately 20 hours on this Action.  Based upon my overall level of compensation and benefits I believe an hourly rate of $167 for my time is reasonable and appropriate.  Accordingly, Local 353 respectfully requests an award in the amount of $3,340 for its time expended in the prosecution of the litigation on behalf of the Class.

7.      Local 353 also respectfully requests that the Court approve the $20.25 million Settlement as well as Lead Counsel's application for an award of attorneys' fees and expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 24, 2025, at Toronto, Ontario.

_____
KIM MACPHERSON

DECLARATION OF KIM MACPHERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT - 3:22-cv-03023-TLT (Securities Case)                                      - 2 -