# EXHIBIT D

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
JASON C. DAVIS (253370)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
jdavis@rgrdlaw.com
       – and –
SPENCER A. BURKHOLZ (147029)
THEODORE J. PINTAR (131372)
HEATHER G. GEIGER (322937)
NICOLE Q. GILLILAND (335132)
EVELYN SANCHEZ GONZALEZ (360232)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
tedp@rgrdlaw.com
hgeiger@rgrdlaw.com
ngilliland@rgrdlaw.com
egonzalez@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CAREDX, INC., et al., <br><br> Defendants. | Case No. 3:22-cv-03023-TLT (Securities Case) <br><br> CLASS ACTION <br><br> DECLARATION OF LUKE SKELTON IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT <br><br> DATE: December 2, 2025 <br> TIME: 2:00 p.m. <br> DEPT: Courtroom 9, 19th Floor <br> JUDGE: Honorable Trina L. Thompson |

I, Luke Skelton, hereby declare and state as follows:

1.    I am the Chairman of the Board of Trustees ("Chairman") for Lead Plaintiff Beaumont Firemen's Relief & Retirement Fund ("Beaumont Fire"), and have overseen Beaumont Fire's participation as Lead Plaintiff in this matter since February 6, 2025. As Chairman, I succeeded Brian Hebert ("Mr. Hebert"), who was responsible for overseeing the litigation on behalf of Beaumont Fire prior to February 6, 2025. I respectfully submit this declaration in support of final approval of the $20.25 million settlement (the "Settlement").[1]

2.    Beaumont Fire is a retirement fund that provides benefits to approximately 420 active members and their beneficiaries in Texas. Beaumont Fire has approximately $120 million in assets under management.

3.    Beaumont Fire understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions. Following appointment as Lead Plaintiff, Beaumont Fire monitored the progress of the litigation, including engagement with Lead Counsel Robbins Geller Rudman & Dowd LLP ("Robbins Geller") regarding case developments, litigation strategy, and potential resolution of the Action. In fulfillment of its responsibilities on behalf of all members of the Class, Beaumont Fire, with the assistance of its counsel has: (i) engaged in meetings, phone conferences, and correspondence with Robbins Geller; (ii) participated in the Action and provided input into the prosecution of the case; (iii) kept informed regarding case status; (iv) reviewed documents filed in this Action and opinions of this Court; (v) prepared written discovery responses, collected and reviewed documents for production, and engaged in deposition scheduling; (vi) prepared declarations; (vii) kept informed about mediation and settlement negotiations; and (viii) considered and approved the proposed Settlement.

4.    Beaumont Fire authorized Lead Counsel to settle this Action for $20.25 million. In this regard, my colleagues and I reviewed, considered, and evaluated the merits of this case, including the law governing the allegations and facts developed through Lead Counsel's investigation. In making its determination that the $20.25 million Settlement Amount represented a

---

[1]    All capitalized terms used in this Declaration that are not otherwise defined herein have the same meaning as set forth in the Stipulation of Settlement (ECF 177-2) (the "Stipulation").

DECLARATION OF LUKE SKELTON IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF SETTLEMENT - 3:22-cv-03023-TLT (Securities Case)                                    - 1 -

fair, reasonable, and adequate amount for the Class, Beaumont Fire weighed the substantial benefits to the Class against the significant risks and uncertainties of continued litigation. After doing so, Beaumont Fire believes the $20.25 million recovery represents an exceptional result for the Class and that approval of the Settlement is in the best interest of the Class.

5.    While I recognize that any determination of attorneys' fees is left to the Court, Beaumont Fire believes the fee application for 25% of the Settlement Amount and expenses in an amount not to exceed $450,000, plus interest earned on both amounts, is fair, reasonable, and appropriate given the facts and circumstances of this case, the tremendous result achieved, and Lead Counsel's high quality representation and its diligence in prosecuting this Action.

6.    Mr. Hebert, Joni Hanley, the Fund Administrator, and I devoted many hours to the prosecution of this Action on behalf of the Class, which otherwise would have been spent on the daily business activities of Beaumont Fire. Combined, we spent approximately 20 hours on this Action. Based upon our overall levels of compensation and benefits, I believe a reasonable and appropriate hourly rate for our time is $175. Accordingly, Beaumont Fire respectfully requests an award in the amount of $3,500 for its time expended in the prosecution of the litigation on behalf of the Class.

7.    Beaumont Fire also respectfully requests that the Court approve the $20.25 million Settlement as well as Lead Counsel's application for an award of attorneys' fees and expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 17, 2025, at Beaumont, Texas.

LUKE SKELTON

DECLARATION OF LUKE SKELTON IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF SETTLEMENT - 3:22-cv-03023-TLT (Securities Case)                     - 2 -