**WILLKIE FARR & GALLAGHER LLP**
Laura Leigh Geist (CSB No. 180826)
Barrington Dyer (CSB No. 264762)
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 848-7400
lgeist@willkie.com
bdyer@willkie.com

**WILLKIE FARR & GALLAGHER LLP**
Tariq Mundiya (admitted *pro hac vice*)
Charles Cording (admitted *pro hac vice*)
Brady Sullivan (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
tmundiya@willkie.com
ccording@willkie.com
bsullivan@willkie.com

Attorneys for Defendants
*CareDx, Inc., Reginald Seeto,
and Peter Maag*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION #295 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br>     vs.<br><br>CAREDX, INC., PETER MAAG, and REGINALD SEETO,<br><br>                              Defendants. | Case No. 22-cv-03023-TLT<br><br>***Securities Class Action***<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION REGARDING PLAINTIFFS' MOTIONS RELATED TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Pursuant to Local Civil Rule 7-3, Defendants CareDx, Inc., Peter Maag, and Reginald Seeto state that they do not oppose Plaintiffs' Motion for Final Approval of Settlement and Approval of Plan of Allocation (ECF No. 189) or their Motion for an Award of Attorneys' Fees and Expenses and Awards to Lead Plaintiffs (ECF No. 190).

DATED:  November 25, 2025

WILLKIE FARR & GALLAGHER LLP
LAURA LEIGH GEIST
BARRINGTON DYER

*/s/ Laura Leigh Geist*
LAURA LEIGH GEIST

333 Bush Street
San Francisco, CA  94104
Tel:  415-858-7400
lgeist@willkie.com
bdyer@willkie.com

WILLKIE FARR & GALLAGHER LLP
TARIQ MUNDIYA (*pro hac vice*)
CHARLES CORDING (*pro hac vice*)
BRADY SULLIVAN (*pro hac vice*)
787 Seventh Avenue
New York, NY  10019-6099
Tel:  619-231-1058
tmundiya@willkie.com
ccording@willkie.com
bsullivan@willkie.com

Attorneys for Defendants
CareDx, Inc., Reginald Seeto,
and Peter Maag

1

DEFENDANTS' STATEMENT OF NON-OPPOSITION REGARDING PLAINTIFFS' MOTIONS
RELATED TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT
Case No. 22-cv-03023-TLT (SECURITIES CLASS ACTION)